UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-24284-CIV-KING/SIMONTON

MICHAEL FOX,
on behalf of himself and
all others similarly situated,

    Plaintiff,

v.

THE RITZ-CARLTON
HOTEL COMPANY, LLC,

    Defendant.
_____/

## REFERRAL TO MAGISTRATE

Upon consideration, the undersigned United States District Judge does hereby refer Defendant's Motion to Dismiss Amended Class Action Complaint **(D.E. #22)**, filed March 12, 2018, in the above-styled case to the Honorable Andrea M. Simonton, United States Magistrate Judge for the Southern District of Florida, for all such judicial proceedings as are permissible under the Magistrates' Act and the Rules of Court for the Southern District of Florida.

DONE AND ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 25th day of April, 2018.

                                                      JAMES LAWRENCE KING
                                                      UNITED STATES DISTRICT JUDGE

cc:    Magistrate Judge Andrea M. Simonton
        All Counsel of Record