**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO. 1:17-CV-24284-JLK**

**MICHAEL FOX**,
on behalf of himself and all others similarly
situated,

    *Plaintiff*,

v.

**THE RITZ-CARLTON**
**HOTEL COMPANY, LLC,**

    *Defendant*.

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff Michael Fox ("Plaintiff"), by and through his undersigned counsel, files this Notice of Appeal. In accordance with Federal Rule of Appellate Procedure 4(a), Plaintiff appeals, as a matter of right, the January 22, 2019 Order (Doc. No. 31), dismissing Plaintiff's Amended Class Action Complaint (Doc. No. 17) for lack of subject-matter jurisdiction, to the United States Court of Appeals for the Eleventh Circuit.

    Respectfully Submitted,

Dated: January 28, 2019    /s/*David M. Marco*
    **SMITHMARCO, P.C.**
    David M. Marco
    55 W. Monroe Street, Suite 1200
    Chicago, IL 60603
    T: (312) 546-6539

**FRANCIS & MAILMAN, P.C.**
James A. Francis (*pro hac vice*)
David A. Searles (*pro hac vice*)
1600 Market Street, 25th Floor
Philadelphia, PA 19103
T: (215) 735-8600

**LEWIS SAUL & ASSOCIATES, P.C.**
Lewis J. Saul (*pro hac vice*)
Edward A. Coleman (*pro hac vice*)
29 Howard Street, 3rd Floor
New York, NY 10013
T: (212) 376-8450

*Attorneys for Plaintiff and the Class*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on January 28, 2019, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified below via CM/ECF.

Richard C. Hutchison (FBN 709360)<br>
Scott D. Ponce (FBN 0169528)<br>
Rodolfo Sorondo, Jr. (FBN 287301)<br>
HOLLAND & KNIGHT LLP<br>
701 Brickell Avenue, Suite 3300<br>
Miami, Florida 33131<br>
Tel: (305) 374-8500<br>
Fax: (305) 789-7799<br>
rick.hutchison@hklaw.com<br>
sponce@hklaw.com<br>
rodolfo.sorondo@hklaw.com

*/s/ David M. Marco*
David M. Marco