UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-24284-CIV-KING

MICHAEL FOX,
on behalf of himself and
all others similarly situated,

    Plaintiff,

v.

THE RITZ-CARLTON
HOTEL COMPANY, LLC,

    Defendant.
_____/

## ORDER OF RECUSAL

The undersigned Judge, to whom the above-styled cause is assigned, hereby recuses himself and refers the case to the Clerk of Court for reassignment pursuant to 28 U.S.C. 455.

DONE and ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 2nd day of November, 2020.

_____
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

In accordance with the Local Rules of the Southern District of Florida, providing for the random and equal allotment of cases, this cause is hereby reassigned to the calendar of United States District Judge _Marcia G. Cooke_____.

Copies of this order shall be served on all pending parties of record by United States mail. All documents for filing in this case shall carry the following case number: _17-cv-24284-Cooke_____.

BY ORDER of the Court this **2** day of **November**, 2020.

ANGELA E. NOBLE, Clerk of Court

By: **s/Valerie Kemp**
Deputy Clerk

cc: Yvette Alexander, Operations Manager
Counsel of Record