**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No:17-24284-CV-COOKE

MICHAEL FOX
    Plaintiff,

vs.

THE RITZ-CARLTON HOTEL
COMPANY, LLC
    Defendant.
_____/

**CERTIFICATION AND ORDER OF TRANSFER**
**TO MAGISTRATE JUDGE**

The above matter comes before the undersigned Magistrate Judge following District Judge James Lawrence King's Order of Recusal**,** [DE#40]. The undersigned certifies that the above-captioned case presently has no referred, fully briefed pending motions and is therefore ready to be transferred to **Judge Marica G. Cooke's** paired Magistrate Judge. The Clerk of Court shall hereby transfer the Magistrate Judge assignment for this case to **Judge Marcia G. Cook's** paired Magistrate Judge.

DONE and ORDERED in Miami, Florida, this 3rd day of November, 2020.

_____
JACQUELINE BECERRA
United States Magistrate Judge