```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA

                      CASE NO. 17-CV-24284-MGC


MICHAEL FOX,
                                         Miami, Florida
             Plaintiff(s),
                                         October 5, 2021
       vs.

THE RITZ-CARLTON HOTEL COMPANY,

             Defendant(s).      Pages 1 - 12
-----------------------------------------------------------

                       STATUS CONFERENCE
              BEFORE THE HONORABLE MARCIA G. COOKE
                  UNITED STATES DISTRICT JUDGE



APPEARANCES:


FOR THE PLAINTIFF(S):   JAMES A. FRANCIS
                        Francis & Mailman, P.C.
                        Land Title Building, 19th Floor
                        100 South Broad Street
                        Philadelphia, PA 19110
                        jfrancis@consumerlawfirm.com

                        LEWIS J. SAUL
                        EDWARD A. COLEMAN
                        Lewis Saul & Associates, P.C.
                        29 Howard Street
                        3rd Floor
                        New York, NY 10013
                        lsaul@lewissaul.com
                        ecoleman@lewissaul.com
```

```
 1    APPEARANCES: (Continued)

 2    FOR THE DEFENDANT(S):   RYAN DAVID WATSTEIN
                              ALEXANDER D. TEREPKA
 3                            Kabat Chapman & Ozmer LLP
                              171 17th Street NW
 4                            Suite 1550
                              Atlanta, GA 30363
 5                            rwatstein@kcozlaw.com
                              aterepka@kcozlaw.com
 6
      REPORTED BY:            JILL M. WELLS, RMR, CRR, CSR
 7                            Official Court Reporter
                              400 N. Miami Avenue
 8                            Miami, Florida 33128
                              jill_wells@flsd.uscourts.gov
 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1    (Case called to order of the court at 2:10 p.m.)
 2             THE COURT:  We are on the record in Fox v.
 3    Ritz-Carlton.
 4             Appearing on behalf of the plaintiff.
 5             MR. FRANCIS:  Good afternoon, your Honor.
 6             Jim Francis, and with me is Lewis Saul and Ed Coleman.
 7             THE COURT:  And appearing on behalf of defendant,
 8    Ritz-Carlton.
 9             MR. WATSTEIN:  Good afternoon, your Honor.  Ryan
10    Watstein.  My colleague, Alex Terepka, is on, and our client,
11    Dave Bell, is also on, for Ritz-Carlton.
12             THE COURT:  This matter was reassigned to me after it
13    had originally been with my colleague, Judge King, on some
14    issues from the Eleventh Circuit.
15             You had originally asked for some changes to the
16    scheduling order and certain extensions in April, which were
17    granted.  Then you asked for more.  I said no more time.
18             I am trying to figure out where you are and what we
19    need to advance the ball in this case.  I know there's a motion
20    outstanding for class certification.
21             MR. FRANCIS:  Yes, your Honor.
22             THE COURT:  Counsel for plaintiff?
23             MR. FRANCIS:  Yes, your Honor.
24             There is a motion for class certification that was
25    filed on Friday in accordance with the order prior to your
```

1   Honor's denying the most recent joint motion for extension.

2   I think defense counsel is better able to address the
3   motion that was filed recently because one of the primary
4   circumstances was the fact that the Ritz changed counsel
5   recently.

6   Holland & Knight had been defending the case for the
7   last part of three or four years that this case has been before
8   the district court, and then it went to the Eleventh Circuit.
9   So that was one of the reasons, and we agreed to accommodate
10  the Ritz given their change in counsel.

11  So that's where we are. We are proceeding according
12  to the original schedule and as if the court denied the motion,
13  which it did. So we have served written discovery. We served
14  it months ago. We have deposed the Ritz's corporate
15  representative on various topics. We served a second set of
16  written discovery. We have another 30(b)(6) that has been
17  served, all to be completed within the existing deadline of
18  November 12.

19  THE COURT: Counsel for defendant?

20  MR. WATSTEIN: Sure, your Honor.

21  First, just to address what was just said about the
22  reason for the extension of time.

23  We are new to the case, but the reason for the
24  extension of time wasn't because we are new counsel and we
25  can't get up to speed quickly. I mean, you know, the reason --

1  we were essentially just requesting to extend certain limited
2  deadlines, like the deadline for the plaintiff to file a class
3  certification at their request for us to respond and for them
4  to file their reply, and some related dates, but we weren't
5  seeking to actually move the case schedule back at all.  So I
6  want to be clear about that.
7       In terms of discovery, from our perspective, you know,
8  we intend to depose the plaintiff on this coming Monday.  We
9  had a meet and confer with plaintiff's counsel yesterday about
10 some outstanding discovery issues.  But we, too, are prepared
11 to proceed and finish discovery by the discovery deadline.
12      The only thing that we wanted -- the only things that
13 we wanted to affirmatively raise today regarding scheduling is,
14 you know, the plaintiff filed a class certification motion on
15 Friday.  Attached to it is a 22-page declaration from one of
16 their lawyers.  It's essentially an expert declaration, as we
17 will explain in our coming papers, because they didn't get an
18 expert, and so they are basically summarizing and consolidating
19 hundreds of thousands of entries of data that had been produced
20 in this declaration.
21      We have now got 14 days to respond to a 20-page brief
22 but also a 20-page declaration that normally would have been
23 served as an expert declaration, but because they didn't do
24 that, now we have got this super condensed timeline to respond
25 to that.

```
 1              So what we would respectfully ask for, and it won't
 2   affect the case schedule, is an additional week, at least, to
 3   respond to their motion for class certification and ten
 4   additional pages.
 5              THE COURT:  Is there any objection?
 6              MR. FRANCIS:  If the defense needs an additional week,
 7   that's fine with us as long as, your Honor, it would extend our
 8   reply deadline as well, and we would get an additional
 9   commensurate page limit as well.
10              THE COURT:  You know, I don't mind the extension of
11   time given what's going on, but I just find when I give you
12   guys more pages, I don't necessarily get more substance.  I get
13   more pages but not necessarily more substance.  You know, it's
14   like leaving a kid alone in the candy store.  They just eat
15   whatever they want.  They don't have any discernment from the
16   good stuff.
17              MR. WATSTEIN:  Your Honor, we understand that, and we
18   have seen that in practice as well.
19              I guess what I would say here is, you know, this is --
20   it's a class action, and it deals with a seven-year time frame,
21   ten hotels, you know, several restaurants in each hotel.  So,
22   you know, there are a lot of these sort of individualized
23   issues that need to be addressed in our class cert opposition.
24              THE COURT:  First of all, as to the opposition to the
25   class cert, you may have ten additional days from the date it
```

```
 1   would normally be filed.
 2              How many additional pages are you seeking, counsel?
 3              MR. WATSTEIN:  We were going to ask for fifteen, but I
 4   think 10 would be sufficient.
 5              THE COURT:  You read my mind.  You can have ten.
 6   Anything else to keep you --
 7              And counsel for the plaintiff, you will have whatever
 8   time, ten more days after you normally would have, to file your
 9   reply.
10              Just remember, guys, you don't have to file a reply if
11   you don't need to.  You know, the reply is supposed to be the
12   new stuff, the stuff that was raised that you didn't raise
13   before, not a rehash of -- Judge, why should you rule for me
14   now that you have heard from them?  That should be what it is.
15              All right.  All the other deadlines remain as they are
16   at the present time.
17              Anything else on behalf of the plaintiff?
18              MR. FRANCIS:  Yes, your Honor.  Thank you for that.
19              I would just ask, do we also get a commensurate page
20   extension as well, if we need it?  And we are heeded by your
21   Honor's admonition.  I agree 100 percent, we do not seek to
22   relitigate the same issues on a reply.  We would also use it to
23   reply on the opposition.
24              THE COURT:  Counsel, you get five additional pages.
25   It's only a reply, not an additional response.
```

```
1                MR. FRANCIS:  Thank you, your Honor.
2                THE COURT:  Anything else?
3                MR. FRANCIS:  Not from the plaintiff.
4                THE COURT:  Defense?
5                MR. WATSTEIN:  Nothing from the defendant.
6                THE COURT:  For everyone, I know all of us are trying
7     to get back into, what I call, pre-pandemonium mode.  I
8     encourage it with reasonableness.
9                What do I mean by reasonableness?  I am very used to,
10    and encourage the use of, technology, when we can so.  If we
11    can have hearings and things via Zoom, let's do that.
12               If you-all decide you want to have a bench trial via
13    Zoom, I am extremely encouraged by this.  I had one before.  I
14    am about to start another one next Tuesday.  They are a lot
15    easier than you think they are.  If you have got a kid at home
16    that's around 12, just have them be your co-counsel, and they
17    will make sure you know what to do.
18               But it saves not only time, but particularly for
19    plaintiff's counsel, it saves money.  It saves a lot of money,
20    particularly on witness travel and things of that nature.  So I
21    encourage you-all to use technology, if this matter doesn't
22    settle, think about a bench trial via the Internet.  You can
23    hook up all your technology.  I get to see shared screen.  It's
24    amazing, and a wonderful thing.  You don't have to spend a
25    night in a hotel.  What could be more wonderful than that?
```

```
 1    Except if you have kids under seven at home, that might make it
 2    a better night away.
 3              Anything else?
 4              MR. FRANCIS:  No, your Honor.  We welcome the court's
 5    extension of technology and will take that into consideration.
 6    We appreciate that.
 7              THE COURT:  Thank you, all.
 8              Order to issue.
 9               (Proceedings adjourned at 2:19 p.m.)
10
11                         C E R T I F I C A T E
12
13       I hereby certify that the foregoing is an accurate
14    transcription of the proceedings in the above-entitled matter.
15    This hearing occurred during the COVID-19 pandemic and is
16    therefore subject to the technological limitations of reporting
17    remotely.
18    October 20, 2021         /s/ Jill M. Wells
                               Jill M. Wells, RMR, CRR, CSR
19                             Official Court Reporter
                               400 N. Miami Avenue
20                             Miami, Florida 33128
                               jill_wells@flsd.uscourts.gov
21
22
23
24
25
```

MR. FRANCIS: [8] 3/5 3/21 3/23 6/6 7/18 8/1 8/3 9/4
MR. WATSTEIN: [5] 3/9 4/20 6/17 7/3 8/5
THE COURT: [14]

/

/s [1] 9/18

**1**

10 [1] 7/4
100 [1] 1/16
100 percent [1] 7/21
10013 [1] 1/20
12 [3] 1/8 4/18 8/16
14 [1] 5/21
1550 [1] 2/4
17-CV-24284-MGC [1] 1/2
171 [1] 2/3
17th [1] 2/3
19 [1] 9/15
19110 [1] 1/16
19th [1] 1/15

**2**

20 [1] 9/18
20-page [2] 5/21 5/22
2021 [2] 1/6 9/18
22-page [1] 5/15
29 [1] 1/19
2:10 [1] 3/1
2:19 [1] 9/9

**3**

30 [1] 4/16
30363 [1] 2/4
33128 [2] 2/8 9/20
3rd [1] 1/20

**4**

400 [2] 2/7 9/19

**A**

able [1] 4/2
about [5] 4/21 5/6 5/9 8/14 8/22
above [1] 9/14
above-entitled [1] 9/14
accommodate [1] 4/9
accordance [1] 3/25
according [1] 4/11
accurate [1] 9/13
action [1] 6/20
actually [1] 5/5
additional [8] 6/2 6/4 6/6 6/8 6/25 7/2 7/24 7/25
address [2] 4/2 4/21
addressed [1] 6/23
adjourned [1] 9/9
admonition [1] 7/21
advance [1] 3/19
affect [1] 6/2
affirmatively [1] 5/13
after [2] 3/12 7/8
afternoon [2] 3/5 3/9
ago [1] 4/14

agree [1] 7/21
agreed [1] 4/9
Alex [1] 3/10
ALEXANDER [1] 2/2
all [10]
alone [1] 6/14
also [4] 3/11 5/22 7/19 7/22
am [4] 3/18 8/9 8/13 8/14
amazing [1] 8/24
another [2] 4/16 8/14
any [2] 6/5 6/15
Anything [4] 7/6 7/17 8/2 9/3
APPEARANCES [2] 1/13 1/22
appearing [2] 3/4 3/7
appreciate [1] 9/6
April [1] 3/16
are [15]
around [1] 8/16
as [11]
ask [3] 6/1 7/3 7/19
asked [2] 3/15 3/17
Associates [1] 1/19
aterepka [1] 2/5
Atlanta [1] 2/4
Attached [1] 5/15
Avenue [2] 2/7 9/19
away [1] 9/2

**B**

back [2] 5/5 8/7
ball [1] 3/19
basically [1] 5/18
be [9] 4/17 5/6 6/23 7/1 7/4 7/11 7/14 8/16 8/25
because [4] 4/3 4/24 5/17 5/23
been [6] 3/13 4/6 4/7 4/16 5/19 5/22
before [4] 1/10 4/7 7/13 8/13
behalf [3] 3/4 3/7 7/17
Bell [1] 3/11
bench [2] 8/12 8/22
better [2] 4/2 9/2
brief [1] 5/21
Broad [1] 1/16
Building [1] 1/15

**C**

call [1] 8/7
called [1] 3/1
can [4] 7/5 8/10 8/11 8/22
can't [1] 4/25
candy [1] 6/14
CARLTON [4] 1/7 3/3 3/8 3/11
case [8] 1/2 3/1 3/19 4/6 4/7 4/23 5/5 6/2
cert [2] 6/23 6/25
certain [2] 3/16 5/1
certification [5] 3/20 3/24 5/3 5/14 6/3
certify [1] 9/13
change [1] 4/10
changed [1] 4/4
changes [1] 3/15
Chapman [1] 2/3
Circuit [2] 3/14 4/8
circumstances [1] 4/4
class [8] 3/20 3/24 5/2 5/14 6/3 6/20 6/23 6/25

clear [1] 5/6
client [1] 3/10
co [1] 8/16
co-counsel [1] 8/16
COLEMAN [2] 1/18 3/6
colleague [2] 3/10 3/13
coming [2] 5/8 5/17
commensurate [2] 6/9 7/19
COMPANY [1] 1/7
completed [1] 4/17
condensed [1] 5/24
confer [1] 5/9
CONFERENCE [1] 1/10
consideration [1] 9/5
consolidating [1] 5/18
consumerlawfirm.com [1] 1/17
Continued [1] 2/1
COOKE [1] 1/10
corporate [1] 4/14
could [1] 8/25
counsel [12]
court [6] 1/1 2/7 3/1 4/8 4/12 9/19
court's [1] 9/4
COVID [1] 9/15
COVID-19 [1] 9/15
CRR [2] 2/6 9/18
CSR [2] 2/6 9/18
CV [1] 1/2

**D**

data [1] 5/19
date [1] 6/25
dates [1] 5/4
Dave [1] 3/11
DAVID [1] 2/2
days [3] 5/21 6/25 7/8
deadline [4] 4/17 5/2 5/11 6/8
deadlines [2] 5/2 7/15
deals [1] 6/20
decide [1] 8/12
declaration [5] 5/15 5/16 5/20 5/22 5/23
defendant [5] 1/8 2/2 3/7 4/19 8/5
defending [1] 4/6
defense [3] 4/2 6/6 8/4
denied [1] 4/12
denying [1] 4/1
depose [1] 5/8
deposed [1] 4/14
did [1] 4/13
didn't [3] 5/17 5/23 7/12
discernment [1] 6/15
discovery [6] 4/13 4/16 5/7 5/10 5/11 5/11
district [4] 1/1 1/1 1/11 4/8
do [6] 5/23 7/19 7/21 8/9 8/11 8/17
doesn't [1] 8/21
don't [6] 6/10 6/12 6/15 7/10 7/11 8/24
during [1] 9/15

**E**

each [1] 6/21
easier [1] 8/15
eat [1] 6/14
ecoleman [1] 1/21
Ed [1] 3/6
EDWARD [1] 1/18

**E**
**Eleventh [2]** 3/14 4/8
**else [4]** 7/6 7/17 8/2 9/3
**encourage [3]** 8/8 8/10 8/21
**encouraged [1]** 8/13
**entitled [1]** 9/14
**entries [1]** 5/19
**essentially [2]** 5/1 5/16
**everyone [1]** 8/6
**Except [1]** 9/1
**existing [1]** 4/17
**expert [3]** 5/16 5/18 5/23
**explain [1]** 5/17
**extend [2]** 5/1 6/7
**extension [6]** 4/1 4/22 4/24 6/10 7/20 9/5
**extensions [1]** 3/16
**extremely [1]** 8/13

**F**
**fact [1]** 4/4
**fifteen [1]** 7/3
**figure [1]** 3/18
**file [4]** 5/2 5/4 7/8 7/10
**filed [4]** 3/25 4/3 5/14 7/1
**find [1]** 6/11
**fine [1]** 6/7
**finish [1]** 5/11
**First [2]** 4/21 6/24
**five [1]** 7/24
**Floor [2]** 1/15 1/20
**FLORIDA [4]** 1/1 1/5 2/8 9/20
**flsd.uscourts.gov [2]** 2/8 9/20
**foregoing [1]** 9/13
**four [1]** 4/7
**FOX [2]** 1/4 3/2
**frame [1]** 6/20
**FRANCIS [3]** 1/14 1/15 3/6
**Friday [2]** 3/25 5/15

**G**
**GA [1]** 2/4
**get [9]** 4/25 5/17 6/8 6/12 6/12 7/19 7/24 8/7 8/23
**give [1]** 6/11
**given [2]** 4/10 6/11
**going [2]** 6/11 7/3
**good [3]** 3/5 3/9 6/16
**got [3]** 5/21 5/24 8/15
**granted [1]** 3/17
**guess [1]** 6/19
**guys [2]** 6/12 7/10

**H**
**had [6]** 3/13 3/15 4/6 5/9 5/19 8/13
**has [2]** 4/7 4/16
**have [20]**
**heard [1]** 7/14
**hearing [1]** 9/15
**hearings [1]** 8/11
**heeded [1]** 7/20
**here [1]** 6/19
**hereby [1]** 9/13
**Holland [1]** 4/6
**home [2]** 8/15 9/1
**Honor [10]**

**Honor's [2]** 4/17 7/21
**HONORABLE [1]** 1/10
**hook [1]** 8/23
**hotel [3]** 1/7 6/21 8/25
**hotels [1]** 6/21
**How [1]** 7/2
**Howard [1]** 1/19
**hundreds [1]** 5/19

**I**
**individualized [1]** 6/22
**intend [1]** 5/8
**Internet [1]** 8/22
**is [15]**
**issue [1]** 9/8
**issues [4]** 3/14 5/10 6/23 7/22
**it [17]**
**it's [5]** 5/16 6/13 6/20 7/25 8/23

**J**
**JAMES [1]** 1/14
**jfrancis [1]** 1/17
**jill [5]** 2/6 2/8 9/18 9/18 9/20
**Jim [1]** 3/6
**joint [1]** 4/1
**JUDGE [3]** 1/11 3/13 7/13
**just [8]** 4/21 4/21 5/1 6/11 6/14 7/10 7/19 8/16

**K**
**Kabat [1]** 2/3
**kcozlaw.com [2]** 2/5 2/5
**keep [1]** 7/6
**kid [2]** 6/14 8/15
**kids [1]** 9/1
**King [1]** 3/13
**Knight [1]** 4/6
**know [12]**

**L**
**Land [1]** 1/15
**last [1]** 4/7
**lawyers [1]** 5/16
**least [1]** 6/2
**leaving [1]** 6/14
**let's [1]** 8/11
**LEWIS [3]** 1/18 1/19 3/6
**lewissaul.com [2]** 1/21 1/21
**like [2]** 5/2 6/14
**limit [1]** 6/9
**limitations [1]** 9/16
**limited [1]** 5/1
**LLP [1]** 2/3
**long [1]** 6/7
**lot [3]** 6/22 8/14 8/19
**lsaul [1]** 1/21

**M**
**Mailman [1]** 1/15
**make [2]** 8/17 9/1
**many [1]** 7/2
**MARCIA [1]** 1/10
**matter [3]** 3/12 8/21 9/14
**may [1]** 6/25
**me [3]** 3/6 3/12 7/13
**mean [2]** 4/25 8/9

**meet [1]** 5/9
**MGC [1]** 1/2
**Miami [5]** 1/5 2/7 2/8 9/19 9/20
**MICHAEL [1]** 1/4
**might [1]** 9/1
**mind [2]** 6/10 7/5
**mode [1]** 8/7
**Monday [1]** 5/8
**money [2]** 8/19 8/19
**months [1]** 4/14
**more [8]** 3/17 3/17 6/12 6/12 6/13 6/13 7/8 8/25
**most [1]** 4/1
**motion [7]** 3/19 3/24 4/1 4/3 4/12 5/14 6/3
**move [1]** 5/5
**my [3]** 3/10 3/13 7/5

**N**
**nature [1]** 8/20
**necessarily [2]** 6/12 6/13
**need [4]** 3/19 6/23 7/11 7/20
**needs [1]** 6/6
**new [4]** 1/20 4/23 4/24 7/12
**next [1]** 8/14
**night [2]** 8/25 9/2
**no [3]** 1/2 3/17 9/4
**normally [3]** 5/22 7/1 7/8
**not [6]** 6/13 7/13 7/21 7/25 8/3 8/18
**Nothing [1]** 8/5
**November [1]** 4/18
**November 12 [1]** 4/18
**now [3]** 5/21 5/24 7/14
**NW [1]** 2/3
**NY [1]** 1/20

**O**
**objection [1]** 6/5
**occurred [1]** 9/15
**October [2]** 1/6 9/18
**Official [2]** 2/7 9/19
**one [5]** 4/3 4/9 5/15 8/13 8/14
**only [4]** 5/12 5/12 7/25 8/18
**opposition [3]** 6/23 6/24 7/23
**order [4]** 3/1 3/16 3/25 9/8
**original [1]** 4/12
**originally [2]** 3/13 3/15
**other [1]** 7/15
**our [5]** 3/10 5/7 5/17 6/7 6/23
**out [1]** 3/18
**outstanding [2]** 3/20 5/10
**Ozmer [1]** 2/3

**P**
**P.C [2]** 1/15 1/19
**p.m [2]** 3/1 9/9
**PA [1]** 1/16
**page [5]** 5/15 5/21 5/22 6/9 7/19
**pages [6]** 1/8 6/4 6/12 6/13 7/2 7/24
**pandemic [1]** 9/15
**pandemonium [1]** 8/7
**papers [1]** 5/17
**part [1]** 4/7
**particularly [2]** 8/18 8/20
**percent [1]** 7/21
**perspective [1]** 5/7

**P**

Philadelphia [1]  1/16
plaintiff [10]
plaintiff's [2]  5/9 8/19
practice [1]  6/18
pre [1]  8/7
pre-pandemonium [1]  8/7
prepared [1]  5/10
present [1]  7/16
primary [1]  4/3
prior [1]  3/25
proceed [1]  5/11
proceeding [1]  4/11
proceedings [2]  9/9 9/14
produced [1]  5/19

**Q**

quickly [1]  4/25

**R**

raise [2]  5/13 7/12
raised [1]  7/12
read [1]  7/5
reason [3]  4/22 4/23 4/25
reasonableness [2]  8/8 8/9
reasons [1]  4/9
reassigned [1]  3/12
recent [1]  4/1
recently [2]  4/3 4/5
record [1]  3/2
regarding [1]  5/13
rehash [1]  7/13
related [1]  5/4
relitigate [1]  7/22
remain [1]  7/15
remember [1]  7/10
remotely [1]  9/17
reply [8]  5/4 6/8 7/9 7/10 7/11 7/22 7/23
 7/25
REPORTED [1]  2/6
Reporter [2]  2/7 9/19
reporting [1]  9/16
representative [1]  4/15
request [1]  5/3
requesting [1]  5/1
respectfully [1]  6/1
respond [4]  5/3 5/21 5/24 6/3
response [1]  7/25
restaurants [1]  6/21
right [1]  7/15
RITZ [6]  1/7 3/3 3/8 3/11 4/4 4/10
Ritz's [1]  4/14
RITZ-CARLTON [4]  1/7 3/3 3/8 3/11
RMR [2]  2/6 9/18
rule [1]  7/13
rwatstein [1]  2/5
RYAN [2]  2/2 3/9

**S**

said [2]  3/17 4/21
same [1]  7/22
SAUL [3]  1/18 1/19 3/6
saves [3]  8/18 8/19 8/19
say [1]  6/19
schedule [3]  4/12 5/5 6/2
scheduling [2]  3/16 5/13

screen [1]  8/23
second [1]  4/15
see [1]  8/23
seek [1]  7/21
seeking [2]  5/5 7/2
seen [1]  6/18
served [5]  4/13 4/13 4/15 4/17 5/23
set [1]  4/15
settle [1]  8/22
seven [2]  6/20 9/1
seven-year [1]  6/20
several [1]  6/21
shared [1]  8/23
should [2]  7/13 7/14
so [9]  4/9 4/11 4/13 5/5 5/18 6/1 6/21
 8/10 8/20
some [4]  3/13 3/15 5/4 5/10
sort [1]  6/22
South [1]  1/16
SOUTHERN [1]  1/1
speed [1]  4/25
spend [1]  8/24
start [1]  8/14
STATES [2]  1/1 1/11
STATUS [1]  1/10
store [1]  6/14
Street [3]  1/16 1/19 2/3
stuff [3]  6/16 7/12 7/12
subject [1]  9/16
substance [2]  6/12 6/13
sufficient [1]  7/4
Suite [1]  2/4
summarizing [1]  5/18
super [1]  5/24
supposed [1]  7/11
sure [2]  4/20 8/17

**T**

take [1]  9/5
technological [1]  9/16
technology [4]  8/10 8/21 8/23 9/5
ten [5]  6/3 6/21 6/25 7/5 7/8
TEREPKA [2]  2/2 3/10
terms [1]  5/7
than [2]  8/15 8/25
Thank [3]  7/18 8/1 9/7
that [28]
that's [3]  4/11 6/7 8/16
their [5]  4/10 5/3 5/4 5/16 6/3
them [3]  5/3 7/14 8/16
then [2]  3/17 4/8
there [3]  3/24 6/5 6/22
there's [1]  3/19
therefore [1]  9/16
these [1]  6/22
they [10]
thing [2]  5/12 8/24
things [3]  5/12 8/11 8/20
think [4]  4/2 7/4 8/15 8/22
this [10]
thousands [1]  5/19
three [1]  4/7
time [8]  3/17 4/22 4/24 6/11 6/20 7/8
 7/16 8/18
timeline [1]  5/24
Title [1]  1/15

today [1]  5/13
too [1]  5/10
topics [1]  4/15
transcription [1]  9/14
travel [1]  8/20
trial [2]  8/12 8/22
trying [2]  3/18 8/6
Tuesday [1]  8/14

**U**

under [1]  9/1
understand [1]  6/17
UNITED [2]  1/1 1/11
up [2]  4/25 8/23
us [3]  5/3 6/7 8/6
use [3]  7/22 8/10 8/21
used [1]  8/9

**V**

various [1]  4/15
very [1]  8/9
via [3]  8/11 8/12 8/22
vs [1]  1/6

**W**

want [3]  5/6 6/15 8/12
wanted [2]  5/12 5/13
was [7]  3/12 3/24 4/3 4/4 4/9 4/21 7/12
wasn't [1]  4/24
WATSTEIN [2]  2/2 3/10
we [37]
week [2]  6/2 6/6
welcome [1]  9/4
well [4]  6/8 6/9 6/18 7/20
wells [5]  2/6 2/8 9/18 9/18 9/20
went [1]  4/8
were [3]  3/16 5/1 7/3
weren't [1]  5/4
what [9]  3/18 4/21 6/1 6/19 7/14 8/7 8/9
 8/17 8/25
what's [1]  6/11
whatever [2]  6/15 7/7
when [2]  6/11 8/10
where [2]  3/18 4/11
which [2]  3/16 4/13
why [1]  7/13
will [4]  5/17 7/7 8/17 9/5
within [1]  4/17
witness [1]  8/20
won't [1]  6/1
wonderful [2]  8/24 8/25
would [10]
written [2]  4/13 4/16

**Y**

year [1]  6/20
years [1]  4/7
Yes [3]  3/21 3/23 7/18
yesterday [1]  5/9
York [1]  1/20
you [38]
you-all [2]  8/12 8/21
your [15]

**Z**

Zoom [2]  8/11 8/13