**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO. 1:17-CV-24284-COOKE/O'SULLIVAN**

**MICHAEL FOX**,
on behalf of himself and all
others similarly situated,

    *Plaintiff*,

v.

**THE RITZ-CARLTON**
**HOTEL COMPANY, LLC,**

    *Defendant*.

### PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Plaintiff Michael Fox, by and through his undersigned counsel, hereby moves this Court, pursuant to Federal Rule of Civil Procedure 56 and Local Rule 56.1, to grant partial summary judgment and a declaratory judgment in his favor and against Defendant on a discrete claim: that Defendant committed *per se* violations of the Florida Deceptive and Unfair Trade Practices Act, Fla. Stat. § 501.201, *et seq*. ("FDUTPA"), by failing to include notice of automatic gratuities or service charges on its restaurant menus at the Ritz-Calrton Key Biscayne hotel in the same form and manner as the items on the menus, as required by Miami-Dade County Ordinance Sec. 8A-110.1. There are no genuine issue of material fact as to the Plaintiff's claims described above.

Plaintiff requests that summary judgment be entered on his behalf and that a declaratory judgment be entered that Defendant's actions are in violation of FDUTPA, in accordance with the attached proposed Order. Plaintiff also requests injunctive relief to enjoin Defendant from committing further violations of the Miami-Dade County Ordinance.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: December 3, 2021 | s/ David M. Marco |

**SMITHMARCO, P.C.**
David M. Marco
IL Bar No. 6273315/FL Bar No. 125266
7204 Kyle Court
Sarasota, FL 34240
Telephone: (312) 546-6539
Facsimile: (888) 418-1277
E-Mail: dmarco@smithmarco.com

**FRANCIS MAILMAN SOUMILAS, P.C.**
James A. Francis (*pro hac vice*) David A. Searles (*pro hac vice*) 1600 Market Street, Suite 2510 Philadelphia, PA 19103
T: (215) 735-8600
F: (215) 940-8000
jfrancis@consumerlawfirm.com
jsoumilas@consumerlawfirm.com

**LEWIS SAUL & ASSOCIATES, P.C.**
Lewis J. Saul (*pro hac vice*)
Edward A. Coleman (*pro hac vice*) 29 Howard Street, 3rd Floor
New York, NY 10013
T: (212) 376-8450
F: (212) 376-8447
lsaul@lewissaul.com
ecoleman@lewissaul.com

*Attorneys for Plaintiff and the Classes*

2

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on December 3, 2021, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via CM/ECF.

/s/ *David M. Marco*
David M. Marco