UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-24284-Civ-COOKE/Damian

**MICHAEL FOX**,

    Plaintiff,
v.

**THE RITZ-CARLTON HOTEL COMPANY, LLC**,

    Defendant.
_____/

# **ORDER**

**THIS CAUSE** came before the Court *sua sponte*. On July 22, 2022, Defendant Ritz-Carlton Hotel Company, LLC, filed an Expedited Motion to Extend Time to Object to Magistrate Judge's Orders [ECF No. 133]. Defendant sought an extension of time to object to the Magistrate Judge's Orders denying Defendant's Motion to Exclude Reply Declaration of Plaintiff Michael Fox [ECF No. 131] and its Motion for Sanctions [ECF No. 132] until 21 days after the Magistrate Judge issued reports and recommendations on all referred motions. (*See* Mot. 1). On July 23, 2022, the Court entered an Order [ECF No. 134] granting the Motion in part, allowing the parties 14 days after the Magistrate Judge enters her reports and recommendations on any referred motions that remain pending to file any appeals of the Orders [ECF Nos. 131 and 132].

Since the Court's July 23, 2022 Order, Magistrate Judge Damian has issued Reports and Recommendations on Plaintiff's Motion for Partial Summary Judgment [ECF No. 135] and on Defendant's Motion for Summary Judgment [ECF No. 137]. Meanwhile, Plaintiff's Motion for Class Certification [ECF No. 67], referred to Magistrate Judge Damian for a report and recommendation, remains pending.

Case No. 17-24284-Civ-COOKE/Damian

Although the Court granted an extension to object to certain Orders until 14 days after the Magistrate Judge issued reports and recommendations on all referred motions (*see* July 23, 2022 Order), the report and recommendation on the pending Motion for Class Certification may depend on the final resolution of the Magistrate Judge's Orders and Reports. For example, if the Court grants summary judgment in part, it may render one of Plaintiff's proposed classes moot. Accordingly, it is

**ORDERED AND ADJUDGED** that:

1. The July 23, 2022 Order **[ECF No. 134]** is **SET ASIDE**.

2. The parties have until August 31, 2022 to file objections to the Magistrate Judge's Orders **[ECF Nos. 131 and 132]** and Reports **[ECF No. 135 and 137]**. This deadline will not be extended. Responses to objections will be due within the time permitted by the Rules; no extensions of time will be given.

3. The Motion for Class Certification **[ECF No. 67]** and the Sealed Motion for Class Certification **[ECF No. 69]** are **DENIED** *without prejudice* as premature. A new deadline for filing a motion for class certification will issue after all outstanding motions are resolved.

**DONE AND ORDERED** in Miami, Florida, this 17th day of August, 2022.

_____
for **MARCIA G. COOKE**
**UNITED STATES DISTRICT JUDGE**

cc: Melissa Damian, U.S. Magistrate Judge
    counsel of record