UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-24284-CIV-COOKE

MICHAEL FOX,                                      )
on behalf of himself and all others               )
similarly situated,                               )
                                                  )
                        Plaintiff,                )
    v.                                            )
                                                  )
                                                  )
THE RITZ-CARLTON HOTEL COMPANY,                   )
LLC,                                              )
                                                  )
                        Defendant.                )
_____)

## DECLARATION OF MATTHEW KINER

I, Matthew Kiner, declare under penalty of perjury that the following is true and correct:

1. My name is Matthew Kiner. I am over the age of 18 and am competent to make this declaration.

2. I am the Director of Food and Beverage for The Ritz-Carlton, South Beach. I have held that position since April 2021. Over the past 10 years, I have held numerous other positions at various Ritz-Carlton Florida Locations, including Food and Beverage Manager, Assistant Director of Food and Beverage, and Restaurant Manager. I have been working in restaurants in some capacity since 2004, and I have experience in both chain restaurants and luxury outlets like those found at the various Ritz-Carlton properties. My job responsibilities at The Ritz-Carlton, South Beach and the other Ritz-Carlton properties at which I have worked have included reviewing restaurant menus, bills, and receipts and supervising restaurant staff.

3. This declaration is based on my personal knowledge and review of documents that The Ritz-Carlton, South Beach maintains in the ordinary course of business and were made at or

1

about the time of the events described therein. I have regular access to, and am familiar with, The Ritz-Carlton, South Beach's records maintained in the ordinary course of business. If called and sworn as a witness, I could and would competently testify to the matters discussed in this declaration.

4. All restaurants and bars at The Ritz-Carlton, South Beach add an 18% automatic suggested gratuity (which appears on the bill as an "18% Service Charge" or "Added Grat %") to all bills. I refer to the charge as an "automatic suggested gratuity" because it is automatically included on the initial bill as a line item, but it is not mandatory; it may be adjusted up or down as a guest wishes.

5. Since at least the time that I started working at The Ritz-Carlton, South Beach, it has been the policy and practice of all restaurants at the Ritz-Carlton, South Beach to give customers notice of the automatic suggested gratuity on menus, bills, receipts, and verbally.

6. It often is not possible to determine precisely when a restaurant first started using a particular menu without asking a particular employee (such as myself) or guest, who or may not have a specific recollection, because the dates are not displayed on the menus themselves. Although the file name for a particular menu may indicate a specific day, month, or year, the restaurant may have been (and often was) using a menu before or after that date. For example, the menu file name may have been changed during a period that the restaurant was using the menu. It may also be the case that a menu saved to the hotel's share drive was a working draft that was never put in front of a guest.

7. Additionally, a restaurant will often alter the food items listed on a menu without otherwise altering the format of the menu or the notice on the menu of the automatic suggested gratuity. The fact that a restaurant was using a particular menu on a particular date does not mean

2

that the restaurant wasn't also using the menu on other dates, or that a substantially similar menu was not in use on other dates.

8. The bills and receipts that The Ritz-Carlton, South Beach provides to customers include a line item showing that an 18% suggested gratuity has been applied to the bill, as well as the dollar amount of the charge. The receipt includes a separate line at the top of the signature block for any additional gratuity the customer wishes to leave on top of the automatic suggested amount.

9. In addition, it is the policy and practice of the servers at all restaurants at The Ritz-Carlton, South Beach to verbally inform customers about the automatic suggested gratuity when they present the bill to the table and to inform customers that they may raise or lower the suggested gratuity at their discretion. This practice is a "brand standard" for all Ritz-Carlton properties that utilize an automatic gratuity.

10. Customers may remove or reduce an automatic suggested gratuity upon request. In my capacity as Food and Beverage Director, my job responsibilities include handling customer requests to remove or reduce an automatic suggested gratuity. While such requests are not common, it is the policy of The Ritz-Carlton, South Beach to honor such requests.

11. During the time that I have worked for The Ritz-Carlton Hotel Company, LLC, it has been my experience that guests and customers very often tip in excess of 18%, including by adding an additional gratuity on top of the 18% automatically included at South Beach. It is common for customers to bump up the 18% suggested gratuity to 20% or 25%.

12. In my significant experience working in restaurants generally, in the absence of an automatic suggested gratuity, customers often tip as much as 25% or higher for luxury service, and most customers tip a minimum of 20%.

13. In my experience working in restaurants, including restaurants operated by The Ritz-Carlton Hotel Company, I have observed that, where a group is dining out, one person will often pay the entire bill, and the other members of the party will reimburse that person, either with cash or through a third-party payment application, such as Venmo.

14. One hundred percent of the 18% automatic suggested gratuity goes to restaurant staff, and none of it goes to the hotel.

15. Many guests at The Ritz-Carlton, South Beach are part of the Marriott Bonvoy loyalty program and dine at the hotel's restaurants. It is often not possible to tell whether any particular diner is a Marriott Bonvoy member. If a member who was not staying at the hotel dined at one of the restaurants located at The Ritz-Carlton, South Beach and paid by credit card, for example, there would be no way to tell from a bill or receipt whether they were a Marriott Bonvoy member.

16. It is not possible to tell from a restaurant bill or receipt whether any particular diner is a foreign citizen, and, if so, his or her country of citizenship. It is also generally not possible to tell this information from any other records the hotel possesses, and in no cases without a significant amount of individualized work as to each bill, which would include attempting to cross-reference bills with reservations. And even that generally wouldn't be determinative, since often the person with a reservation isn't the one paying and given citizenship information is not required for (and often not provided) with a reservation.

17. Prior to signing this declaration, I was provided with a full opportunity to carefully review this declaration and freely make any corrections and additions of any kind. I verify that the information I have provided in this declaration is true and correct.

4

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 22, 2021, in Miami Beach, Florida

Matthew Kiner