IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | | |
|---|---|---|
| MICHAEL FOX, <br> on behalf of himself and all others <br> similarly situated, <br><br> Plaintiff, <br> v. <br><br> THE RITZ-CARLTON HOTEL <br> COMPANY, L.L.C., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | 1:17-cv-24284-MGC <br><br> Judge Cooke <br><br> Magistrate Judge Reid |

**NOTICE OF HEARING**

In accordance with this Court's scheduling of same, an in-person hearing on Plaintiff's Motion to Disqualify Counsel, Peter Valori, is scheduled to proceed before the Honorable Magistrate Judge Lisette M. Reid at the C. Clyde Atkins United States Courthouse, 301 North Miami Avenue, 3rd Floor, Miami, Florida, 33128 on **February 3, 2023,** at **10:00 a.m.**

Respectfully submitted,

By:   s/ David M. Marco
         Attorney for Plaintiff

Dated: December 20, 2022

David M. Marco
IL Bar No. 6273315/FL Bar No. 125266
SMITHMARCO, P.C.
7204 Kyle Court
Sarasota, Florida 34240
Telephone:    (312) 546-6539
Facsimile:    (888) 418-1277
E-Mail:       dmarco@smithmarco.com