Pages 1 - 46

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

Before The Honorable Lisette M. Reid, Magistrate Judge

```
MICHAEL FOX,                    )
                                )
            Plaintiff,          )
                                )
  VS.                           )        NO. 17-CV-24284-AHS
                                )
THE RITZ-CARLTON HOTEL          )
COMPANY, LLC,                   )
                                )
            Defendant.          )
_____)
```

Miami, Florida
Friday, February 3, 2023

**TRANSCRIPT OF OFFICIAL ELECTRONIC SOUND RECORDING
OF PROCEEDINGS**

Digital Audio Recording 9:49 a.m. - 10:58 a.m. = 69 minutes

**APPEARANCES:**

For Plaintiff:

FRANCIS MAILMAN SOUMILAS, P.C.
1600 Market Street, Suite 2510
Philadelphia, Pennsylvania 19103
**BY: JAMES A. FRANCIS, ESQ.**

SMITHMARCO, PC
55 West Monroe Street, Suite 1200
Chicago, Illinois 60603
**BY: DAVID M. MARCO, ESQ.**

**(APPEARANCES CONTINUED ON FOLLOWING PAGE)**

Transcribed by:  James C. Pence-Aviles, RMR, CRR, CSR No. 13059
Official Court Reporter

1 | **APPEARANCES**:   (CONTINUED)

2 | For Defendants:

3 |                           KABAT CHAPMAN & OZMER LLP
   |                           171 17th Street Northwest, Suite 1550
   |                           Atlanta, Georgia 30363

4 |                    BY:  **RYAN DAVID WATSTEIN, ESQ.**
   |                         **ALEXANDER D. TEREPKA, ESQ.**

5 |

6 |                           DAMIAN & VALORI LLP
   |                           1000 Brickell Avenue, Suite 1020
   |                           Miami, Florida 33131

7 |                    BY:  **PETER FRANCIS VALORI, ESQ.**

| | |
|---|---|
| 1 | **Friday - February 3, 2023**                                      **9:49 a.m.** |
| 2 | **P R O C E E D I N G S** |
| 3 | **---oOo---** |
| 4 | **THE CLERK:**  All rise. |
| 5 | The United States District Court for the Southern District |
| 6 | of Florida is now in session, the Honorable Lisette M. Reid |
| 7 | presiding. |
| 8 | **THE COURT:**  Please be seated. |
| 9 | **MR. FRANCIS:**  Thank you, Your Honor. |
| 10 | **MR. WATSTEIN:**  Thank you. |
| 11 | **THE COURT:**  All right.  So we're here on Fox versus |
| 12 | Ritz-Carlton Hotel Company, Case 17-CV-24284. |
| 13 | I'd like to get appearances from counsel.  We'll start |
| 14 | with the plaintiff. |
| 15 | **MR. FRANCIS:**  Yes. |
| 16 | Good morning, Your Honor.  It's Jim Francis. |
| 17 | **MR. MARCO:**  And good morning, Your Honor.  David Marco |
| 18 | for the plaintiff. |
| 19 | **THE COURT:**  Very good. |
| 20 | **MR. WATSTEIN:**  And good morning, Your Honor. |
| 21 | Ryan Watstein for the defendant. |
| 22 | **MR. TEREPKA:**  Alex Terepka for the defendant. |
| 23 | **MR. VALORI:**  And Peter Valori on behalf of |
| 24 | Ritz-Carlton as well. |
| 25 | **THE COURT:**  Okay.  Great. |

 1        So we have a problem.  In reviewing the pleadings and the

 2  case law, it seems to me that the case law requires the

 3  defendant to show an overriding need to add a new lawyer at

 4  this stage of the case.

 5        This is a 2017 case.  It's been through a number of

 6  judges.  Unfortunately, because of Judge Cooke's recent

 7  passing, we have a new judge on the case.  Judicial economy is

 8  definitely an issue here.  We have presently had a

 9  Magistrate Judge working on this case and was very involved and

10  understood the issues.

11        So it seems to me, defendants, that you need to show an

12  overriding need to add Mr. Valori at this juncture.  I think

13  that's the standard.  If you believe that's not the standard,

14  you should tell me what is, and I'll definitely review your

15  argument with that respect.

16        I also would like to hear what prejudice you would have if

17  you couldn't add Mr. Valori at this juncture.  How would that

18  affect your representation?  I'm convinced that you're good

19  attorneys and that you've been handling the case all this time.

20  What's changed?  I'm convinced Mr. Valori is a great attorney.

21  Why him?  Why is he needed specifically on this case?

22        So -- so that's the kind of argument, the kind of

23  information, that I need from you today.  And -- and then, of

24  course, I'll allow the plaintiff to address the issues as well.

25        So you know where I stand.  You can proceed.

 1          **MR. WATSTEIN:**  Your Honor, would you like to hear from

 2     us first?

 3          **THE COURT:**  Yes.

 4          **MR. WATSTEIN:**  Okay.  And would you like us to use the

 5     podium or --

 6          **THE COURT:**  Whatever works for you.  I can hear you

 7     just fine --

 8          **MR. WATSTEIN:**  Okay.

 9          **THE COURT:**  -- if you're comfortable there; or if

10     you'd rather be at the podium, that's fine, too.

11          **MR. WATSTEIN:**  I'll stay here just because I have my

12     papers and whatnot spread out.

13          **THE COURT:**  Very good.

14          **MR. WATSTEIN:**  So, Your Honor, let me start -- let me

15     start with the applicable standard.

16          So I think that this is -- in rereading everything in

17     preparation for the hearing today, this is the rare case where

18     there happens to be, you know, binding precedent in a published

19     Eleventh Circuit case, and that's *In Re BellSouth*.

20          And I thought probably the easiest way to demonstrate the

21     standard, which is a multifactorial test, would be to just go

22     through the *BellSouth* decision very briefly.

23          And so I have in front of me the Eleventh Circuit's

24     decision in *In Re BellSouth*, and I'm just going to point out

25     not only the factors but also the -- the specific facts that

1    drove the Court's decision here.

2        So *BellSouth* involved -- and I'm quoting from the case --

3    a situation where a federal judge, a District Judge, must

4    recuse because a person within the third degree of relationship

5    was acting as a lawyer in the proceeding.

6        Okay.  So obviously, here, it -- the recusal presumably

7    was triggered by Mr. Valori's appearance.  Although

8    Judge Damian's order did not say so, that's a logical

9    conclusion, but there -- there was no mandatory recusal.

10       So, just kind of moving on through the opinion, the Court

11   says, "It's long been a matter of concern that parties in the

12   Northern District of Alabama might be taking strategic

13   advantage of the recusal statute to, in effect, judge-shop."

14       "It was," quote, "well-documented that Judge Clemon has

15   been forced to relinquish numerous cases.  Such was the case in

16   *Robinson*," which was the prior Eleventh Circuit decision that

17   enumerated the multifactorial test.  It involved the same

18   District Judge.

19       And so the Court ultimately enumerated a nonexclusive list

20   of factors, but before we get to that, just a couple other

21   pertinent facts from the Eleventh Circuit's decision.

22       The appearance of this particular firm in this case was

23   a -- a firm that was associated with the judge's nephew.  So it

24   was mandatory recusal, and that -- the appearances had required

25   Judge Clemon to recuse from 15 cases in the preceding two and a

1    half years.

2        And because of this specific issue with this specific

3    judge, the Northern District actually adopted a standing order

4    that doesn't exist here, and I'm not aware of existing anywhere

5    else in the country, to govern consideration of motions to add

6    or substitute counsel because of the issues -- the recusal

7    issues with this particular judge.

8        And in -- that order basically says there's a strong but

9    rebuttable presumption that the reason for proposed addition --

10   addition of counsel is to cause recusal, which, like I said,

11   obviously doesn't exist here.

12       But perhaps most salient and most telling is that the

13   cases in which this firm that resulted in recusal was hired in

14   were racial discrimination cases under Title 7, and the judge

15   that was being recused was the one black judge in the

16   Northern District of Alabama.

17       And the Eleventh Circuit found salient that the -- the

18   firm that caused the recusal was only retained in 4 of 204

19   cases in which *BellSouth* was sued in this district.  And in

20   three of the four cases, they were before Judge Clemon.

21       So it was very obvious that -- I mean, it was pretty

22   obvious to me, in reading this, that the reason for the

23   retention there was a pattern of racially motivated recusals.

24   The -- they had a race discrimination case, and they thought,

25   "We don't want to have the one black judge in the district."

```
 1   It looked really, really bad and, frankly, was really, really

 2   bad.

 3        So then the Court enumerates this list of factors, which

 4   I'll talk about in a minute.  But in going through them in this

 5   case, the Court said, you know, in terms of the Court's

 6   docket -- how this might affect the Court's docket.

 7        There's a big issue here with the way these recusals are

 8   affecting the Court's docket because Judge Clemon -- it's not

 9   just one case.  Judge Clemon is being forced to repeatedly

10   recuse himself in this pattern of, you know, 15-plus cases.

11        BellSouth, the defendant, already had competent local

12   counsel in another related case.  We, of course, don't.  I'm

13   just -- again, just going through the decision here, but this

14   Eleventh Circuit decision was -- it involved a mandamus; right?

15        So the standard that the Court was operating under was a

16   very difficult burden that the defendant had to meet to

17   potentially overcome the recusal.  It required showing an

18   extraordinary remedy requiring demonstrable injustice or

19   irreparable injury from the disqualification.

20        And the Eleventh Circuit said, "Even on these facts, this

21   is a close case," which I don't even necessarily agree with

22   personally, but that was what the Eleventh Circuit said.  They

23   said, "In view of these persuasive cases, we cannot conclude

24   that petitioners have satisfied the high standard required for

25   the issuance of a writ of mandamus."
```

1       And it's very important to note that, in affirming the

2   disqualification in this particular case, the Eleventh Circuit

3   said it should be obvious to this lawyer and his prospective

4   clients that he's not categorically barred from practice, even

5   in cases assigned to Judge Clemon.

6       So they said, "Notwithstanding the fact that there's been

7   15 prior recusals, and this clearly appears to be a" -- you

8   know, "a recusal that was targeted at a specific judge for a

9   specific reason, we're still not saying that this lawyer cannot

10  appear before Judge Clemon, which would mandatorily result in a

11  recusal."

12      So we just think that this is the rare case where we have

13  an Eleventh Circuit decision that gives us the binding standard

14  of the factors to apply.

15      And -- and, you know, you -- to comment specifically on

16  Your Honor's indication that you thought that we needed to show

17  an overriding need for a particular counsel -- I mean, that --

18  that's not the standard that was enumerated by the

19  Eleventh Circuit.

20      So in this opinion, the Eleventh Circuit said you should

21  consider seven factors:  Delay, judicial time invested, the

22  effect on the Court's docket, any additional expense, any

23  injury to the moving party, the appearance of impropriety, and

24  defendant's right to counsel.

25      Plaintiff's motion focuses entirely on one factor.

 1   Their -- as I understand their position, it's basically that

 2   because, in their view, there is an appearance of impropriety

 3   here, that automatically means that the lawyer must be

 4   disqualified.  But that is the -- that is absolutely not what

 5   the Eleventh Circuit said.

 6        It -- the Eleventh Circuit made its decision, based on the

 7   unique facts of this case, and said this judge [sic] can still

 8   practice in front of Judge Clemon, even if it results in

 9   mandatory recusal, just not on these facts with 15 recusals and

10   so on and so forth.

11        So going through the factors in this case, I want to point

12   out first that this is not a case like any of the cases that

13   are cited by the plaintiff that involve the recusal of a

14   District Judge.

15        And that would be a distinction without a difference if

16   the parties had agreed to Magistrate Judge jurisdiction in the

17   case, of course, because the Magistrate Judge would have been

18   managing the case from the beginning.

19        But this is a case where -- where there was only one

20   potential motion that the assigned Magistrate Judge at the time

21   of Mr. Valori's appearance could have possibly decided.  It was

22   not under submission to her when Mr. Valori made his

23   appearance.

24        And when Mr. Valori made his appearance and the recusal

25   occurred, this Court set the one remaining motion to be decided

1  or to be -- for a report and recommendation to be written on --

2  set the hearing on that sooner than the hearing was set to

3  occur in front of Judge Damian.

4      So because of that, there -- it can't possibly be said

5  that there was any delay in the case as a result of

6  Mr. Valori's appearance.

7      Again, it would be different if this -- the parties had

8  consented to magistrate jurisdiction because what's going to

9  happen after the certification motion is decided is the case is

10 going to go to trial.  There's going to be pretrial briefing.

11 There's going to be all of that, and the case is going to go to

12 trial, and there's, you know, potentially going to be an appeal

13 by either side.

14     But the -- the Magistrate Judge won't be involved in any

15 of that because the parties haven't consented to magistrate

16 jurisdiction for -- for those purposes.  So there was one

17 motion remaining to be decided, and that was set for hearing

18 earlier than it would have been otherwise.

19         **THE COURT:**  The motion for class certification?

20         **MR. WATSTEIN:**  That's exactly right.

21         **THE COURT:**  The motion -- okay.

22         **MR. WATSTEIN:**  That's exactly right.

23     And in terms of judicial time invested, again, there was

24 only one item that remained to be decided, the motion for class

25 certification.  That was not even fully briefed at the time of

1    Mr. Valori's appearance.

2         So there couldn't have been judicial time invested on that

3    unique procedural motion that stood on its own particularly

4    because the District Judge -- one of the District Judges had

5    ordered us to rebrief class certification on a clean slate,

6    essentially.

7         So -- so that's the second -- so the first two factors

8    do -- you know, are, at worst, neutral and, we think, actually

9    weigh in -- strongly in our favor.

10        In terms of the effect on the Court's docket, this is not

11   a circumstance like *BellSouth*, where there's a repeated pattern

12   of recusals.  In fact, this is the first time that Mr. Valori

13   has ever appeared before Judge Damian.  And, you know, there's

14   never been a motion to disqualify ever filed against Mr. Valori

15   in his 27-year career, nor against me in my 14-year career.

16        So this isn't a situation where there's a significant

17   concern about the Court's docket because of -- of the

18   disqualification.

19        In terms of additional expense, which is the fourth factor

20   that the Eleventh Circuit enumerated, there's no delay.

21   There's no additional expense.  The only additional expense has

22   resulted from the motion to disqualify that was filed by -- by

23   the plaintiff.  There's -- you know, there's literally been no

24   change other than that.

25        And then defendant's right to counsel -- I'll get to that

 1   last, but I'll talk about the -- the one factor that plaintiff

 2   focuses on, which is the appearance of impropriety; right?

 3   So -- so let me focus on that for a minute, and I -- to

 4   Your Honor's questions, I think they both go to the appearance

 5   of impropriety.  Why Mr. Valori, and why now?  So let me

 6   address those points.

 7        So in terms of the timing of the appearance, we never

 8   would have hired local counsel at this juncture if our motion

 9   to decide the certification motion, as previously briefed, had

10   been granted.  We had a fully briefed class certification

11   motion that had been filed a year ago.

12        **THE COURT:**  And -- and why did you not use local

13   counsel a year ago?

14        **MR. WATSTEIN:**  Well, we didn't -- so let me be clear,

15   and I was going to get to that, but I'll go ahead and answer

16   it.

17        We -- the reason why we needed local counsel in this case

18   at this juncture is because we -- Number 1, we were heading to

19   trial.  So we were eventually going to get local counsel

20   regardless.  We're not -- I mean, I'm admitted in Florida, but

21   I'm not an expert on trying a case in the Southern District of

22   Florida.

23        I mean, we had a trial in the Eastern District of

24   Pennsylvania last week, and we had local -- we had local

25   counsel in that case, of course.  We did have local counsel in

 1   Holland & Knight, who was originally handling the case.  We

 2   took over the case from Holland & Knight.  They withdrew.

 3       We were -- we were eventually going to get local counsel

 4   at some point, but why did we get local counsel at this -- at

 5   this juncture?  We were heading to trial, and we were faced

 6   with this very unique situation that was baffling to us of

 7   multiple District Judges signing orders in this case, none of

 8   whom included Judge Cooke.

 9       Now we, of course, know the reason for that, you know, her

10   tragic passing, but we had -- we had no idea.  That wasn't

11   public information.  So we were in a situation where we had a

12   case heading to trial.  We had four District Judges signing

13   orders in our case.

14       We only had one motion left to file, and we had a number

15   of strategic considerations about potential motions that we

16   were going to file and didn't end up filing, frankly, given our

17   consultation with local counsel, because of these unique

18   situation -- this unique situation that we were in.

19       So we unquestionably needed someone who had insight into

20   local practices, the local judiciary, you know, what is going

21   on in our case.  And, frankly, we -- and -- and none of that

22   existed a year prior.

23       So -- and this is consistent with our practice -- our --

24   most of what we do is defend class actions across the country.

25   We hire local counsel when and where it makes sense to do so

 1   and at the time that it makes sense to do so.

 2        And, you know, there had been occasions where we've hired

 3   a judge's former law clerk, and, you know, that is a pretty

 4   common practice.  To give you an example, my colleague

 5   Mr. Terepka and I tried a case in the Eastern District of

 6   Pennsylvania, a class action, in which class certification was

 7   denied.  We had a trial on the individual claims last week.

 8        Plaintiff's counsel hired the former Chief Judge -- even

 9   though they already had local counsel, they hired the former

10   Chief Judge of the Eastern District of Pennsylvania as

11   additional counsel, who sat with our judge on the bench for 20

12   years.  That could have triggered a recusal, but it didn't.

13   And we certainly didn't move to disqualify anybody, based on

14   his appearance.

15        So it's -- my point is that it is not uncommon to hire a

16   lawyer for their unique insight into the judicial officers, in

17   particular when you're in this situation when you're out of

18   town; you have no idea what's going on; you're headed to trial;

19   you've got this important motion coming up that you've got to

20   rebrief; and you don't know who your audience is.  And that was

21   the situation that we were -- we were faced with.

22        And so why Mr. Valori?  Well, several reasons.  He's

23   eminently qualified, referred by a trusted source, liked him

24   more than the other lawyers that we were considering.  He had a

25   deep knowledge of the local practices and the local bench.  He

1  has, contrary to plaintiff's speculation, deep experience with

2  FDUTPA cases in the hospitality industry.

3      We, frankly, have a preference for not using large firms.

4  We're a litigation boutique.  We just have that -- have that

5  preference.  We thought he was the best fit.  You know, he had

6  great potential insight into the judiciary, which, again, is

7  not improper.  I mean, that's one of the main reasons why you

8  hire local counsel.

9      He had a wonderful reputation before the bench, which is

10  what we really needed at a time when we felt like we weren't

11  necessarily getting the attention of any specific judge.  Now

12  we understand why that was the case, but we didn't at the time.

13  And he's proven excellent.

14      You know, we would -- we would not want to change local

15  counsel.  He's provided substantial -- substantive and

16  strategic input that we followed, including not filing things

17  that we intended to file when we first consulted with him.  And

18  this sort of further underscores, in our view, the -- the

19  absurdity of the -- of the motion because his contributions to

20  the case at this point can't be removed.

21      So there's not really any way that the relief that they're

22  ultimately requesting, which is reassignment to Judge Damian,

23  could be granted.  I mean, if there was, in her view, an

24  appearance of impropriety, it's unclear to us why that would

25  change, even if Mr. Valori was no longer involved in the case,

1  given the substantive input he's already provided.

2      And --

3          THE COURT:  And that substantive input was?  Just so I

4  can get a better sense of that.

5          MR. WATSTEIN:  Sure, Your Honor.

6      I mean, what I can -- I can't give you the exact

7  substantive input because --

8          THE COURT:  I understand.

9          MR. WATSTEIN:  -- it would, frankly, be privileged and

10  work product.  But I can tell you that -- that it involved

11  several potential motions that we were considering filing

12  because of the unique circumstances of the situation we were

13  faced with, that we didn't end up filing, and also substantive

14  input on the class certification motion.

15          THE COURT:  Yeah.

16      So he signed that motion --

17          MR. WATSTEIN:  That's right.

18          THE COURT:  -- but that was only maybe a week after

19  his notice of appearance.  I'm wondering how much input he

20  would have had in that motion.

21          MR. WATSTEIN:  Well, I mean, we had -- we had been --

22  it's not like we had just retained Mr. Valori on that day;

23  right?  I mean, he -- he had been providing input for a few

24  weeks before that.

25      And, you know, we were considering local counsel before we

1    filed the motion to have class certification decided on the

2    already-briefed papers for the reasons that I mentioned.  We

3    were already considering local counsel.  We'd already looked

4    into several candidates.  We liked Mr. Valori the most.

5         In any event, the question is not why this particular

6    attorney was -- was retained.  It's an objective test.  There

7    are seven factors.  What -- what the plaintiff wants to shift

8    the narrative to is that, "Oh, it's really a one-factor test.

9    It's basically was a lawyer hired that presumably resulted in

10   the recusal of a judge?  And that alone is sufficient to

11   justify disqualification."

12        But that is the opposite of what the Eleventh Circuit

13   said.  They were very careful to say, "Even this lawyer in this

14   case could potentially appear before this judge in other

15   circumstances, and recusal would not be required."

16        The Eleventh Circuit said, and I quote *BellSouth*, "The

17   movant's task in seeking removal of opposing counsel is a heavy

18   burden."  And then there's another quote here from a

19   Middle District of Florida case.  "Disqualification of counsel

20   is an extreme remedy that will not be imposed lightly."

21        And, frankly, none of the factors that existed in

22   *BellSouth* -- none of them exist in this case, and all of the

23   factors either weigh in our favor or are neutral, in our view.

24        And one other thing -- one other factor -- because one of

25   the things that the Eleventh Circuit pointed out is that these

```
 1   factors are not exclusive.  They're nonexhaustive.  There could
 2   be other factors that would be considered in the appropriate
 3   case.
 4        And we think that this case is the poster child for
 5   strategic abuse of a disqualification motion.  The reason for
 6   that is as follows.
 7        So this case -- I don't know how much familiarity you have
 8   with the underlying facts, but this case started when the
 9   plaintiff visited a Ritz-Carlton from New York -- okay? --
10   where he lives.  He dined at three restaurants at a
11   Ritz-Carlton Hotel and was informed that gratuity would be
12   added to his bills.
13        He then met -- and this is all in the record.  He then met
14   his lawyer in this case, who also lives in New York, for dinner
15   at Loews.  They both happened to be in Miami at the same time,
16   even though they weren't traveling together and are supposedly
17   not that close.
18        After this dinner, he checks out of the hotel at
19   Ritz-Carlton, pays his bill in full, with admitted knowledge of
20   the gratuity charges, doesn't ask to have them removed, checks
21   out of the hotel, and files a class action against Ritz-Carlton
22   and the Loews.
23        He asks the Court to order Ritz-Carlton to refund all
24   automatic gratuities at all hotels in Florida for a four-year
25   period, even though every dollar -- every single dollar was
```

 1   paid to servers largely during the pandemic.

 2        Judge Damian granted summary judgment on the majority of

 3   plaintiff's claims, two out of three, denied plaintiff's motion

 4   for summary judgment in whole, excluded their only expert in

 5   support of class certification, permitted only one claim to

 6   survive.

 7        And her order on that claim, finding-of-fact question, as

 8   class-action attorneys, is actually better for us than an order

 9   that just got rid of the named plaintiff's claim.  And the

10   reason for that is her order, in our view -- and we cite it

11   throughout our certification papers -- is dispositive as to

12   whether a class can be certified.  She found a fact question on

13   each of the FDUTPA elements.

14        And our -- so in our view, you know -- and she also noted,

15   in denying summary judgment as to one claim, that we'll, of

16   course, at trial, be able to cross-examine the plaintiff on the

17   inconsistencies between his deposition testimony and his

18   declaration.

19        So we believe that this is why they filed the

20   disqualification motion, to take the focus off the merits of

21   the case and, frankly, black-hat us and disparage Mr. Valori's

22   reputation and then get the case assigned back to Judge Damian,

23   where we would be at a strategic disadvantage because it would

24   look like we intentionally hired a lawyer to cause the recusal

25   of a judge who, frankly, we think, was very favorable for us

 1  and we would have no problem litigating any case in front of

 2  and who wasn't required to recuse.

 3       There's no statute -- like, in almost every single one of

 4  the cases they cite, there is no statute requiring her to

 5  recuse.  She didn't have to recuse.

 6       So we think this is the poster child for abuse of a

 7  disqualification motion, which, by the way, Your Honor, is

 8  something that courts frequently point out whenever a

 9  disqualification motion is filed.  There's a heavy burden.

10  Why?  Because there's substantial potential for abuse by the

11  filing party.

12       So, you know, I think I've addressed your main questions,

13  but I do just want to -- to emphasize that there is not -- this

14  is not a burden-shifting analysis where we have to -- it's

15  their burden to -- to show that the factors weigh in favor of

16  disqualification.

17       It's not our burden to show an overriding need, although I

18  do think if this case -- this point in the case, I would say

19  that we do have a substantial need to keep Mr. Valori involved

20  in the case.  He's invested a substantial amount of time.  We

21  trust his advice.  We like him.  We picked him over everybody

22  else that we were looking at.

23       And so, you know, I think I've addressed all your points,

24  Your Honor.  I -- I --

25            **THE COURT:**  Okay.  So I understand that you're saying

1  the test is much more nuanced, an overriding need, it's

2  multi-factored, and that, in this case, there is a need because

3  you're heading to trial.

4       **MR. WATSTEIN:**  That's -- that's exactly right.

5       **THE COURT:**  And you had -- you had some significant

6  questions about why there were so many judges in your case over

7  the course of time.

8       **MR. WATSTEIN:**  Right, and what to do about it,

9  frankly.

10       **THE COURT:**  Okay.  All right.  So I think I understand

11  your position.

12     I'd like to hear from the plaintiffs.

13       **MR. FRANCIS:**  Thank you, Your Honor.

14     May I approach?

15       **THE COURT:**  Yes, of course.

16       **MR. FRANCIS:**  Thank you, Your Honor, and may it please

17  the Court, Jim Francis for the plaintiff.

18     Before I respond, what I would first like to do, on behalf

19  of my client and my co-counsel, is express our -- our

20  condolences for Judge Cooke's passing.  And we're grateful for

21  her service to the -- to the bench and to everything in this

22  case.  And we're very, very sorry to see that and read that.

23       **THE COURT:**  Yes, as we all are.

24       **MR. FRANCIS:**  Let me begin with the standard because

25  that's the -- what -- that's the first topic that you addressed

 1   to Mr. Watstein.

 2        I think Your Honor had it correct.  Given the

 3   circumstances in this case, the standard is they, the

 4   defendant, has to show an overriding need for the retention of

 5   Mr. Valori, and they have not done so.

 6        Mr. Watstein almost went there at the end.  He never used

 7   the word "overriding need."  He said, "We have a substantial

 8   need.  We'd like to have him.  There are reasons we liked him

 9   better than other people," but they have not yet demonstrated

10   an overriding need, and that is the standard.

11        And we cited *BellSouth*, but there's also the *Robinson* case

12   and its progeny.  And it looks at a lot of different factors,

13   but the most significant factor that the Eleventh Circuit

14   outlined in its *BellSouth* decision was whether the appearance

15   results in the possible manipulation of the random assignment

16   system.  That's what *BellSouth* found.

17        And Mr. Watstein spent a lot of time parsing out specific

18   facts within the *BellSouth* decision, none of which, in our

19   view, negate or change the Court's concern that when, late in a

20   case, a defendant adds or enters the appearance of somebody

21   that is going to basically guarantee recusal -- they had to

22   know recusal was coming here -- that then the burden shifts,

23   and they have to demonstrate an overriding need.

24        I'll just highlight that in terms of why that's the

25   standard here.  First, the timing and the age of the case is

 1   very, very significant.  We were going on five years, almost to

 2   the day, when the defendant entered Mr. Valori's appearance,

 3   five years.

 4       In *BellSouth* and *Robinson*, the timing in which a defendant

 5   enters counsel is a significant factor.  It's one thing if you

 6   file -- you know, they enter -- or they answer a complaint and

 7   affirmative defenses, and they bring in counsel then, and

 8   that's potentially, you know, a recusal situation.  But that's

 9   not here.

10       As Your Honor pointed out earlier, class certification had

11   been briefed in this case about a year ago.  They didn't bring

12   in anybody then.  They didn't bring in any other counsel for

13   any of the summary judgment motions practice, their motion for

14   sanctions, all of which got -- you know, the motion --

15   sanctions got denied.  So the timing is really important here.

16       One thing that needs to be addressed -- and we tried to

17   correct it in our reply, but I want to make sure it's clear.

18   There was no trial date.  There was no trial date.  This case

19   was not headed to trial.  The only thing this case was headed

20   to was a hearing on class certification.  The -- everybody knew

21   Judge Damian was going to be handling the class certification

22   motion.

23       There's no question that this was not a case where we need

24   trial counsel.  In fact, in -- in Ritz's opposition to the

25   motion to disqualify, they never assert as a need or an

1   overriding need for Mr. Valori, that he will be trial counsel.

2   We've never heard that because that's probably not the case.

3   We've never heard the need for him to argue the class

4   certification motion or the hearing.  That's never been

5   asserted.

6       What we hear is, "We didn't know what was going on because

7   a bunch of judges were signing orders.  We needed insight."

8   Well, the way you get insight is you get counsel -- or you --

9   you retain somebody as a consultant to give you insight.  His

10  appearance had nothing to do with that.  They could have gotten

11  all of the insight they wanted without entering his appearance.

12      They still have not answered why -- or at least credibly

13  answered why, at that point, at that time, they felt the need

14  to enter his appearance.

15      Your Honor definitely knows.  Everybody knows.  It's kind

16  of the elephant in the room.  Mr. Valori is the founding

17  partner of the firm where Judge Damian was working as "of

18  counsel" 11 months before this motion, 11 months.  This is not

19  a situation where it's a huge law firm with an associate who's

20  entered -- the trial judge worked for that firm for six months

21  20 years ago.

22      This is a real problem.  This is a huge optics problem, as

23  we've -- we've asserted.  They've knocked Judge Damian off of

24  this case.  Whether it was intentional or not, I won't go that

25  far.  It certainly appears that it might have been.  And so

1    that's something that I think this Court needs to grapple with,

2    and I'm sure Your Honor will.

3         If defendants are allowed to come in at the 11th hour and

4    enter the appearance of the judge's former partner or -- or a

5    partner at a firm where -- where she or he worked 9 months or

6    11 months before, that's going to set a very, very bad

7    precedent and a very dangerous precedent.  And that's what the

8    Eleventh Circuit was concerned about, both in *Robinson* and in

9    *BellSouth*, was the manipulation of the judicial system.

10        That's what this feels like, and that's what it would look

11   like, I think, to ten out of ten people.  If you -- I -- before

12   we -- we filed this motion, obviously, we talked with our

13   client.  We talked among ourselves.  I asked a million of my

14   colleagues.  I said, "What do you think about this?"

15        And they said, "That sounds awful.  That sounds

16   horrendous," especially when there's no need.  "He's going to

17   come in and try the case," never been asserted.  "He's going to

18   argue class certification," never been asserted.  From what we

19   can gather, Mr. Watstein has more experience as a class action

20   litigator than Mr. Valori does.

21        So, again, what's the value?  The value is insight,

22   insight into why four judges entered orders.  Okay.  That's a

23   fair question.  You can ask anybody.  You can ask your

24   colleagues, "What's going on?"  You can find a friend or a

25   colleague who practices for the Southern District.  Maybe they

 1   know.  Maybe they don't know.  But insight doesn't require the

 2   appearance -- the entry of an appearance of counsel.

 3        It's unclear to me -- and so I would never make a

 4   statement anywhere, but certainly not in court, that I can't

 5   back up.  There's another appearance issue here, which is

 6   pretty obvious, that Judge Damian's name shares the name with

 7   Mr. Valori's partner.  That doesn't feel real good, either, and

 8   doesn't look really great, either.

 9             THE COURT:  They're not related, is my understanding.

10             MR. FRANCIS:  Okay.  If that's -- if that's the

11   case --

12             THE COURT:  They just happen to have the same last

13   name.

14             MR. FRANCIS:  Oh.  Okay.

15        Regardless, the close proximity in time to Judge Damian's

16   employment at the firm as "of counsel" and the fact that she

17   had a significant role there -- as I said, it's not like an

18   associate, you know, 20 years later who, you know -- and the

19   judge worked there previously.  It's not like that.

20        She clearly had a relationship, a significant

21   relationship, with Mr. Valori.  When we saw the entry of

22   appearance, when I saw it come through, I said, "I wonder how

23   soon it's going to be before she recuses" because she had to.

24   She had to recuse herself.

25        And they -- whether or not they did it intentionally to

 1   manufacture recusal, they certainly knew, and were reckless,

 2   that entering Mr. Valori at that point might generate a recusal

 3   or most likely would --

 4        **THE COURT:**  Well, they're making an argument that her

 5   rulings were favorable and that they have no problem with --

 6        **MR. FRANCIS:**  Yeah.

 7        **THE COURT:**  -- proceeding --

 8        **MR. FRANCIS:**  We saw that.  I heard it today, and we

 9   saw it in the briefing.

10        And, you know, our response is as we briefed in the reply,

11   which is they called her reasoning absurd on several occasions.

12   They objected to every single one of the decisions that she

13   entered that went against them.  So if they were so happy with

14   her rulings, I don't know why they would call her rulings and

15   reasoning absurd and object to every one of them.

16        The reality is -- is that Judge Damian was letting this --

17   was taking a very thorough approach to each motion.  She

18   handled each one, I think, in the most praiseworthy way or --

19   or in the most effective way.  And she ruled against us on

20   several issues, and we respected that, and we understood that.

21   But she allowed this case to go forward.

22        They moved for sanctions against the plaintiff.  She

23   denied that.  They considered that to be absurd.  They sought

24   to strike declarations, and they called the case frivolous.

25   She rejected all of that, and Judge Cooke overruled all of

```
 1    their objections.  They didn't like the way she was ruling and

 2    the way her reasoning was going.

 3         I disagree a hundred percent -- again, we'll get to this

 4    at class certification.  I don't think we need to get into it

 5    now, and it's irrelevant, but we disagree that her class

 6    cert -- or that her summary judgment ruling telegraphs that she

 7    wasn't going to certify the case.  We're very happy to have

 8    that argument and happy to brief that.

 9         So whether that was their intention or not, I don't know.

10    But they clearly weren't happy with the current state of

11    affairs in the case, and they felt they needed to do something.

12         And I don't think that's just four or five judges signing

13    largely scheduling motions or orders.  These are not, like,

14    dispositive issues.  These were scheduling issues.  So, yeah,

15    we noticed that a couple of the orders had a different judge

16    assigned to them.  We just figured that that was the

17    administration of time and deadlines and -- and briefing.

18         So to us, that wasn't that consequential at all, and I

19    don't think it provides any overriding need to obtain

20    Mr. Valori.

21         The reality is nothing was happening at that point except

22    Judge Damian had ruled and issued rulings, and the last one to

23    be ruled upon by her was class certification.  And class

24    certification already had been briefed by the plaintiff, and it

25    was assigned to her for -- for handling.
```

 1          At the end of the day, I think that the real troublesome

 2     thing here is something that cannot be removed, and that's the

 3     taint of this entry of appearance.  Again, it strikes as a

 4     manipulation of the -- of the proceedings, a forced recusal --

 5     that was what came to mind for me -- and reverse

 6     forum-shopping.

 7          Everybody thinks of forum-shopping as trying to get a case

 8     assigned to a favorable judge or a court.  This is kind of

 9     really the opposite.  It's, "I want to get away."  So I call it

10     reverse forum-shopping.

11          But, again, at the end of the day, I think allowing this

12     counsel to continue in this case really opens the door for

13     other defendants facing unpleasant rulings to simply enter the

14     appearance of a judge's former colleagues or partners or

15     otherwise.

16          And for these reasons, we think it's clear here that

17     disqualification is warranted.  Thank you.

18          **THE COURT:**  I think you and I have both heard of cases

19     where that's done sort of to curry favor, though, with the

20     judge -- right? -- hiring their former law clerk on their case,

21     and not so much for disqualification purposes.

22          That's something I'm trying to grapple with, too.  I mean,

23     there are other reasons.  It could have been quite the

24     opposite.

25          **MR. FRANCIS:**  I would say that that's not proper,

 1   either, but that's a different -- that's for a different

 2   motion.

 3           **THE COURT:**  Okay.

 4           **MR. FRANCIS:**  But either way -- either way, it

 5   strikes -- or seems like manipulation of the system.

 6       Your Honor, may I just consult my notes here?

 7           **THE COURT:**  Of course.

 8           **MR. FRANCIS:**  Yeah.  My colleague just handed me a

 9   note that -- regarding the -- whether Judge Damian's rulings

10   were favorable to one side or the other.

11       But if they thought that Judge Damian's rulings were so

12   very favorable, why -- why wouldn't they wait until after her

13   decision on class certification, then have Mr. Valori enter an

14   appearance?  Because if she was going to deny class

15   certification, why -- why not keep her in?

16       So, again, I think -- at the end of the day, I think

17   Your Honor identified the correct standard for this type of a

18   case for these factors, and I think -- and we believe strongly

19   that disqualification is warranted.

20       And I will tell the Court that, you know, I've been

21   practicing now -- it's scary to think, but 27 years.  I've

22   never seen something like this.  I've never filed a motion to

23   disqualify anybody.  These -- these facts are extreme.

24           **THE COURT:**  So in your motion, you make a point of

25   saying that you believe that -- that Mr. Valori is not

 1  qualified to handle this type of case.

 2      Am I wrong about that?

 3          **MR. FRANCIS:**  That's -- that's not correct,

 4  Your Honor.

 5      I think Mr. Valori is very -- based upon what I see, he's

 6  an esteemed member of the Bar.  We've never disparaged him as

 7  Mr. Watstein said.  I -- in fact, we said we -- you know, he

 8  does appear to be an esteemed member of the Bar, and he does

 9  have experience in certain matters.

10      He doesn't have the class action depth that Mr. Watstein

11  does.

12          **THE COURT:**  I see.

13          **MR. FRANCIS:**  Mr. Watstein says on his website that

14  he's defended successfully over a hundred class actions.

15  Everything we've seen, including what Mr. Valori submitted,

16  doesn't indicate that he has close to the experience

17  Mr. Watstein has.

18      So why do you need him?

19          **THE COURT:**  Okay.  Thanks.

20      The defendants, I'm sure, have some rebuttal.

21          **MR. WATSTEIN:**  Yes, Your Honor.  Thank you.

22      So I'll -- I'll just go kind of in reverse order to the

23  last point that was made about Mr. Valori not having, you know,

24  as substantial class action experience as me.

25      We have never, in a single case -- and it's now about 200

 1   class actions that I've defended across the country.  It is --

 2   it has never, in a single one of those cases, been a

 3   consideration, when hiring local counsel, whether they have any

 4   substantive class action experience because that's not the role

 5   of local counsel.  That's not what's important to us when we're

 6   hiring local counsel.

 7        When we're hiring local counsel, it's to make sure that we

 8   understand the jurisdiction and a variety of other factors, but

 9   we're not hiring somebody who duplicates our experience.  So I

10   just want to make that very clear, even though, as Mr. Valori

11   will point out in a moment, he does have a lot of that

12   experience.

13        One -- another thing that plaintiffs pointed out -- and

14   this is in direct response to a question that Your Honor asked.

15   Your Honor asked, you know, "Well, don't lawyers sometimes hire

16   co-counsel to curry favor?"  Now, we would -- we would -- we

17   would disagree with that sort of characterization.

18        But as I indicated, literally last week -- and the case is

19   Fox -- Conner versus Fox Rehabilitation in the Eastern District

20   of Pennsylvania.  Literally last week, we tried a case in which

21   the other side hired the judge's -- I don't know if you would

22   call the Chief Judge the other District Judge's boss, but

23   certainly their colleague of 20 years who had just recently

24   retired from the bench, when they already had local counsel.

25        And we didn't think that was egregious.  We didn't move to

 1  disqualify them.  The case just moved forward.  The judge could

 2  have recused.  We thought about that.  We said, "Will our judge

 3  recuse?"  But he didn't.  That could have happened here.  There

 4  was no requirement.

 5      But they -- they concede in their reply brief that, "Well,

 6  you know, we think that" -- "we think they did it intentionally

 7  to disqualify Judge Damian.  But it was either that, or they

 8  did it to curry favor.  And either way, that's not" -- "that's

 9  not proper."

10      But the other explanation confirms that they can't carry

11  their burden, and I'm not saying that we did it to curry favor.

12  What I'm saying is, by saying that a plausible explanation was

13  that we wanted to hire somebody who had experience with the

14  specific judge, such as the former Chief Judge or a law clerk

15  or a former colleague, that is a concession that they can't

16  meet their burden on the one factor that they stake their

17  entire argument on.

18      And by the way, on the same point, this -- this rule --

19  this sort of collapsing the seven factors into one absolute

20  rule that says, "If you hire a lawyer and that results in

21  recusal, even when the judge wasn't required, that

22  automatically means that the lawyer is disqualified" -- that

23  turns the federal statute that Congress wrote on its head.

24      That's not -- it's -- not only is it contrary to the

25  Eleventh Circuit's analysis, but it turns the federal statute

 1  on its head.

 2      **THE COURT:**  I think their time -- their arguments have

 3  a little more nuance.  They're saying under these

 4  circumstances, where you have this timing of going into the

 5  case, one crucial motion left to argue after five years of

 6  litigating the case.

 7      I think it's a little bit more fact-based than that.

 8      **MR. WATSTEIN:**  And I understand that, and what I would

 9  say is several things.

10      The -- Number 1, we weren't even involved in the case for

11  the first three years.  And the Magistrate Judge that they're,

12  you know, taking issue with who recused herself was only

13  involved in the case for a fifth of the case.

14      And it was not -- unlike every single one of the cases

15  that they cite, they don't cite a single case, not one, where

16  the recusal of a Magistrate Judge who was not exercising

17  jurisdiction over the case to decide all issues could permit

18  disqualification.

19      And part of the reason for that is the ultimate decider

20  stayed the same.  The one motion that was left to be decided

21  was a report and recommendation that could be issued by

22  Judge Damian and was subject to de novo review by the same

23  District Judge who did not change as a result of Mr. Valori's

24  appearance.

25      So there's no way that the result could possibly have been

 1    affected, could be any different, unless their suggestion is

 2    that Your Honor reach a different conclusion than Judge Damian,

 3    which is just not -- there's no -- there's no basis for that

 4    when it's subject to de novo review by the same judge.

 5         They -- they pointed out that we objected to

 6    Judge Damian's rulings.  Of course we did because we're

 7    required to do so in order to preserve any issues for appeal.

 8         We literally cannot -- we researched this when deciding,

 9    "Do we object to certain orders, or do we just let it be?"  We

10    have -- the law in the Eleventh Circuit is if you do not object

11    to a -- to the magistrate's report and recommendation, it's

12    forever waived.  So we had to object.

13         And they take issue with our phrasing of certain points in

14    the motion, "clearly erroneous."  They say, "Well, they called

15    her orders clearly erroneous or contrary to law."  That's

16    literally the standard that we have to meet in order to get the

17    District Judge, as Your Honor knows, to overturn the order.

18    So, I mean, that's -- that's neither here nor there.

19         They pointed out that different judges were only signing,

20    you know, ministerial orders in the case.  That's not true.

21    Judge Altonaga -- Chief Judge Altonaga, for example, signed an

22    order sua sponte -- it was her first order in the case --

23    signed an order sua sponte requiring us to rebrief class

24    certification, even though it was our understanding that she

25    hadn't had any involvement in the case.

1    So we were again asking, "Why is this happening?  Why does

2    Judge Altonaga want us to rebrief certification?  Judge Cooke's

3    assigned."

4        And -- and then Judge Williams signed the orders affirming

5    the Magistrate Judge's report and recommendation and, by the

6    way, did that in a hundred pages of briefing de novo review in,

7    like, ten days, what took -- what took ten months to get a

8    ruling on in the first place.

9        So there was a confluence of weird stuff, in our view,

10   that was going on or just unexplainable things that were going

11   on.

12       And, relatedly, they make the point that the case wasn't

13   headed for trial.  There was -- discovery has long been over.

14   There was one motion left to be decided, and the case was going

15   to trial either way because their motion for summary judgment

16   had been denied, and ours had been denied as to one claim.

17       So -- and it was our position, and continues to be our

18   position, that the case is frivolous.  We're going to take it

19   to trial, and we're going to ask a jury to award our costs and

20   fees.

21       So even though -- you know, they say sanctions weren't

22   granted.  Sanctions are never granted.  You know, we're

23   cognizant of that.  It's very rare.  So we view that as kind of

24   a -- a non sequitur.

25       They made the point that all Mr. Valori offered was

1    insight.  As I already explained, that's not true.  The case

2    was, in fact, headed for trial, even if there wasn't a trial

3    date.

4         The reason why there wasn't a trial date, by the way, is,

5    as Your Honor knows, in a class case, the Court has to know

6    whether certification is granted or denied because if it's

7    granted, there's a whole notice process that you have to go

8    through.

9         So it's impossible to -- and that -- I believe it was

10   either by stipulation or by our motion where we pointed that

11   out to the Court, and they removed the trial date because,

12   before that, what kept happening is the trial date kept getting

13   pushed.  We said, "How about we file a motion that says, you

14   know, here's why you ought to just wait to set a trial date

15   until we see how certification turns out?"

16        They indicated that, you know, it was a guaranteed

17   recusal, that we had to know.  But as I pointed out, literally

18   in a case that was going on at the same time as this, the

19   Chief Judge appeared in the Eastern District of Pennsylvania.

20   We thought maybe that would trigger recusal.  It didn't.  So we

21   didn't know.  There wasn't a required recusal like there was in

22   all the cases that they -- that they indicated.

23        And so at the end of the day, our position is that they

24   have not met the heavy burden that the Eleventh Circuit says

25   that they face to show that disqualification is proper in this

```
 1   case, potential -- especially given the potential for strategic
 2   abuse of the motion.
 3        And with that said, I'd like to pass the mic to my
 4   colleague Mr. Valori for a moment, if I may.
 5           THE COURT:  Yes.
 6        I'd like to hear from you.
 7           MR. VALORI:  Thank you, Judge Reid.  It's nice to see
 8   you again.  I appreciate you giving me a moment.
 9        A couple things.  One, my colleague mentioned, "But we
10   didn't say anything disparaging about Mr. Valori."  Their
11   papers say, "Mr. Valori does not appear to add anything to
12   Ritz's defense team."  That's just not true.
13        I don't know Mr. Francis from before today, when I just
14   met him, and I had a meet-and-confer with him.  And I don't
15   know his colleague, who's primarily a Chicago lawyer but has
16   been Barred in Florida since 2016, from what I gathered from
17   his profile.  But I don't know them, and they don't know me,
18   and they don't know my experience.
19        I am the only lawyer in this room that's had a trial with
20   Judge Cooke -- may she rest in peace -- a weeklong jury trial
21   with Judge Cooke over a restaurant tip pool.  I'm the only one
22   here that's done that.  I'm the only one here that's spent the
23   time, saw her -- how she interacted with the jury, observed
24   those things that are absolutely critical in trying any case.
25        I'm the only one that's appeared in front of all of the
```

1  other federal judges that may have been the District Judge, in

2  any -- in any event.  I'm the only one here, I think, that's

3  appeared before Your Honor when I appeared as local counsel in

4  the Luxottica case [sic] versus Focus Camera.  We had a

5  discovery hearing.  We settled that one, thankfully.

6     But I'm the only one here also that has -- I have a degree

7  in hospitality management, and I have very extensive clientele

8  that are in the hospitality business.

9     So I may not have the depth of my co-counsel's specific

10 class action experience, but I do have a lot of class action --

11 action experience, a lot of collective action experience, and a

12 very significant amount of jury trial and trial experience with

13 our local bench.

14    I think one of the fallacies of -- of my colleague's

15 argument is somehow that -- that Your Honor would decide this

16 differently than Judge Damian.  We don't know what Judge Damian

17 would have decided, and it doesn't really matter.  The -- the

18 bench here is uniform.  There's no indication here that

19 Your Honor or any other Magistrate Judge would have made any

20 different decision.

21    In terms of, "Well, when was an appearance filed?" I think

22 an appearance should be filed when you're working on a case.  I

23 think it's appropriate.  I don't think it would be appropriate

24 for me to work on the case but give no indication to the Court

25 that I am working on the case.  So I think an appearance was

```
 1   appropriate, and that was the correct thing to do at the time
 2   it was done.
 3        There's nothing sinister or inappropriate about the timing
 4   of bringing on local counsel to move a case forward, especially
 5   when there are significant questions about what's happening
 6   with the local bench, which is, you know, obvious that there
 7   was a level of confusion of what was happening, understandably.
 8        Counsel, who's not necessarily in the community, might not
 9   know, which -- and I feel like I've added a lot to this team,
10   maybe not in the -- in the technical ways of every single
11   point.  They're obviously skilled counsel, but I believe I've
12   added an additional significant and valuable dimension to this
13   team, and I'd like to continue to do so.
14        And the last point I'll make -- and I'll sit down -- is
15   that the client's choice of counsel is the overriding
16   principle, in my view.  A client has an absolute right to
17   choose counsel, and that choice is a very personal choice, and
18   it's based on a number of, you know, myriad factors.  And that
19   choice really should be respected very much so above almost all
20   other things.
21        It's one thing when a judge disqualifies himself.  Another
22   judge can take over.  It's another thing when a client chooses
23   counsel.  Disqualification of counsel is not the same thing as
24   disqualification of the Court on a particular case.
25        Thank you, Your Honor.
```

1    **THE COURT:**  So, Mr. Valori --

2    **MR. VALORI:**  Yes, ma'am.

3    **THE COURT:**  -- there's the elephant in the room, the

4    question, of course, that -- that -- that everyone has of you,

5    and I'll have to ask it.

6    **MR. VALORI:**  Sure.

7    **THE COURT:**  When -- when you were looking at becoming

8    involved in this case, of course, you did a conflict check.

9    **MR. VALORI:**  Yes.

10   **THE COURT:**  And you realized, I'm assuming, that your

11   former law partner was the Magistrate Judge in this case.

12   How did you view what would happen as a result?

13   **MR. VALORI:**  Sure.

14   I did not know whether Judge Damian would recuse herself

15   or not.  I didn't discuss it with her, had no -- I haven't -- I

16   don't have any other cases with her.  She's only been on the

17   bench for a short period of time.  So I didn't know what she

18   would do or not do.

19   In terms of the -- that's not part of a conflict check for

20   me.  The conflict check would be, "Do we represent an opposing

21   party to the plaintiff, or do we represent an opposing party to

22   our client?"

23   **THE COURT:**  So you're saying it's neither here nor

24   there, whether your -- your former law partner is the judge on

25   the case?

 1    **MR. VALORI:**  Correct.

 2    And -- well, now -- I mean, I don't -- I still don't know

 3    why she recused herself.  I'm assuming because she was

 4    affiliated with our firm.  I don't actually know.

 5    But either way, I'm in a private practice -- okay? -- and

 6    I'm -- I look at cases that I'm qualified to handle, and I

 7    specifically look at cases that are going to build my book of

 8    business and enable me to feed my family, pay that mortgage, of

 9    course, but also help contribute in a way where I am best

10    qualified to do so.  This case squarely fell within that.

11    I had no sense whatsoever that I was being selected for

12    some inappropriate purpose.  This is exactly the kind of case I

13    handle.  It's exactly the kind of case I want to handle.  It's

14    exactly the kind of client I want to have.  There was nothing

15    in this discussion or -- or thought process that had anything

16    to do with recusal of the Magistrate Judge, absolutely.

17    So there -- that was not a consideration for me.

18    **THE COURT:**  All right.  Thank you.

19    **MR. VALORI:**  Thank you, Your Honor.

20    **THE COURT:**  Plaintiff, this is your motion.  So I'll

21    give you the last word before I take the matter under

22    consideration.

23    **MR. FRANCIS:**  Thank you, Your Honor.  I do not have

24    much more, but I did want to respond to several points that

25    Mr. Watstein made, as well as Mr. Valori.

1      The first is Mr. Watstein keeps referring to this

2  Eastern District of Pennsylvania case from last week.  We don't

3  have it briefed.  I don't know anything about it.  Your Honor

4  doesn't know anything about it.  Whatever they did in that

5  court has nothing to do with this case.

6      Mr. Valori stated that he -- he does believe that he is

7  bringing value, and he's contributing value.  I don't think

8  that's the standard.  The question is whether or not there are

9  other counsel that could also bring value.  There's certainly

10  other local Florida Bar lawyers that could also provide insight

11  into the trial of the case here or insight into the local

12  practices.

13      When the entry of the appearance will create a recusal

14  situation, the question is -- is why don't you get somebody

15  else that doesn't do that so you don't have a judge working on

16  a case for ten months, spending a lot of time, as Judge Damian

17  clearly did -- those decisions are very well reasoned and very

18  thorough -- and just knock off the judge?  That's not the way

19  it works.

20      At that point, the question is could you retain other

21  people?  And as we've pointed out in our reply, Mr. Watstein's

22  firm, in prior cases, did affiliate with other counsel down

23  here.  They had other firms they worked with.  So they, no

24  doubt, were aware that there were other firms that could

25  contribute value to a local trial practice.  So I don't think

 1    that's the standard.

 2        Mr. Watstein spent a lot of time talking about the various

 3    factors in *BellSouth*.  We did brief each of those factors.

 4    But, again, I think Your Honor was -- was correct in

 5    instructing Mr. Watstein that it's -- we're taking the

 6    approach -- you've got to look at the facts of this case and

 7    the nuances presented by the timing and who and when and how.

 8    And -- and those things lead to the appearance of impropriety.

 9        I have nothing further to add unless Your Honor has

10    questions for me.

11           **THE COURT:**  Okay.  No, I don't at this time.

12        I appreciate hearing from both sides.  I -- it's helpful.

13    I certainly couldn't have guessed the defendant's reasoning or

14    Mr. Valori's reasoning.  So it's good that I have that on

15    record.

16        I'm going to look at the facts in this case and the

17    history and -- and write a decision.  It is causing delay

18    clearly because this issue has to be resolved before the case

19    can go on.  So I will try to be as prompt as I can in getting

20    this out.

21        And I will point out that, obviously, the issue of

22    judicial economy is a problem in this case because you had a

23    Magistrate Judge who was well-versed in the case, and it's

24    taking me some time to come up to speed.  But, of course,

25    that's what we do here, and I'm happy to do it.

1       But there is a delay.  That's what's happening.  I'm just

2  letting you know, from -- from the judicial point of view, that

3  there was a certain efficiency that now has been broken as a

4  result.

5       So I'll look at this.  I'll rule as quickly as possible.

6  And -- and, again, good afternoon to everyone -- or good

7  morning to everyone, and I appreciate your -- your arguments.

8            **MR. FRANCIS:**  Thank you, Your Honor.

9            **MR. WATSTEIN:**  Thank you, Your Honor.

10           **MR. TEREPKA:**  Thank you.

11           **MR. VALORI:**  Thank you, Judge.

12           **THE CLERK:**  All rise.

13      Court is in recess.

14              (Proceedings adjourned at 10:58 a.m.)

15

16

17

18

19

20

21

22

23

24

25

1

2

3                    **CERTIFICATE OF TRANSCRIBER**

4          I certify that the foregoing is a true and correct

5    transcript, to the best of my ability, of the above pages of

6    the official electronic sound recording provided to me by the

7    U.S. District Court, Southern District of Florida, of the

8    proceedings taken on the date and time previously stated in the

9    above matter.

10         I further certify that I am neither counsel for,

11   related to, nor employed by any of the parties to the action in

12   which this hearing was taken, and further that I am not

13   financially nor otherwise interested in the outcome of the

14   action.

15

16   DATE:  Thursday, February 9, 2023

17

18

19

20         _____/S/ James C. Pence-Aviles_____

21         James C. Pence-Aviles, RMR, CRR, CSR No. 13059
                        U.S. Court Reporter

22

23

24

25

MR. FRANCIS: [16]   1:3/8
1:3/14 1:22/12 1:22/15
1:22/23 1:27/9 1:27/13
1:28/5 1:28/7 1:30/24
1:31/3 1:31/7 1:32/2
1:32/12 1:43/22 1:46/7
MR. MARCO: [1]   1:3/16
MR. TEREPKA: [2]   1:3/21
1:46/9
MR. VALORI: [9]   1:3/22
1:39/6 1:42/1 1:42/5
1:42/8 1:42/12 1:42/25
1:43/18 1:46/10
MR. WATSTEIN: [19]
1:3/9 1:3/19 1:4/25
1:5/3 1:5/7 1:5/10
1:5/13 1:11/19 1:11/21
1:13/13 1:17/4 1:17/8
1:17/16 1:17/20 1:22/3
1:22/7 1:32/20 1:35/7
1:46/8
THE CLERK: [2]   1:3/3
1:46/11
THE COURT: [40]   1:3/7
1:3/10 1:3/18 1:3/24
1:5/2 1:5/5 1:5/8 1:5/12
1:11/18 1:11/20 1:13/11
1:17/2 1:17/7 1:17/14
1:17/17 1:21/24 1:22/4
1:22/9 1:22/14 1:22/22
1:27/8 1:27/11 1:28/3
1:28/6 1:30/17 1:31/2
1:31/6 1:31/23 1:32/11
1:32/18 1:35/1 1:39/4
1:41/25 1:42/2 1:42/6
1:42/9 1:42/22 1:43/17
1:43/19 1:45/10

**-**

---000 [1]   1:3/3

**/**

/S [1]   1:47/20

**0**

000 [1]   1:3/3

**1**

1000 [1]   1:2/6
1020 [1]   1:2/6
10:58 [2]   1:1/14 1:46/14
11 [3]   1:25/18 1:25/18
1:26/6
11th [1]   1:26/3
1200 [1]   1:1/20

13059 [2]   1:1/25 1:47/21
14-year [1]   1:12/15
15 [3]   1:6/25 1:9/7
1:10/9
15-plus [1]   1:8/10
1550 [1]   1:2/3
1600 [1]   1:1/17
17-CV-24284 [1]   1:3/12
17-CV-24284-AHS [1]
1:1/7
171 [1]   1:2/3
17th [1]   1:2/3
19103 [1]   1:1/18

**2**

20 [4]   1:15/11 1:25/21
1:27/18 1:33/23
200 [1]   1:32/25
2016 [1]   1:39/16
2017 [1]   1:4/5
2023 [3]   1:1/11 1:3/1
1:47/16
204 [1]   1:7/18
24284 [1]   1:3/12
2510 [1]   1:1/17
27 [1]   1:31/21
27-year [1]   1:12/15

**3**

30363 [1]   1:2/3
33131 [1]   1:2/6

**4**

46 [1]   1:1/1

**5**

55 [1]   1:1/20

**6**

60603 [1]   1:1/20
69 [1]   1:1/14

**9**

9:49 [2]   1:1/14 1:3/1

**A**

a.m [4]   1:1/14 1:1/14
1:3/1 1:46/14
ability [1]   1:47/5
able [1]   1:20/16
about [20]   1:8/4 1:12/17
1:13/1 1:14/15 1:22/6
1:22/8 1:24/11 1:26/8
1:26/14 1:32/2 1:32/23
1:32/25 1:34/2 1:38/13
1:39/10 1:41/3 1:41/5
1:44/3 1:44/4 1:45/2

above [2]   1:41/19 1:47/5
1:47/9
absolute [2]   1:34/19
1:41/16
absolutely [3]   1:10/4
1:39/24 1:43/16
absurd [3]   1:28/11
1:28/15 1:28/23
absurdity [1]   1:16/19
abuse [4]   1:19/5 1:21/6
1:21/10 1:39/2
across [2]   1:14/24
1:33/1
acting [1]   1:6/5
action [13]   1:15/6
1:19/21 1:20/8 1:26/19
1:32/10 1:32/24 1:33/4
1:40/10 1:40/10 1:40/11
1:40/17 1:47/11 1:47/14
actions [3]   1:14/24
1:32/14 1:33/1
actually [4]   1:7/3
1:12/8 1:20/8 1:43/4
add [6]   1:4/3 1:4/12
1:4/17 1:7/5 1:39/11
1:45/9
added [3]   1:19/12 1:41/9
1:41/12
addition [2]   1:7/9
1:7/10
additional [6]   1:9/22
1:12/19 1:12/21 1:12/21
1:15/11 1:41/12
address [2]   1:4/24
1:13/6
addressed [4]   1:21/12
1:21/23 1:22/25 1:24/16
adds [1]   1:23/20
adjourned [1]   1:46/14
administration [1]
1:29/17
admitted [2]   1:13/20
1:19/19
adopted [1]   1:7/3
advantage [1]   1:6/13
advice [1]   1:21/21
affairs [1]   1:29/11
affect [2]   1:4/18 1:8/6
affected [1]   1:36/1
affecting [1]   1:8/8
affiliate [1]   1:44/22
affiliated [1]   1:43/4
affirmative [1]   1:24/7
affirming [2]   1:9/1
1:37/4

**A**

**after [5]** 1:11/9 1:17/18
 1:19/18 1:31/12 1:35/5
**afternoon [1]** 1:46/6
**again [13]** 1:8/13 1:11/7
 1:11/23 1:16/6 1:26/21
 1:29/3 1:30/3 1:30/11
 1:31/16 1:37/1 1:39/8
 1:45/4 1:46/6
**against [6]** 1:12/14
 1:12/15 1:19/21 1:28/13
 1:28/19 1:28/22
**age [1]** 1:23/25
**ago [4]** 1:13/11 1:13/13
 1:24/11 1:25/21
**agree [1]** 1:8/21
**agreed [1]** 1:10/16
**ahead [1]** 1:13/15
**AHS [1]** 1:1/7
**Alabama [2]** 1:6/12
 1:7/16
**Alex [1]** 1:3/22
**ALEXANDER [1]** 1:2/4
**all [23]** 1:3/4 1:3/11
 1:4/19 1:11/11 1:18/22
 1:19/13 1:19/23 1:19/24
 1:21/23 1:22/10 1:22/23
 1:24/14 1:25/11 1:28/25
 1:28/25 1:29/18 1:35/17
 1:37/25 1:38/22 1:39/25
 1:41/19 1:43/18 1:46/12
**allow [1]** 1:4/24
**allowed [2]** 1:26/3
 1:28/21
**allowing [1]** 1:30/11
**almost [4]** 1:21/3 1:23/6
 1:24/1 1:41/19
**alone [1]** 1:18/10
**already [9]** 1:8/11
 1:15/9 1:17/1 1:18/2
 1:18/3 1:18/3 1:29/24
 1:33/24 1:38/1
**already-briefed [1]**
 1:18/2
**also [10]** 1:4/16 1:5/25
 1:17/13 1:19/14 1:20/14
 1:23/11 1:40/6 1:43/9
 1:44/9 1:44/10
**although [2]** 1:6/7
 1:21/17
**Altonaga [3]** 1:36/21
 1:36/21 1:37/2
**am [6]** 1:32/2 1:39/19
 1:40/25 1:43/9 1:47/10
 1:47/12

**among [1]** 1:26/13
**amount [2]** 1:21/20
 1:40/12
**analysis [2]** 1:21/14
 1:34/25
**another [6]** 1:8/12
 1:18/18 1:27/5 1:33/13
 1:41/21 1:41/22
**answer [2]** 1:13/15
 1:24/6
**answered [2]** 1:25/12
 1:25/13
**any [23]** 1:9/22 1:9/22
 1:10/12 1:11/5 1:11/14
 1:16/11 1:16/21 1:18/5
 1:21/1 1:24/12 1:24/13
 1:29/19 1:33/3 1:36/1
 1:36/7 1:36/25 1:39/24
 1:40/2 1:40/2 1:40/19
 1:40/19 1:42/16 1:47/11
**anybody [4]** 1:15/13
 1:24/12 1:26/23 1:31/23
**anything [5]** 1:39/10
 1:39/11 1:43/15 1:44/3
 1:44/4
**anywhere [2]** 1:7/4
 1:27/4
**appeal [2]** 1:11/12
 1:36/7
**appear [4]** 1:9/10
 1:18/14 1:32/8 1:39/11
**appearance [35]** 1:6/7
 1:6/22 1:9/23 1:10/2
 1:10/21 1:10/23 1:10/24
 1:11/6 1:12/1 1:13/2
 1:13/4 1:13/7 1:15/14
 1:16/24 1:17/19 1:23/14
 1:23/20 1:24/2 1:25/10
 1:25/11 1:25/14 1:26/4
 1:27/2 1:27/2 1:27/5
 1:27/22 1:30/3 1:30/14
 1:31/14 1:35/24 1:40/21
 1:40/22 1:40/25 1:44/13
 1:45/8
**appearances [5]** 1:1/15
 1:1/23 1:2/1 1:3/13
 1:6/24
**appeared [5]** 1:12/13
 1:38/19 1:39/25 1:40/3
 1:40/3
**appears [2]** 1:9/7
 1:25/25
**applicable [1]** 1:5/15
**apply [1]** 1:9/14
**appreciate [3]** 1:39/8

**approach [3]** 1:22/14
 1:28/17 1:45/6
**appropriate [4]** 1:19/2
 1:40/23 1:40/23 1:41/1
**are [20]** 1:8/7 1:10/13
 1:12/8 1:18/7 1:18/23
 1:19/1 1:19/16 1:22/23
 1:23/8 1:26/3 1:29/13
 1:30/23 1:31/23 1:37/22
 1:39/24 1:40/8 1:41/5
 1:43/7 1:44/8 1:44/17
**argue [3]** 1:25/3 1:26/18
 1:35/5
**argument [6]** 1:4/15
 1:4/22 1:28/4 1:29/8
 1:34/17 1:40/15
**arguments [2]** 1:35/2
 1:46/7
**as [49]**
**ask [5]** 1:19/20 1:26/23
 1:26/23 1:37/19 1:42/5
**asked [3]** 1:26/13
 1:33/14 1:33/15
**asking [1]** 1:37/1
**asks [1]** 1:19/23
**assert [1]** 1:24/25
**asserted [4]** 1:25/5
 1:25/23 1:26/17 1:26/18
**assigned [7]** 1:9/5
 1:10/20 1:20/22 1:29/16
 1:29/25 1:30/8 1:37/3
**assignment [1]** 1:23/15
**associate [2]** 1:25/19
 1:27/18
**associated [1]** 1:6/23
**assuming [2]** 1:42/10
 1:43/3
**Atlanta [1]** 1:2/3
**attention [1]** 1:16/11
**attorney [2]** 1:4/20
 1:18/6
**attorneys [2]** 1:4/19
 1:20/8
**audience [1]** 1:15/20
**Audio [1]** 1:1/14
**automatic [1]** 1:19/24
**automatically [2]** 1:10/3
 1:34/22
**Avenue [1]** 1:2/6
**Aviles [3]** 1:1/25
 1:47/20 1:47/21
**award [1]** 1:37/19
**aware [2]** 1:7/4 1:44/24
**away [1]** 1:30/9

**A**

awful [1]   1:26/15

**B**

back [2]   1:20/22 1:27/5
bad [3]   1:8/1 1:8/2
1:26/6
baffling [1]   1:14/6
Bar [3]   1:32/6 1:32/8
1:44/10
barred [2]   1:9/4 1:39/16
based [5]   1:10/6 1:15/13
1:32/5 1:35/7 1:41/18
basically [4]   1:7/8
1:10/1 1:18/9 1:23/21
basis [1]   1:36/3
be [53]
because [35]   1:4/6
1:5/11 1:6/4 1:7/2 1:7/6
1:8/8 1:10/2 1:10/17
1:11/4 1:11/8 1:11/15
1:12/4 1:12/17 1:13/18
1:14/17 1:16/19 1:17/7
1:17/12 1:18/24 1:20/23
1:21/10 1:22/2 1:22/24
1:25/2 1:25/6 1:27/23
1:31/14 1:33/4 1:36/6
1:37/15 1:38/6 1:38/11
1:43/3 1:45/18 1:45/22
becoming [1]   1:42/7
been [32]   1:4/5 1:4/19
1:6/11 1:6/15 1:9/6
1:10/17 1:11/18 1:12/2
1:12/14 1:12/23 1:13/10
1:13/11 1:15/2 1:17/21
1:17/23 1:24/11 1:25/4
1:25/25 1:26/17 1:26/18
1:29/24 1:30/23 1:31/20
1:33/2 1:35/25 1:37/13
1:37/16 1:37/16 1:39/16
1:40/1 1:42/16 1:46/3
before [19]   1:1/4 1:6/20
1:7/20 1:9/10 1:12/13
1:16/9 1:17/24 1:17/25
1:18/14 1:22/18 1:25/18
1:26/6 1:26/11 1:27/23
1:38/12 1:39/13 1:40/3
1:43/21 1:45/18
begin [1]   1:22/24
beginning [1]   1:10/18
behalf [2]   1:3/23
1:22/18
being [3]   1:7/15 1:8/9
1:43/11
believe [7]   1:4/13

1:20/19 1:31/14 1:33/25
1:38/9 1:41/11 1:44/6
BellSouth [16]   1:5/19
1:5/22 1:5/24 1:6/2
1:7/19 1:8/11 1:12/11
1:18/16 1:18/22 1:23/11
1:23/14 1:23/16 1:23/18
1:24/4 1:26/9 1:45/3
bench [9]   1:15/11
1:15/25 1:16/9 1:22/21
1:33/24 1:40/13 1:40/18
1:41/6 1:42/17
best [3]   1:16/5 1:43/9
1:47/5
better [3]   1:17/4 1:20/8
1:23/9
between [1]   1:20/17
big [1]   1:8/7
bill [1]   1:19/19
bills [1]   1:19/12
binding [2]   1:5/18
1:9/13
bit [1]   1:35/7
black [3]   1:7/15 1:7/25
1:20/21
black-hat [1]   1:20/21
book [1]   1:43/7
boss [1]   1:33/22
both [5]   1:13/4 1:19/15
1:26/8 1:30/18 1:45/12
boutique [1]   1:16/4
Brickell [1]   1:2/6
brief [3]   1:29/8 1:34/5
1:45/3
briefed [8]   1:11/25
1:13/9 1:13/10 1:18/2
1:24/11 1:28/10 1:29/24
1:44/3
briefing [4]   1:11/10
1:28/9 1:29/17 1:37/6
briefly [1]   1:5/22
bring [4]   1:24/7 1:24/11
1:24/12 1:44/9
bringing [2]   1:41/4
1:44/7
broken [1]   1:46/3
build [1]   1:43/7
bunch [1]   1:25/7
burden [10]   1:8/16
1:18/18 1:21/9 1:21/14
1:21/15 1:21/17 1:23/22
1:34/11 1:34/16 1:38/24
burden-shifting [1]
1:21/14
business [2]   1:40/8

**C**

call [3]   1:28/14 1:30/9
1:33/22
called [3]   1:28/11
1:28/24 1:36/14
came [1]   1:30/5
Camera [1]   1:40/4
can [14]   1:4/25 1:5/6
1:10/7 1:17/4 1:17/6
1:17/10 1:20/12 1:26/19
1:26/23 1:26/23 1:26/24
1:41/22 1:45/19 1:45/19
can't [6]   1:11/4 1:16/20
1:17/6 1:27/4 1:34/10
1:34/15
candidates [1]   1:18/4
cannot [4]   1:8/23 1:9/9
1:30/2 1:36/8
career [2]   1:12/15
1:12/15
careful [1]   1:18/13
CARLTON [8]   1:1/8 1:3/12
1:3/24 1:19/9 1:19/11
1:19/19 1:19/21 1:19/23
carry [1]   1:34/10
case [124]
cases [20]   1:6/15 1:6/25
1:7/13 1:7/14 1:7/19
1:7/20 1:8/10 1:8/23
1:9/5 1:10/12 1:16/2
1:21/4 1:30/18 1:33/2
1:35/14 1:38/22 1:42/16
1:43/6 1:43/7 1:44/22
categorically [1]   1:9/4
cause [2]   1:7/10 1:20/24
caused [1]   1:7/18
causing [1]   1:45/17
cert [1]   1:29/6
certain [4]   1:32/9
1:36/9 1:36/13 1:46/3
certainly [7]   1:15/13
1:25/25 1:27/4 1:28/1
1:33/23 1:44/9 1:45/13
CERTIFICATE [1]   1:47/3
certification [25]
1:11/9 1:11/19 1:11/25
1:12/5 1:13/9 1:13/10
1:15/6 1:17/14 1:18/1
1:20/5 1:20/11 1:24/10
1:24/20 1:24/21 1:25/4
1:26/18 1:29/4 1:29/23
1:29/24 1:31/13 1:31/15
1:36/24 1:37/2 1:38/6

**certification...** [1]
  1:38/15
**certified** [1]   1:20/12
**certify** [3]   1:29/7
  1:47/4 1:47/10
**change** [5]   1:12/24
  1:16/14 1:16/25 1:23/19
  1:35/23
**changed** [1]   1:4/20
**CHAPMAN** [1]   1:2/2
**characterization** [1]
  1:33/17
**charges** [1]   1:19/20
**check** [3]   1:42/8 1:42/19
  1:42/20
**checks** [2]   1:19/18
  1:19/20
**Chicago** [2]   1:1/20
  1:39/15
**Chief** [6]   1:15/8 1:15/10
  1:33/22 1:34/14 1:36/21
  1:38/19
**child** [2]   1:19/4 1:21/6
**choice** [4]   1:41/15
  1:41/17 1:41/17 1:41/19
**choose** [1]   1:41/17
**chooses** [1]   1:41/22
**Circuit** [20]   1:5/19
  1:6/16 1:7/17 1:8/14
  1:8/20 1:8/22 1:9/2
  1:9/13 1:9/19 1:9/20
  1:10/5 1:10/6 1:12/20
  1:18/12 1:18/16 1:18/25
  1:23/13 1:26/8 1:36/10
  1:38/24
**Circuit's** [3]   1:5/23
  1:6/21 1:34/25
**circumstance** [1]   1:12/11
**circumstances** [4]
  1:17/12 1:18/15 1:23/3
  1:35/4
**cite** [4]   1:20/10 1:21/4
  1:35/15 1:35/15
**cited** [2]   1:10/13
  1:23/11
**claim** [5]   1:20/5 1:20/7
  1:20/9 1:20/15 1:37/16
**claims** [2]   1:15/7 1:20/3
**class** [34]   1:11/19
  1:11/24 1:12/5 1:13/10
  1:14/24 1:15/6 1:15/6
  1:17/14 1:18/1 1:19/21
  1:20/5 1:20/8 1:20/12
  1:24/10 1:24/20 1:24/21

1:25/3 1:26/18 1:26/19
1:29/4 1:29/5 1:29/23
1:29/23 1:31/13 1:31/14
1:32/10 1:32/14 1:32/24
1:33/1 1:33/4 1:36/23
1:38/5 1:40/10 1:40/10
**class-action** [1]   1:20/8
**clean** [1]   1:12/5
**clear** [4]   1:13/14
  1:24/17 1:30/16 1:33/10
**clearly** [7]   1:9/7
  1:27/20 1:29/10 1:36/14
  1:36/15 1:44/17 1:45/18
**Clemon** [8]   1:6/14 1:6/25
  1:7/20 1:8/8 1:8/9 1:9/5
  1:9/10 1:10/8
**clerk** [3]   1:15/3 1:30/20
  1:34/14
**client** [6]   1:22/19
  1:26/13 1:41/16 1:41/22
  1:42/22 1:43/14
**client's** [1]   1:41/15
**clientele** [1]   1:40/7
**clients** [1]   1:9/4
**close** [4]   1:8/21 1:19/17
  1:27/15 1:32/16
**co** [3]   1:22/19 1:33/16
  1:40/9
**co-counsel** [2]   1:22/19
  1:33/16
**co-counsel's** [1]   1:40/9
**cognizant** [1]   1:37/23
**collapsing** [1]   1:34/19
**colleague** [8]   1:15/4
  1:26/25 1:31/8 1:33/23
  1:34/15 1:39/4 1:39/9
  1:39/15
**colleague's** [1]   1:40/14
**colleagues** [3]   1:26/14
  1:26/24 1:30/14
**collective** [1]   1:40/11
**come** [4]   1:26/3 1:26/17
  1:27/22 1:45/24
**comfortable** [1]   1:5/9
**coming** [2]   1:15/19
  1:23/22
**comment** [1]   1:9/15
**common** [1]   1:15/4
**community** [1]   1:41/8
**COMPANY** [2]   1:1/8 1:3/12
**competent** [1]   1:8/11
**complaint** [1]   1:24/6
**concede** [1]   1:34/5
**concern** [3]   1:6/11
  1:12/17 1:23/19

**concerned** [1]   1:26/8
**concession** [1]   1:34/15
**conclude** [1]   1:8/23
**conclusion** [2]   1:6/9
  1:36/2
**condolences** [1]   1:22/20
**confer** [1]   1:39/14
**confirms** [1]   1:34/10
**conflict** [3]   1:42/8
  1:42/19 1:42/20
**confluence** [1]   1:37/9
**confusion** [1]   1:41/7
**Congress** [1]   1:34/23
**Conner** [1]   1:33/19
**consented** [2]   1:11/8
  1:11/15
**consequential** [1]
  1:29/18
**consider** [1]   1:9/21
**consideration** [4]   1:7/5
  1:33/3 1:43/17 1:43/22
**considerations** [1]
  1:14/15
**considered** [2]   1:19/2
  1:28/23
**considering** [4]   1:15/24
  1:17/11 1:17/25 1:18/3
**consistent** [1]   1:14/23
**consult** [1]   1:31/6
**consultant** [1]   1:25/9
**consultation** [1]   1:14/17
**consulted** [1]   1:16/17
**continue** [2]   1:30/12
  1:41/13
**CONTINUED** [2]   1:1/23
  1:2/1
**continues** [1]   1:37/17
**contrary** [3]   1:16/1
  1:34/24 1:36/15
**contribute** [2]   1:43/9
  1:44/25
**contributing** [1]   1:44/7
**contributions** [1]
  1:16/19
**convinced** [2]   1:4/18
  1:4/20
**Cooke** [4]   1:14/8 1:28/25
  1:39/20 1:39/21
**Cooke's** [3]   1:4/6
  1:22/20 1:37/2
**correct** [8]   1:23/2
  1:24/17 1:31/1 1:32/3
  1:41/1 1:43/1 1:45/4
  1:47/4
**costs** [1]   1:37/19

**could [17]** 1:10/21
1:15/12 1:16/23 1:18/14
1:19/1 1:25/10 1:30/23
1:34/1 1:34/3 1:35/17
1:35/21 1:35/25 1:36/1
1:44/9 1:44/10 1:44/20
1:44/24
**couldn't [3]** 1:4/17
1:12/2 1:45/13
**counsel [54]**
**counsel's [1]** 1:40/9
**country [3]** 1:7/5
1:14/24 1:33/1
**couple [3]** 1:6/20
1:29/15 1:39/9
**course [14]** 1:4/24
1:8/12 1:10/17 1:13/25
1:14/9 1:20/16 1:22/7
1:22/15 1:31/7 1:36/6
1:42/4 1:42/8 1:43/9
1:45/24
**court [23]** 1:1/2 1:1/25
1:3/5 1:6/10 1:6/19
1:8/3 1:8/5 1:8/15
1:10/25 1:19/23 1:22/17
1:26/1 1:27/4 1:30/8
1:31/20 1:38/5 1:38/11
1:40/24 1:41/24 1:44/5
1:46/13 1:47/7 1:47/21
**Court's [8]** 1:6/1 1:8/5
1:8/6 1:8/8 1:9/22
1:12/10 1:12/17 1:23/19
**courts [1]** 1:21/8
**create [1]** 1:44/13
**credibly [1]** 1:25/12
**critical [1]** 1:39/24
**cross [1]** 1:20/16
**cross-examine [1]**
1:20/16
**CRR [2]** 1:1/25 1:47/21
**crucial [1]** 1:35/5
**CSR [2]** 1:1/25 1:47/21
**current [1]** 1:29/10
**curry [4]** 1:30/19
1:33/16 1:34/8 1:34/11
**CV [2]** 1:1/7 1:3/12

**D**

**DAMIAN [18]** 1:2/5 1:11/3
1:12/13 1:16/22 1:20/2
1:20/22 1:24/21 1:25/17
1:25/23 1:28/16 1:29/22
1:34/7 1:35/22 1:36/2
1:40/16 1:40/16 1:42/14

**Damian's [6]** 1:6/8
1:27/6 1:27/15 1:31/9
1:31/11 1:36/6
**dangerous [1]** 1:26/7
**date [9]** 1:24/18 1:24/18
1:38/3 1:38/4 1:38/11
1:38/12 1:38/14 1:47/8
1:47/16
**DAVID [3]** 1:1/21 1:2/4
1:3/17
**day [6]** 1:17/22 1:24/2
1:30/1 1:30/11 1:31/16
1:38/23
**days [1]** 1:37/7
**de [3]** 1:35/22 1:36/4
1:37/6
**deadlines [1]** 1:29/17
**decide [3]** 1:13/9
1:35/17 1:40/15
**decided [9]** 1:10/21
1:10/25 1:11/9 1:11/17
1:11/24 1:18/1 1:35/20
1:37/14 1:40/17
**decider [1]** 1:35/19
**deciding [1]** 1:36/8
**decision [14]** 1:5/22
1:5/24 1:6/1 1:6/16
1:6/21 1:8/13 1:8/14
1:9/13 1:10/6 1:23/14
1:23/18 1:31/13 1:40/20
1:45/17
**decisions [2]** 1:28/12
1:44/17
**declaration [1]** 1:20/18
**declarations [1]** 1:28/24
**deep [2]** 1:15/25 1:16/1
**defend [1]** 1:14/24
**defendant [10]** 1:1/9
1:3/21 1:3/22 1:4/3
1:8/11 1:8/16 1:23/4
1:23/20 1:24/2 1:24/4
**defendant's [3]** 1:9/24
1:12/25 1:45/13
**defendants [5]** 1:2/2
1:4/11 1:26/3 1:30/13
1:32/20
**defended [2]** 1:32/14
1:33/1
**defense [1]** 1:39/12
**defenses [1]** 1:24/7
**definitely [3]** 1:4/8
1:4/14 1:25/15
**degree [2]** 1:6/4 1:40/6
**delay [5]** 1:9/21 1:11/5

**demonstrable [1]** 1:8/18
**demonstrate [2]** 1:5/20
1:23/23
**demonstrated [1]** 1:23/9
**denied [7]** 1:15/7 1:20/3
1:24/15 1:28/23 1:37/16
1:37/16 1:38/6
**deny [1]** 1:31/14
**denying [1]** 1:20/15
**deposition [1]** 1:20/17
**depth [2]** 1:32/10 1:40/9
**did [19]** 1:6/8 1:13/12
1:13/25 1:14/4 1:27/25
1:34/6 1:34/8 1:34/11
1:35/23 1:36/6 1:37/6
1:42/8 1:42/12 1:42/14
1:43/24 1:44/4 1:44/17
1:44/22 1:45/3
**didn't [19]** 1:13/14
1:14/16 1:15/12 1:15/13
1:16/12 1:17/13 1:21/5
1:24/11 1:24/12 1:25/6
1:29/1 1:33/25 1:33/25
1:34/3 1:38/20 1:38/21
1:39/10 1:42/15 1:42/17
**difference [1]** 1:10/15
**different [9]** 1:11/7
1:23/12 1:29/15 1:31/1
1:31/1 1:36/1 1:36/2
1:36/19 1:40/20
**differently [1]** 1:40/16
**difficult [1]** 1:8/16
**Digital [1]** 1:1/14
**dimension [1]** 1:41/12
**dined [1]** 1:19/10
**dinner [2]** 1:19/14
1:19/18
**direct [1]** 1:33/14
**disadvantage [1]** 1:20/23
**disagree [3]** 1:29/3
1:29/5 1:33/17
**discovery [2]** 1:37/13
1:40/5
**discrimination [2]**
1:7/14 1:7/24
**discuss [1]** 1:42/15
**discussion [1]** 1:43/15
**disparage [1]** 1:20/21
**disparaged [1]** 1:32/6
**disparaging [1]** 1:39/10
**dispositive [2]** 1:20/11
1:29/14
**disqualification [17]**
1:8/19 1:9/2 1:12/18

**disqualification... [14]**
1:18/11 1:18/19 1:19/5
1:20/20 1:21/7 1:21/9
1:21/16 1:30/17 1:30/21
1:31/19 1:35/18 1:38/25
1:41/23 1:41/24
**disqualified [2]**   1:10/4
1:34/22
**disqualifies [1]**   1:41/21
**disqualify [7]**   1:12/14
1:12/22 1:15/13 1:24/25
1:31/23 1:34/1 1:34/7
**distinction [1]**   1:10/15
**district [31]**   1:1/2
1:1/3 1:3/5 1:3/5 1:6/3
1:6/12 1:6/18 1:7/3
1:7/16 1:7/19 1:7/25
1:10/14 1:12/4 1:12/4
1:13/21 1:13/23 1:14/7
1:14/12 1:15/5 1:15/10
1:18/19 1:26/25 1:33/19
1:33/22 1:35/23 1:36/17
1:38/19 1:40/1 1:44/2
1:47/7 1:47/7
**do [31]**   1:12/8 1:14/24
1:14/25 1:15/1 1:21/13
1:21/18 1:21/19 1:22/8
1:22/18 1:25/10 1:26/14
1:29/11 1:32/18 1:36/7
1:36/9 1:36/9 1:36/10
1:40/10 1:41/1 1:41/13
1:42/18 1:42/18 1:42/20
1:42/21 1:43/10 1:43/16
1:43/23 1:44/5 1:44/15
1:45/25 1:45/25
**docket [6]**   1:8/6 1:8/6
1:8/8 1:9/22 1:12/10
1:12/17
**documented [1]**   1:6/14
**does [8]**   1:26/20 1:32/8
1:32/8 1:32/11 1:33/11
1:37/1 1:39/11 1:44/6
**doesn't [11]**   1:7/4
1:7/11 1:19/20 1:27/1
1:27/7 1:27/8 1:32/10
1:32/16 1:40/17 1:44/4
1:44/15
**dollar [2]**   1:19/25
1:19/25
**don't [32]**   1:7/25 1:8/12
1:8/21 1:15/20 1:19/7
1:27/1 1:28/14 1:29/4
1:29/9 1:29/12 1:29/19
1:33/15 1:33/21 1:35/15

1:39/13 1:39/14 1:39/17
1:39/17 1:39/18 1:40/16
1:40/23 1:42/16 1:43/2
1:43/2 1:43/4 1:44/2
1:44/3 1:44/7 1:44/14
1:44/15 1:44/25 1:45/11
**done [4]**   1:23/5 1:30/19
1:39/22 1:41/2
**door [1]**   1:30/12
**doubt [1]**   1:44/24
**down [2]**   1:41/14 1:44/22
**drove [1]**   1:6/1
**duplicates [1]**   1:33/9
**during [1]**   1:20/1

**E**

**each [4]**   1:20/13 1:28/17
1:28/18 1:45/3
**earlier [2]**   1:11/18
1:24/10
**easiest [1]**   1:5/20
**Eastern [6]**   1:13/23
1:15/5 1:15/10 1:33/19
1:38/19 1:44/2
**economy [2]**   1:4/7
1:45/22
**effect [3]**   1:6/13 1:9/22
1:12/10
**effective [1]**   1:28/19
**efficiency [1]**   1:46/3
**egregious [1]**   1:33/25
**either [12]**   1:11/13
1:18/23 1:27/7 1:27/8
1:31/1 1:31/4 1:31/4
1:34/7 1:34/8 1:37/15
1:38/10 1:43/5
**electronic [2]**   1:1/12
1:47/6
**elements [1]**   1:20/13
**elephant [2]**   1:25/16
1:42/3
**Eleventh [23]**   1:5/19
1:5/23 1:6/16 1:6/21
1:7/17 1:8/14 1:8/20
1:8/22 1:9/2 1:9/13
1:9/19 1:9/20 1:10/5
1:10/6 1:12/20 1:18/12
1:18/16 1:18/25 1:23/13
1:26/8 1:34/25 1:36/10
1:38/24
**else [3]**   1:7/5 1:21/22
1:44/15
**eminently [1]**   1:15/23
**emphasize [1]**   1:21/13
**employed [1]**   1:47/11

**employment [1]**   1:37/16
**enable [1]**   1:43/8
**end [7]**   1:14/16 1:17/13
1:23/6 1:30/1 1:30/11
1:31/16 1:38/23
**enter [5]**   1:24/6 1:25/14
1:26/4 1:30/13 1:31/13
**entered [4]**   1:24/2
1:25/20 1:26/22 1:28/13
**entering [2]**   1:25/11
1:28/2
**enters [2]**   1:23/20
1:24/5
**entire [1]**   1:34/17
**entirely [1]**   1:9/25
**entry [4]**   1:27/2 1:27/21
1:30/3 1:44/13
**enumerated [4]**   1:6/17
1:6/19 1:9/18 1:12/20
**enumerates [1]**   1:8/3
**erroneous [2]**   1:36/14
1:36/15
**especially [3]**   1:26/16
1:39/1 1:41/4
**ESQ [5]**   1:1/18 1:1/21
1:2/4 1:2/4 1:2/7
**essentially [1]**   1:12/6
**esteemed [2]**   1:32/6
1:32/8
**even [16]**   1:8/20 1:8/21
1:9/4 1:10/8 1:11/25
1:15/8 1:16/25 1:18/13
1:19/16 1:19/25 1:33/10
1:34/21 1:35/10 1:36/24
1:37/21 1:38/2
**event [2]**   1:18/5 1:40/2
**eventually [2]**   1:13/19
1:14/3
**ever [2]**   1:12/13 1:12/14
**every [7]**   1:19/25
1:19/25 1:21/3 1:28/12
1:28/15 1:35/14 1:41/10
**everybody [4]**   1:21/21
1:24/20 1:25/15 1:30/7
**everyone [3]**   1:42/4
1:46/6 1:46/7
**everything [3]**   1:5/16
1:22/21 1:32/15
**exact [1]**   1:17/6
**exactly [6]**   1:11/20
1:11/22 1:22/4 1:43/12
1:43/13 1:43/14
**examine [1]**   1:20/16
**example [2]**   1:15/4
1:36/21

**excellent [1]** 1:16/13
**except [1]** 1:29/21
**excluded [1]** 1:20/4
**exclusive [1]** 1:19/1
**exercising [1]** 1:35/16
**exist [3]** 1:7/4 1:7/11
  1:18/22
**existed [2]** 1:14/22
  1:18/21
**existing [1]** 1:7/4
**expense [4]** 1:9/22
  1:12/19 1:12/21 1:12/21
**experience [14]** 1:16/1
  1:26/19 1:32/9 1:32/16
  1:32/24 1:33/4 1:33/9
  1:33/12 1:34/13 1:39/18
  1:40/10 1:40/11 1:40/11
  1:40/12
**expert [2]** 1:13/21
  1:20/4
**explained [1]** 1:38/1
**explanation [2]** 1:34/10
  1:34/12
**express [1]** 1:22/19
**extensive [1]** 1:40/7
**extraordinary [1]** 1:8/18
**extreme [2]** 1:18/20
  1:31/23

**F**

**face [1]** 1:38/25
**faced [3]** 1:14/5 1:15/21
  1:17/13
**facing [1]** 1:30/13
**fact [9]** 1:9/6 1:12/12
  1:20/7 1:20/12 1:24/24
  1:27/16 1:32/7 1:35/7
  1:38/2
**fact-based [1]** 1:35/7
**factor [8]** 1:9/25
  1:12/19 1:13/1 1:18/8
  1:18/24 1:23/13 1:24/5
  1:34/16
**factored [1]** 1:22/2
**factors [20]** 1:5/25
  1:6/20 1:8/3 1:9/14
  1:9/21 1:10/11 1:12/7
  1:18/7 1:18/21 1:18/23
  1:19/1 1:19/2 1:21/15
  1:23/12 1:31/18 1:33/8
  1:34/19 1:41/18 1:45/3
  1:45/3
**facts [10]** 1:5/25 1:6/21
  1:8/20 1:10/7 1:10/9

**fair [1]** 1:26/23
**fallacies [1]** 1:40/14
**familiarity [1]** 1:19/7
**family [1]** 1:43/8
**far [1]** 1:25/25
**favor [7]** 1:12/9 1:18/23
  1:21/15 1:30/19 1:33/16
  1:34/8 1:34/11
**favorable [5]** 1:20/25
  1:28/5 1:30/8 1:31/10
  1:31/12
**FDUTPA [2]** 1:16/2
  1:20/13
**February [3]** 1:1/11
  1:3/1 1:47/16
**federal [4]** 1:6/3
  1:34/23 1:34/25 1:40/1
**feed [1]** 1:43/8
**feel [2]** 1:27/7 1:41/9
**feels [1]** 1:26/10
**fees [1]** 1:37/20
**fell [1]** 1:43/10
**felt [3]** 1:16/10 1:25/13
  1:29/11
**few [1]** 1:17/23
**fifth [1]** 1:35/13
**figured [1]** 1:29/16
**file [5]** 1:14/14 1:14/16
  1:16/17 1:24/6 1:38/13
**filed [10]** 1:12/14
  1:12/22 1:13/11 1:18/1
  1:20/19 1:21/9 1:26/12
  1:31/22 1:40/21 1:40/22
**files [1]** 1:19/21
**filing [5]** 1:14/16
  1:16/16 1:17/11 1:17/13
  1:21/11
**financially [1]** 1:47/13
**find [1]** 1:26/24
**finding [1]** 1:20/7
**finding-of-fact [1]**
  1:20/7
**fine [2]** 1:5/7 1:5/10
**firm [11]** 1:6/22 1:6/23
  1:7/13 1:7/18 1:25/17
  1:25/19 1:25/20 1:26/5
  1:27/16 1:43/4 1:44/22
**firms [3]** 1:16/3 1:44/23
  1:44/24
**first [12]** 1:5/2 1:10/12
  1:12/7 1:12/12 1:16/17
  1:22/18 1:22/25 1:23/25
  1:35/11 1:36/22 1:37/8

**fit [1]** 1:16/5
**five [4]** 1:24/1 1:24/3
  1:29/12 1:35/5
**FLORIDA [11]** 1:1/3
  1:1/11 1:2/6 1:3/6
  1:13/20 1:13/22 1:18/19
  1:19/24 1:39/16 1:44/10
  1:47/7
**focus [3]** 1:13/3 1:20/20
  1:40/4
**focuses [2]** 1:9/25
  1:13/2
**followed [1]** 1:16/16
**FOLLOWING [1]** 1:1/23
**follows [1]** 1:19/6
**forced [3]** 1:6/15 1:8/9
  1:30/4
**foregoing [1]** 1:47/4
**forever [1]** 1:36/12
**former [10]** 1:15/3
  1:15/8 1:15/9 1:26/4
  1:30/14 1:30/20 1:34/14
  1:34/15 1:42/11 1:42/24
**forth [1]** 1:10/10
**forum [3]** 1:30/6 1:30/7
  1:30/10
**forum-shopping [3]**
  1:30/6 1:30/7 1:30/10
**forward [3]** 1:28/21
  1:34/1 1:41/4
**found [3]** 1:7/17 1:20/12
  1:23/16
**founding [1]** 1:25/16
**four [5]** 1:7/20 1:14/12
  1:19/24 1:26/22 1:29/12
**four-year [1]** 1:19/24
**fourth [1]** 1:12/19
**FOX [4]** 1:1/5 1:3/11
  1:33/19 1:33/19
**FRANCIS [6]** 1:1/17
  1:1/18 1:2/7 1:3/16
  1:22/17 1:39/13
**frankly [9]** 1:8/1
  1:14/16 1:14/21 1:16/3
  1:17/9 1:18/21 1:20/21
  1:20/25 1:22/9
**frequently [1]** 1:21/8
**Friday [2]** 1:1/11 1:3/1
**friend [1]** 1:26/24
**frivolous [2]** 1:28/24
  1:37/18
**front [5]** 1:5/23 1:10/8
  1:11/3 1:21/1 1:39/25
**full [1]** 1:19/19

**fully [2]**   1:11/25
1:13/10
**further [4]**   1:16/18
1:45/9 1:47/10 1:47/12

**G**

**gather [1]**   1:26/19
**gathered [1]**   1:39/16
**generate [1]**   1:28/2
**Georgia [1]**   1:2/3
**get [18]**   1:3/13 1:6/20
1:12/25 1:13/15 1:13/19
1:14/3 1:14/4 1:17/4
1:20/22 1:25/8 1:25/8
1:29/3 1:29/4 1:30/7
1:30/9 1:36/16 1:37/7
1:44/14
**getting [3]**   1:16/11
1:38/12 1:45/19
**give [5]**   1:15/4 1:17/6
1:25/9 1:40/24 1:43/21
**given [4]**   1:14/16 1:17/1
1:23/2 1:39/1
**gives [1]**   1:9/13
**giving [1]**   1:39/8
**go [10]**   1:5/21 1:11/10
1:11/11 1:13/4 1:13/15
1:25/24 1:28/21 1:32/22
1:38/7 1:45/19
**going [37]**   1:5/24 1:8/4
1:8/13 1:10/11 1:11/8
1:11/10 1:11/10 1:11/11
1:11/11 1:11/12 1:13/15
1:13/19 1:14/3 1:14/16
1:14/20 1:15/18 1:23/21
1:24/1 1:24/21 1:25/6
1:26/6 1:26/16 1:26/17
1:26/24 1:27/23 1:29/2
1:29/7 1:31/14 1:35/4
1:37/10 1:37/10 1:37/14
1:37/18 1:37/19 1:38/18
1:43/7 1:45/16
**good [10]**   1:3/16 1:3/17
1:3/19 1:3/20 1:4/18
1:5/13 1:27/7 1:45/14
1:46/6 1:46/6
**got [6]**   1:15/19 1:15/19
1:20/9 1:24/14 1:24/15
1:45/6
**gotten [1]**   1:25/10
**govern [1]**   1:7/5
**granted [7]**   1:13/10
1:16/23 1:20/2 1:37/22
1:37/22 1:38/6 1:38/7

**grapple [2]**   1:26/1
1:30/22
**grateful [1]**   1:22/20
**gratuities [1]**   1:19/24
**gratuity [2]**   1:19/11
1:19/20
**great [4]**   1:3/25 1:4/20
1:16/6 1:27/8
**guarantee [1]**   1:23/21
**guaranteed [1]**   1:38/16
**guessed [1]**   1:45/13

**H**

**had [61]**
**hadn't [1]**   1:36/25
**half [1]**   1:7/1
**handed [1]**   1:31/8
**handle [4]**   1:32/1 1:43/6
1:43/13 1:43/13
**handled [1]**   1:28/18
**handling [4]**   1:4/19
1:14/1 1:24/21 1:29/25
**happen [3]**   1:11/9
1:27/12 1:42/12
**happened [2]**   1:19/15
1:34/3
**happening [6]**   1:29/21
1:37/1 1:38/12 1:41/5
1:41/7 1:46/1
**happens [1]**   1:5/18
**happy [5]**   1:28/13 1:29/7
1:29/8 1:29/10 1:45/25
**has [19]**   1:6/14 1:12/13
1:12/21 1:16/1 1:23/4
1:26/19 1:32/16 1:32/17
1:33/2 1:37/13 1:38/5
1:39/15 1:40/6 1:41/16
1:42/4 1:44/5 1:45/9
1:45/18 1:46/3
**hat [1]**   1:20/21
**have [73]**
**haven't [2]**   1:11/15
1:42/15
**having [1]**   1:32/23
**he [29]**   1:4/21 1:15/24
1:15/25 1:16/5 1:16/5
1:16/9 1:17/16 1:17/19
1:17/23 1:17/23 1:19/10
1:19/10 1:19/13 1:19/13
1:19/18 1:19/23 1:23/6
1:23/7 1:25/1 1:26/5
1:32/7 1:32/8 1:32/10
1:32/16 1:33/11 1:34/3
1:44/6 1:44/6 1:44/6
**he's [11]**   1:9/4 1:15/22

1:16/12 1:16/15 1:17/7
1:21/20 1:26/16 1:26/17
1:32/5 1:32/14 1:44/7
**head [2]**   1:34/23 1:35/1
**headed [5]**   1:15/18
1:24/19 1:24/19 1:37/13
1:38/2
**heading [4]**   1:13/18
1:14/5 1:14/12 1:22/3
**hear [6]**   1:4/16 1:5/1
1:5/6 1:22/12 1:25/6
1:39/6
**heard [4]**   1:25/2 1:25/3
1:28/8 1:30/18
**hearing [9]**   1:5/17
1:11/2 1:11/2 1:11/17
1:24/20 1:25/4 1:40/5
1:45/12 1:47/12
**heavy [3]**   1:18/17 1:21/9
1:38/24
**help [1]**   1:43/9
**helpful [1]**   1:45/12
**her [23]**   1:10/22 1:14/9
1:16/23 1:20/7 1:20/10
1:21/4 1:22/21 1:28/4
1:28/11 1:28/14 1:28/14
1:29/2 1:29/5 1:29/6
1:29/23 1:29/25 1:31/12
1:31/15 1:36/15 1:36/22
1:39/23 1:42/15 1:42/16
**here [31]**   1:3/11 1:4/8
1:5/11 1:6/1 1:6/6 1:7/4
1:7/11 1:8/7 1:8/13
1:10/3 1:18/18 1:23/22
1:23/25 1:24/9 1:24/15
1:27/5 1:30/2 1:30/16
1:31/6 1:34/3 1:36/18
1:39/22 1:39/22 1:40/2
1:40/6 1:40/18 1:40/18
1:42/23 1:44/11 1:44/23
1:45/25
**here's [1]**   1:38/14
**herself [4]**   1:27/24
1:35/12 1:42/14 1:43/3
**high [1]**   1:8/24
**highlight [1]**   1:23/24
**him [12]**   1:4/21 1:15/23
1:16/17 1:21/21 1:21/21
1:23/8 1:23/8 1:25/3
1:32/6 1:32/18 1:39/14
1:39/14
**himself [2]**   1:8/10
1:41/21
**hire [6]**   1:14/25 1:15/15
1:16/8 1:33/15 1:34/13

**H**

**hire...** [1]   1:34/20
**hired** [8]   1:7/13 1:13/8
  1:15/2 1:15/8 1:15/9
  1:18/9 1:20/24 1:33/21
**hiring** [5]   1:30/20
  1:33/3 1:33/6 1:33/7
  1:33/9
**his** [19]   1:9/3 1:10/22
  1:10/24 1:12/15 1:15/14
  1:16/19 1:17/19 1:19/12
  1:19/14 1:19/19 1:20/17
  1:20/17 1:21/21 1:25/9
  1:25/11 1:25/14 1:32/13
  1:39/15 1:39/17
**history** [1]   1:45/17
**Holland** [2]   1:14/1
  1:14/2
**Honor** [35]   1:3/9 1:3/16
  1:3/17 1:3/20 1:5/1
  1:5/14 1:17/5 1:21/7
  1:21/24 1:22/13 1:22/16
  1:23/2 1:24/10 1:25/15
  1:26/2 1:31/6 1:31/17
  1:32/4 1:32/21 1:33/14
  1:33/15 1:36/2 1:36/17
  1:38/5 1:40/3 1:40/15
  1:40/19 1:41/25 1:43/19
  1:43/23 1:44/3 1:45/4
  1:45/9 1:46/8 1:46/9
**Honor's** [2]   1:9/16
  1:13/4
**Honorable** [2]   1:1/4
  1:3/6
**horrendous** [1]   1:26/16
**hospitality** [3]   1:16/2
  1:40/7 1:40/8
**hotel** [5]   1:1/8 1:3/12
  1:19/11 1:19/18 1:19/21
**hotels** [1]   1:19/24
**hour** [1]   1:26/3
**how** [10]   1:4/17 1:8/6
  1:17/19 1:19/7 1:27/22
  1:38/13 1:38/15 1:39/23
  1:42/12 1:45/7
**huge** [2]   1:25/19 1:25/22
**hundred** [3]   1:29/3
  1:32/14 1:37/6

**I**

**I'd** [5]   1:3/13 1:22/12
  1:39/3 1:39/6 1:41/13
**I'll** [16]   1:4/14 1:4/24
  1:5/11 1:8/4 1:12/25
  1:13/1 1:13/15 1:23/24

**I'm** [27]   1:4/18 1:4/20
  1:5/24 1:6/2 1:7/4
  1:8/12 1:13/20 1:13/21
  1:17/19 1:26/2 1:30/22
  1:32/20 1:34/11 1:34/12
  1:39/21 1:39/22 1:39/25
  1:40/2 1:40/6 1:42/10
  1:43/3 1:43/5 1:43/6
  1:43/6 1:45/16 1:45/25
  1:46/1
**I've** [8]   1:21/12 1:21/23
  1:31/20 1:31/21 1:31/22
  1:33/1 1:41/9 1:41/11
**idea** [2]   1:14/10 1:15/18
**identified** [1]   1:31/17
**Illinois** [1]   1:1/20
**important** [4]   1:9/1
  1:15/19 1:24/15 1:33/5
**imposed** [1]   1:18/20
**impossible** [1]   1:38/9
**improper** [1]   1:16/7
**impropriety** [6]   1:9/23
  1:10/2 1:13/2 1:13/5
  1:16/24 1:45/8
**inappropriate** [2]   1:41/3
  1:43/12
**included** [1]   1:14/8
**including** [2]   1:16/16
  1:32/15
**inconsistencies** [1]
  1:20/17
**indicate** [1]   1:32/16
**indicated** [3]   1:33/18
  1:38/16 1:38/22
**indication** [3]   1:9/16
  1:40/18 1:40/24
**individual** [1]   1:15/7
**industry** [1]   1:16/2
**information** [2]   1:4/23
  1:14/11
**informed** [1]   1:19/11
**injury** [2]   1:8/19 1:9/23
**injustice** [1]   1:8/18
**input** [7]   1:16/16 1:17/1
  1:17/3 1:17/7 1:17/14
  1:17/19 1:17/23
**insight** [13]   1:14/19
  1:15/16 1:16/6 1:25/7
  1:25/8 1:25/9 1:25/11
  1:26/21 1:26/22 1:27/1
  1:38/1 1:44/10 1:44/11
**instructing** [1]   1:45/5

**intended** [1]   1:16/17
**intention** [1]   1:29/9
**intentional** [1]   1:25/24
**intentionally** [3]
  1:20/24 1:27/25 1:34/6
**interacted** [1]   1:39/23
**interested** [1]   1:47/13
**invested** [4]   1:9/21
  1:11/23 1:12/2 1:21/20
**involve** [1]   1:10/13
**involved** [11]   1:4/9
  1:6/2 1:6/17 1:8/14
  1:11/14 1:16/25 1:17/10
  1:21/19 1:35/10 1:35/13
  1:42/8
**involvement** [1]   1:36/25
**irrelevant** [1]   1:29/5
**irreparable** [1]   1:8/19
**is** [127]
**isn't** [1]   1:12/16
**issuance** [1]   1:8/25
**issue** [8]   1:4/8 1:7/2
  1:8/7 1:27/5 1:35/12
  1:36/13 1:45/18 1:45/21
**issued** [2]   1:29/22
  1:35/21
**issues** [9]   1:4/10 1:4/24
  1:7/6 1:7/7 1:28/20
  1:29/14 1:29/14 1:35/17
  1:36/7
**it** [75]
**it's** [48]
**item** [1]   1:11/24
**its** [6]   1:10/6 1:12/3
  1:23/12 1:23/14 1:34/23
  1:35/1

**J**

**JAMES** [4]   1:1/18 1:1/25
  1:47/20 1:47/21
**Jim** [2]   1:3/16 1:22/17
**judge** [98]
**judge's** [7]   1:6/23
  1:15/3 1:26/4 1:30/14
  1:33/21 1:33/22 1:37/5
**judge-shop** [1]   1:6/13
**judges** [10]   1:4/6 1:12/4
  1:14/7 1:14/12 1:22/6
  1:25/7 1:26/22 1:29/12
  1:36/19 1:40/1
**judgment** [6]   1:20/2
  1:20/4 1:20/15 1:24/13
  1:29/6 1:37/15
**judicial** [8]   1:4/7
  1:9/21 1:11/23 1:12/2

**judicial... [4]** 1:15/16
 1:26/9 1:45/22 1:46/2
**judiciary [2]** 1:14/20
 1:16/6
**juncture [5]** 1:4/12
 1:4/17 1:13/8 1:13/18
 1:14/5
**jurisdiction [5]** 1:10/16
 1:11/8 1:11/16 1:33/8
 1:35/17
**jury [4]** 1:37/19 1:39/20
 1:39/23 1:40/12
**just [34]** 1:5/7 1:5/11
 1:5/21 1:5/24 1:6/10
 1:6/20 1:8/9 1:8/13
 1:8/13 1:9/12 1:10/9
 1:16/4 1:17/3 1:17/22
 1:20/9 1:21/13 1:23/24
 1:27/12 1:29/12 1:29/16
 1:31/6 1:31/8 1:32/22
 1:33/10 1:33/23 1:34/1
 1:36/3 1:36/9 1:37/10
 1:38/14 1:39/12 1:39/13
 1:44/18 1:46/1
**justify [1]** 1:18/11

## K

**KABAT [1]** 1:2/2
**keep [2]** 1:21/19 1:31/15
**keeps [1]** 1:44/1
**kept [2]** 1:38/12 1:38/12
**kind [10]** 1:4/22 1:4/22
 1:6/10 1:25/15 1:30/8
 1:32/22 1:37/23 1:43/12
 1:43/13 1:43/14
**knew [2]** 1:24/20 1:28/1
**Knight [2]** 1:14/1 1:14/2
**knock [1]** 1:44/18
**knocked [1]** 1:25/23
**know [66]**
**knowledge [2]** 1:15/25
 1:19/19
**knows [4]** 1:25/15
 1:25/15 1:36/17 1:38/5

## L

**large [1]** 1:16/3
**largely [2]** 1:20/1
 1:29/13
**last [11]** 1:13/1 1:13/24
 1:15/7 1:27/12 1:29/22
 1:32/23 1:33/18 1:33/20
 1:41/14 1:43/21 1:44/2
**late [1]** 1:23/19

**later [1]** 1:27/18
**law [10]** 1:4/2 1:4/2
 1:15/3 1:25/19 1:30/20
 1:34/14 1:36/10 1:36/15
 1:42/11 1:42/24
**lawyer [14]** 1:4/3 1:6/5
 1:9/3 1:9/9 1:10/3
 1:15/16 1:18/9 1:18/13
 1:19/14 1:20/24 1:34/20
 1:34/22 1:39/15 1:39/19
**lawyers [3]** 1:15/24
 1:33/15 1:44/10
**lead [1]** 1:45/8
**least [1]** 1:25/12
**left [4]** 1:14/14 1:35/5
 1:35/20 1:37/14
**let [7]** 1:5/14 1:5/14
 1:13/3 1:13/5 1:13/14
 1:22/24 1:36/9
**letting [2]** 1:28/16
 1:46/2
**level [1]** 1:41/7
**lightly [1]** 1:18/20
**like [29]** 1:3/13 1:4/16
 1:5/1 1:5/4 1:7/10
 1:10/12 1:12/11 1:16/10
 1:17/22 1:20/24 1:21/3
 1:21/21 1:22/12 1:22/18
 1:23/8 1:26/10 1:26/11
 1:27/17 1:27/19 1:29/1
 1:29/13 1:31/5 1:31/22
 1:37/7 1:38/21 1:39/3
 1:39/6 1:41/9 1:41/13
**liked [3]** 1:15/23 1:18/4
 1:23/8
**likely [1]** 1:28/3
**Lisette [2]** 1:1/4 1:3/6
**list [2]** 1:6/19 1:8/3
**literally [6]** 1:12/23
 1:33/18 1:33/20 1:36/8
 1:36/16 1:38/17
**litigating [2]** 1:21/1
 1:35/6
**litigation [1]** 1:16/4
**litigator [1]** 1:26/20
**little [2]** 1:35/3 1:35/7
**lives [1]** 1:19/10
 1:19/14
**LLC [1]** 1:1/8
**LLP [2]** 1:2/2 1:2/5
**local [33]** 1:8/11 1:13/8
 1:13/12 1:13/17 1:13/19
 1:13/24 1:13/24 1:13/25
 1:14/3 1:14/4 1:14/17
 1:14/20 1:14/20 1:14/25

 1:16/8 1:16/14 1:17/25
 1:18/3 1:33/3 1:33/5
 1:33/6 1:33/7 1:33/24
 1:40/3 1:40/13 1:41/4
 1:41/6 1:44/10 1:44/11
 1:44/25
**Loews [2]** 1:19/15
 1:19/22
**logical [1]** 1:6/8
**long [2]** 1:6/11 1:37/13
**longer [1]** 1:16/25
**look [8]** 1:20/24 1:26/10
 1:27/8 1:43/6 1:43/7
 1:45/6 1:45/16 1:46/5
**looked [2]** 1:8/1 1:18/3
**looking [2]** 1:21/22
 1:42/7
**looks [1]** 1:23/12
**lot [8]** 1:23/12 1:23/17
 1:33/11 1:40/10 1:40/11
 1:41/9 1:44/16 1:45/2
**Luxottica [1]** 1:40/4

## M

**ma'am [1]** 1:42/2
**made [7]** 1:10/6 1:10/22
 1:10/24 1:32/23 1:37/25
 1:40/19 1:43/25
**magistrate [15]** 1:1/4
 1:4/9 1:10/16 1:10/17
 1:10/20 1:11/8 1:11/14
 1:11/15 1:35/11 1:35/16
 1:37/5 1:40/19 1:42/11
 1:43/16 1:45/23
**magistrate's [1]** 1:36/11
**MAILMAN [1]** 1:1/17
**main [2]** 1:16/7 1:21/12
**majority [1]** 1:20/2
**make [7]** 1:24/17 1:27/3
 1:31/24 1:33/7 1:33/10
 1:37/12 1:41/14
**makes [2]** 1:14/25 1:15/1
**making [1]** 1:28/4
**management [1]** 1:40/7
**managing [1]** 1:10/18
**mandamus [2]** 1:8/14
 1:8/25
**mandatorily [1]** 1:9/10
**mandatory [3]** 1:6/9
 1:6/24 1:10/9
**manipulation [4]** 1:23/15
 1:26/9 1:30/4 1:31/5
**manufacture [1]** 1:28/1
**many [1]** 1:22/6

**M**

**MARCO [2]** 1:1/21 1:3/17
**Market [1]** 1:1/17
**matter [4]** 1:6/11
1:40/17 1:43/21 1:47/9
**matters [1]** 1:32/9
**may [7]** 1:22/14 1:22/16
1:31/6 1:39/4 1:39/20
1:40/1 1:40/9
**maybe [5]** 1:17/18
1:26/25 1:27/1 1:38/20
1:41/10
**me [25]** 1:4/2 1:4/11
1:4/14 1:5/14 1:5/14
1:5/23 1:7/22 1:12/15
1:13/3 1:13/5 1:13/14
1:22/24 1:27/3 1:30/5
1:31/8 1:32/24 1:39/8
1:39/17 1:40/24 1:42/20
1:43/8 1:43/17 1:45/10
1:45/24 1:47/6
**mean [12]** 1:7/21 1:9/17
1:13/20 1:13/23 1:16/7
1:16/23 1:17/6 1:17/21
1:17/23 1:30/22 1:36/18
1:43/2
**means [2]** 1:10/3 1:34/22
**meet [4]** 1:8/16 1:34/16
1:36/16 1:39/14
**meet-and-confer [1]**
1:39/14
**member [2]** 1:32/6 1:32/8
**mentioned [2]** 1:18/2
1:39/9
**merits [1]** 1:20/20
**met [4]** 1:19/13 1:19/13
1:38/24 1:39/14
**Miami [3]** 1:1/11 1:2/6
1:19/15
**mic [1]** 1:39/3
**MICHAEL [1]** 1:1/5
**Middle [1]** 1:18/19
**might [5]** 1:6/12 1:8/6
1:25/25 1:28/2 1:41/8
**million [1]** 1:26/13
**mind [1]** 1:30/5
**ministerial [1]** 1:36/20
**minute [2]** 1:8/4 1:13/3
**minutes [1]** 1:1/14
**moment [3]** 1:33/11
1:39/4 1:39/8
**Monroe [1]** 1:1/20
**months [7]** 1:25/18
1:25/18 1:25/20 1:26/5
1:26/6 1:37/7 1:44/16

**more [6]** 1:15/24 1:33/1
1:26/19 1:35/3 1:35/7
1:43/24
**morning [4]** 1:3/16
1:3/17 1:3/20 1:46/7
**mortgage [1]** 1:43/8
**most [8]** 1:7/12 1:7/12
1:14/24 1:18/4 1:23/13
1:28/3 1:28/18 1:28/19
**motion [46]** 1:9/25
1:10/20 1:10/25 1:11/9
1:11/17 1:11/19 1:11/21
1:11/24 1:12/3 1:12/14
1:12/22 1:13/8 1:13/9
1:13/11 1:14/14 1:15/19
1:16/19 1:17/14 1:17/16
1:17/20 1:18/1 1:19/5
1:20/3 1:20/20 1:21/7
1:21/9 1:24/13 1:24/14
1:24/22 1:24/25 1:25/4
1:25/18 1:26/12 1:28/17
1:31/2 1:31/22 1:31/24
1:35/5 1:35/20 1:36/14
1:37/14 1:37/15 1:38/10
1:38/13 1:39/2 1:43/20
**motions [5]** 1:7/5
1:14/15 1:17/11 1:24/13
1:29/13
**motivated [1]** 1:7/23
**movant's [1]** 1:18/17
**move [3]** 1:15/13 1:33/25
1:41/4
**moved [2]** 1:28/22 1:34/1
**moving [2]** 1:6/10 1:9/23
**Mr. [57]**
**Mr. Francis [1]** 1:39/13
**Mr. Terepka [1]** 1:15/5
**Mr. Valori [33]** 1:4/12
1:4/17 1:4/20 1:10/22
1:10/24 1:12/12 1:12/14
1:13/5 1:15/22 1:16/25
1:17/22 1:18/4 1:21/19
1:23/5 1:25/1 1:25/16
1:26/20 1:27/21 1:28/2
1:29/20 1:31/13 1:31/25
1:32/5 1:32/15 1:32/23
1:33/10 1:37/25 1:39/4
1:39/10 1:39/11 1:42/1
1:43/25 1:44/6
**Mr. Valori's [9]** 1:6/7
1:10/21 1:11/6 1:12/1
1:20/21 1:24/2 1:27/7
1:35/23 1:45/14
**Mr. Watstein [12]** 1:23/1
1:23/6 1:23/17 1:26/19

1:32/1 1:43/25 1:44/1
1:45/2 1:45/5
**Mr. Watstein's [1]**
1:44/21
**much [6]** 1:17/19 1:19/7
1:22/1 1:30/21 1:41/19
1:43/24
**multi [1]** 1:22/2
**multi-factored [1]**
1:22/2
**multifactorial [2]**
1:5/21 1:6/17
**multiple [1]** 1:14/7
**must [2]** 1:6/3 1:10/3
**my [19]** 1:5/11 1:12/15
1:15/4 1:15/15 1:22/19
1:22/19 1:26/13 1:27/9
1:31/6 1:31/8 1:39/3
1:39/9 1:39/18 1:40/9
1:40/14 1:41/16 1:43/7
1:43/8 1:47/5
**myriad [1]** 1:41/18

**N**

**name [3]** 1:27/6 1:27/6
1:27/13
**named [1]** 1:20/9
**narrative [1]** 1:18/8
**necessarily [3]** 1:8/21
1:16/11 1:41/8
**need [23]** 1:4/3 1:4/11
1:4/12 1:4/23 1:9/17
1:21/17 1:21/19 1:22/1
1:22/2 1:23/4 1:23/7
1:23/8 1:23/10 1:23/23
1:24/24 1:24/25 1:25/1
1:25/3 1:25/13 1:26/16
1:29/4 1:29/19 1:32/18
**needed [7]** 1:4/21 1:9/16
1:13/17 1:14/19 1:16/10
1:25/7 1:29/11
**needs [2]** 1:24/16 1:26/1
**negate [1]** 1:23/19
**neither [3]** 1:36/18
1:42/23 1:47/10
**nephew [1]** 1:6/23
**neutral [2]** 1:12/8
1:18/23
**never [16]** 1:12/14
1:13/7 1:23/6 1:24/25
1:25/2 1:25/3 1:25/4
1:26/17 1:26/18 1:27/3
1:31/22 1:31/22 1:32/6
1:32/25 1:33/2 1:37/22

**N**

**new [4]**   1:4/3 1:4/7
1:19/9 1:19/14
**nice [1]**   1:39/7
**no [28]**   1:1/7 1:1/25
1:6/9 1:12/20 1:12/21
1:12/23 1:14/10 1:15/18
1:16/25 1:21/1 1:21/3
1:21/4 1:24/18 1:24/18
1:24/23 1:26/16 1:28/5
1:34/4 1:35/25 1:36/3
1:36/3 1:40/18 1:40/24
1:42/15 1:43/11 1:44/23
1:45/11 1:47/21
**non [1]**   1:37/24
**none [5]**   1:14/7 1:14/21
1:18/21 1:18/22 1:23/18
**nonexclusive [1]**   1:6/19
**nonexhaustive [1]**   1:19/1
**Northern [3]**   1:6/12
1:7/3 1:7/16
**Northwest [1]**   1:2/3
**not [87]**
**note [2]**   1:9/1 1:31/9
**noted [1]**   1:20/14
**notes [1]**   1:31/6
**nothing [6]**   1:25/10
1:29/21 1:41/3 1:43/14
1:44/5 1:45/9
**notice [2]**   1:17/19
1:38/7
**noticed [1]**   1:29/15
**Notwithstanding [1]**
1:9/6
**novo [3]**   1:35/22 1:36/4
1:37/6
**now [10]**   1:3/6 1:13/5
1:14/9 1:16/11 1:29/5
1:31/21 1:32/25 1:33/16
1:43/2 1:46/3
**nuance [1]**   1:35/3
**nuanced [1]**   1:22/1
**nuances [1]**   1:45/7
**number [5]**   1:4/5 1:13/18
1:14/14 1:35/10 1:41/18
**Number 1 [2]**   1:13/18
1:35/10
**numerous [1]**   1:6/15

**O**

**object [4]**   1:28/15
1:36/9 1:36/10 1:36/12
**objected [2]**   1:28/12
1:36/5
**objections [1]**   1:29/1

**objective [1]**   1:18/6
**observed [1]**   1:39/23
**obtain [1]**   1:29/19
**obvious [5]**   1:7/21
1:7/22 1:9/3 1:27/6
1:41/6
**obviously [5]**   1:6/6
1:7/11 1:26/12 1:41/11
1:45/21
**occasions [2]**   1:15/2
1:28/11
**occur [1]**   1:11/3
**occurred [1]**   1:10/25
**off [3]**   1:20/20 1:25/23
1:44/18
**offered [1]**   1:37/25
**officers [1]**   1:15/16
**official [3]**   1:1/12
1:1/25 1:47/6
**Oh [2]**   1:18/8 1:27/14
**okay [15]**   1:3/25 1:5/4
1:5/8 1:6/6 1:11/21
1:19/9 1:21/25 1:22/10
1:26/22 1:27/10 1:27/14
1:31/3 1:32/19 1:43/5
1:45/11
**one [45]**   1:7/15 1:7/25
1:8/9 1:9/25 1:10/19
1:10/25 1:11/16 1:11/24
1:12/4 1:13/1 1:14/14
1:16/7 1:18/8 1:18/24
1:18/24 1:18/24 1:20/5
1:20/15 1:21/3 1:24/5
1:24/16 1:28/12 1:28/15
1:28/18 1:29/22 1:31/10
1:33/2 1:33/13 1:34/16
1:34/19 1:35/5 1:35/14
1:35/15 1:35/20 1:37/14
1:37/16 1:39/9 1:39/21
1:39/22 1:39/25 1:40/2
1:40/5 1:40/6 1:40/14
1:41/21
**one-factor [1]**   1:18/8
**only [20]**   1:5/25 1:7/18
1:10/19 1:11/24 1:12/21
1:14/14 1:17/18 1:20/4
1:20/5 1:24/19 1:34/24
1:35/12 1:36/19 1:39/19
1:39/21 1:39/22 1:39/25
1:40/2 1:40/6 1:42/16
**opens [1]**   1:30/12
**operating [1]**   1:8/15
**opinion [2]**   1:6/10
1:9/20
**opposing [3]**   1:18/17

**opposite [3]**   1:18/12
1:30/9 1:30/24
**opposition [1]**   1:24/24
**optics [1]**   1:25/22
**order [14]**   1:6/8 1:7/3
1:7/8 1:19/23 1:20/7
1:20/8 1:20/10 1:32/22
1:36/7 1:36/16 1:36/17
1:36/22 1:36/22 1:36/23
**ordered [1]**   1:12/5
**orders [10]**   1:14/7
1:14/13 1:25/7 1:26/22
1:29/13 1:29/15 1:36/9
1:36/15 1:36/20 1:37/4
**originally [1]**   1:14/1
**other [26]**   1:6/20
1:12/24 1:15/24 1:18/14
1:18/24 1:18/24 1:19/2
1:23/9 1:24/12 1:30/13
1:30/23 1:31/10 1:33/8
1:33/21 1:33/22 1:34/10
1:40/1 1:40/19 1:41/20
1:42/16 1:44/9 1:44/10
1:44/20 1:44/22 1:44/23
1:44/24
**otherwise [3]**   1:11/18
1:30/15 1:47/13
**ought [1]**   1:38/14
**our [36]**   1:12/9 1:13/8
1:14/13 1:14/16 1:14/21
1:14/23 1:14/23 1:15/11
1:16/18 1:18/23 1:18/23
1:20/10 1:20/11 1:20/14
1:20/14 1:21/17 1:22/19
1:22/19 1:23/18 1:24/17
1:26/12 1:28/10 1:33/9
1:34/2 1:36/13 1:36/24
1:37/9 1:37/17 1:37/17
1:37/19 1:38/10 1:38/23
1:40/13 1:42/22 1:43/4
1:44/21
**ours [1]**   1:37/16
**ourselves [1]**   1:26/13
**out [22]**   1:5/12 1:5/24
1:10/12 1:15/17 1:18/25
1:19/18 1:19/21 1:20/3
1:21/8 1:23/17 1:24/10
1:26/11 1:33/11 1:33/13
1:36/5 1:36/19 1:38/11
1:38/15 1:38/17 1:44/21
1:45/20 1:45/21
**outcome [1]**   1:47/13
**outlined [1]**   1:23/14
**over [8]**   1:14/2 1:21/21

**over...** [6]  1:22/6
 1:32/14 1:35/17 1:37/13
 1:39/21 1:41/22
**overcome** [1]  1:8/17
**overriding** [12]  1:4/3
 1:4/12 1:9/17 1:21/17
 1:22/1 1:23/4 1:23/7
 1:23/10 1:23/23 1:25/1
 1:29/19 1:41/15
**overruled** [1]  1:28/25
**overturn** [1]  1:36/17
**own** [1]  1:12/3
**OZMER** [1]  1:2/2

**P**

**P.C** [1]  1:1/17
**PAGE** [1]  1:1/23
**pages** [3]  1:1/1 1:37/6
 1:47/5
**paid** [1]  1:20/1
**pandemic** [1]  1:20/1
**papers** [4]  1:5/12 1:18/2
 1:20/11 1:39/11
**parsing** [1]  1:23/17
**part** [2]  1:35/19 1:42/19
**particular** [7]  1:6/22
 1:7/7 1:9/2 1:9/17
 1:15/17 1:18/5 1:41/24
**particularly** [1]  1:12/3
**parties** [5]  1:6/11
 1:10/16 1:11/7 1:11/15
 1:47/11
**partner** [6]  1:25/17
 1:26/4 1:26/5 1:27/7
 1:42/11 1:42/24
**partners** [1]  1:30/14
**party** [4]  1:9/23 1:21/11
 1:42/21 1:42/21
**pass** [1]  1:39/3
**passing** [3]  1:4/7
 1:14/10 1:22/20
**pattern** [3]  1:7/23
 1:8/10 1:12/11
**pay** [1]  1:43/8
**pays** [1]  1:19/19
**PC** [1]  1:1/19
**peace** [1]  1:39/20
**Pence** [3]  1:1/25 1:47/20
 1:47/21
**Pence-Aviles** [3]  1:1/25
 1:47/20 1:47/21
**Pennsylvania** [7]  1:1/18
 1:13/24 1:15/6 1:15/10
 1:33/20 1:38/19 1:44/2

**people** [3]  1:23/9
 1:26/11 1:44/21
**percent** [1]  1:29/3
**perhaps** [1]  1:7/12
**period** [2]  1:19/25
 1:42/17
**permit** [1]  1:35/17
**permitted** [1]  1:20/5
**person** [1]  1:6/4
**personal** [1]  1:41/17
**personally** [1]  1:8/22
**persuasive** [1]  1:8/23
**pertinent** [1]  1:6/21
**PETER** [2]  1:2/7 1:3/23
**petitioners** [1]  1:8/24
**Philadelphia** [1]  1:1/18
**phrasing** [1]  1:36/13
**picked** [1]  1:21/21
**place** [1]  1:37/8
**plaintiff** [16]  1:1/6
 1:1/16 1:3/14 1:3/18
 1:4/24 1:10/13 1:12/23
 1:13/1 1:18/7 1:19/9
 1:20/16 1:22/17 1:28/22
 1:29/24 1:42/21 1:43/20
**plaintiff's** [6]  1:9/25
 1:15/8 1:16/1 1:20/3
 1:20/3 1:20/9
**plaintiffs** [2]  1:22/12
 1:33/13
**plausible** [1]  1:34/12
**pleadings** [1]  1:4/1
**please** [2]  1:3/8 1:22/16
**plus** [1]  1:8/10
**podium** [2]  1:5/5 1:5/10
**point** [21]  1:5/24
 1:10/1 1:14/4 1:15/15
 1:16/20 1:21/8 1:21/18
 1:25/13 1:28/2 1:29/21
 1:31/24 1:32/23 1:33/11
 1:34/18 1:37/12 1:37/25
 1:41/11 1:41/14 1:44/20
 1:45/21 1:46/2
**pointed** [8]  1:18/25
 1:24/10 1:33/13 1:36/5
 1:36/19 1:38/10 1:38/17
 1:44/21
**points** [4]  1:13/6
 1:21/23 1:36/13 1:43/24
**pool** [1]  1:39/21
**position** [5]  1:10/1
 1:22/11 1:37/17 1:37/18
 1:38/23
**possible** [2]  1:23/15
 1:46/5

**possibly** [3]  1:8/21
 1:11/4 1:35/25
**poster** [2]  1:19/4 1:21/6
**potential** [7]  1:10/20
 1:14/15 1:16/6 1:17/11
 1:21/10 1:39/1 1:39/1
**potentially** [4]  1:8/17
 1:11/12 1:18/14 1:24/8
**practice** [7]  1:9/4
 1:10/8 1:14/23 1:15/4
 1:24/13 1:43/5 1:44/25
**practices** [4]  1:14/20
 1:15/25 1:26/25 1:44/12
**practicing** [1]  1:31/21
**praiseworthy** [1]  1:28/18
**precedent** [3]  1:5/18
 1:26/7 1:26/7
**preceding** [1]  1:6/25
**preference** [2]  1:16/3
 1:16/5
**prejudice** [1]  1:4/16
**preparation** [1]  1:5/17
**presented** [1]  1:45/7
**presently** [1]  1:4/8
**preserve** [1]  1:36/7
**presiding** [1]  1:3/7
**presumably** [2]  1:6/6
 1:18/9
**presumption** [1]  1:7/9
**pretrial** [1]  1:11/10
**pretty** [3]  1:7/21 1:15/3
 1:27/6
**previously** [3]  1:13/9
 1:27/19 1:47/8
**primarily** [1]  1:39/15
**principle** [1]  1:41/16
**prior** [4]  1:6/16 1:9/7
 1:14/22 1:44/22
**private** [1]  1:43/5
**privileged** [1]  1:17/9
**probably** [2]  1:5/20
 1:25/2
**problem** [6]  1:4/1 1:21/1
 1:25/22 1:25/22 1:28/5
 1:45/22
**procedural** [1]  1:12/3
**proceed** [1]  1:4/25
**proceeding** [2]  1:6/5
 1:28/7
**proceedings** [4]  1:1/13
 1:30/4 1:46/14 1:47/8
**process** [2]  1:38/7
 1:43/15
**product** [1]  1:17/10
**profile** [1]  1:39/17

**progeny [1]** 1:23/12
**prompt [1]** 1:45/19
**proper [3]** 1:30/25
1:34/9 1:38/25
**proposed [1]** 1:7/9
**prospective [1]** 1:9/3
**proven [1]** 1:16/13
**provide [1]** 1:44/10
**provided [3]** 1:16/15
1:17/1 1:47/6
**provides [1]** 1:29/19
**providing [1]** 1:17/23
**proximity [1]** 1:27/15
**public [1]** 1:14/11
**published [1]** 1:5/18
**purpose [1]** 1:43/12
**purposes [2]** 1:11/16
1:30/21
**pushed [1]** 1:38/13

**Q**

**qualified [4]** 1:15/23
1:32/1 1:43/6 1:43/10
**question [10]** 1:18/5
1:20/7 1:20/12 1:24/23
1:26/23 1:33/14 1:42/4
1:44/8 1:44/14 1:44/20
**questions [5]** 1:13/4
1:21/12 1:22/6 1:41/5
1:45/10
**quickly [1]** 1:46/5
**quite [1]** 1:30/23
**quote [3]** 1:6/14 1:18/16
1:18/18
**quoting [1]** 1:6/2

**R**

**race [1]** 1:7/24
**racial [1]** 1:7/14
**racially [1]** 1:7/23
**random [1]** 1:23/15
**rare [3]** 1:5/17 1:9/12
1:37/23
**rather [1]** 1:5/10
**Re [2]** 1:5/19 1:5/24
**reach [1]** 1:36/2
**read [1]** 1:22/22
**reading [1]** 1:7/22
**real [3]** 1:25/22 1:27/7
1:30/1
**reality [2]** 1:28/16
1:29/21
**realized [1]** 1:42/10
**really [13]** 1:8/1 1:8/1

1:8/17 1:8/1 1:16/10
1:16/21 1:18/8 1:24/15
1:27/8 1:30/9 1:30/12
1:40/17 1:41/19
**reason [9]** 1:7/9 1:7/22
1:9/9 1:13/17 1:14/9
1:19/5 1:20/10 1:35/19
1:38/4
**reasoned [1]** 1:44/17
**reasoning [5]** 1:28/11
1:28/15 1:29/2 1:45/13
1:45/14
**reasons [6]** 1:15/22
1:16/7 1:18/2 1:23/8
1:30/16 1:30/23
**reassignment [1]** 1:16/22
**rebrief [4]** 1:12/5
1:15/20 1:36/23 1:37/2
**rebuttable [1]** 1:7/9
**rebuttal [1]** 1:32/20
**recent [1]** 1:4/6
**recently [1]** 1:33/23
**recess [1]** 1:46/13
**reckless [1]** 1:28/1
**recommendation [4]**
1:11/1 1:35/21 1:36/11
1:37/5
**record [2]** 1:19/13
1:45/15
**recording [3]** 1:1/12
1:1/14 1:47/6
**recusal [31]** 1:6/6 1:6/9
1:6/13 1:6/24 1:7/6
1:7/10 1:7/13 1:7/18
1:8/17 1:9/8 1:9/11
1:10/9 1:10/13 1:10/24
1:15/12 1:18/10 1:18/15
1:20/24 1:23/21 1:23/22
1:24/8 1:28/1 1:28/2
1:30/4 1:34/21 1:35/16
1:38/17 1:38/20 1:38/21
1:43/16 1:44/13
**recusals [5]** 1:7/23
1:8/7 1:9/7 1:10/9
1:12/12
**recuse [9]** 1:6/4 1:6/25
1:8/10 1:21/2 1:21/5
1:21/5 1:27/24 1:34/3
1:42/14
**recused [4]** 1:7/15
1:34/2 1:35/12 1:43/3
**recuses [1]** 1:27/23
**referred [1]** 1:15/23
**referring [1]** 1:44/1
**refund [1]** 1:19/23

**regarding [1]** 1:21/3
**regardless [2]** 1:13/20
1:27/15
**Rehabilitation [1]**
1:33/19
**Reid [3]** 1:1/4 1:3/6
1:39/7
**rejected [1]** 1:28/25
**related [3]** 1:8/12
1:27/9 1:47/11
**relatedly [1]** 1:37/12
**relationship [3]** 1:6/4
1:27/20 1:27/21
**relief [1]** 1:16/21
**relinquish [1]** 1:6/15
**remained [1]** 1:11/24
**remaining [2]** 1:10/25
1:11/17
**remedy [2]** 1:8/18
1:18/20
**removal [1]** 1:18/17
**removed [4]** 1:16/20
1:19/20 1:30/2 1:38/11
**repeated [1]** 1:12/11
**repeatedly [1]** 1:8/9
**reply [4]** 1:24/17
1:28/10 1:34/5 1:44/21
**report [4]** 1:11/1
1:35/21 1:36/11 1:37/5
**Reporter [2]** 1:1/25
1:47/21
**represent [2]** 1:42/20
1:42/21
**representation [1]**
1:4/18
**reputation [2]** 1:16/9
1:20/22
**requesting [1]** 1:16/22
**require [1]** 1:27/1
**required [8]** 1:6/24
1:8/17 1:8/24 1:18/15
1:21/2 1:34/21 1:36/7
1:38/21
**requirement [1]** 1:34/4
**requires [1]** 1:4/2
**requiring [3]** 1:8/18
1:21/4 1:36/23
**rereading [1]** 1:5/16
**researched [1]** 1:36/8
**resolved [1]** 1:45/18
**respect [1]** 1:4/15
**respected [2]** 1:28/20
1:41/19
**respond [2]** 1:22/18
1:43/24

**response [2]** 1:28/10 1:33/14
**rest [1]** 1:39/20
**restaurant [1]** 1:39/21
**restaurants [1]** 1:19/10
**result [6]** 1:9/10 1:11/5 1:35/23 1:35/25 1:42/12 1:46/4
**resulted [3]** 1:7/13 1:12/22 1:18/9
**results [3]** 1:10/8 1:23/15 1:34/20
**retain [2]** 1:25/9 1:44/20
**retained [3]** 1:7/18 1:17/22 1:18/6
**retention [2]** 1:7/23 1:23/4
**retired [1]** 1:33/24
**reverse [3]** 1:30/5 1:30/10 1:32/22
**review [4]** 1:4/14 1:35/22 1:36/4 1:37/6
**reviewing [1]** 1:4/1
**rid [1]** 1:20/9
**right [15]** 1:3/11 1:8/14 1:9/24 1:11/20 1:11/22 1:12/25 1:13/2 1:17/17 1:17/23 1:22/4 1:22/8 1:22/10 1:30/20 1:41/16 1:43/18
**rise [2]** 1:3/4 1:46/12
**RITZ [8]** 1:1/8 1:3/12 1:3/24 1:19/9 1:19/11 1:19/19 1:19/21 1:19/23
**Ritz's [2]** 1:24/24 1:39/12
**RITZ-CARLTON [8]** 1:1/8 1:3/12 1:3/24 1:19/9 1:19/11 1:19/19 1:19/21 1:19/23
**RMR [2]** 1:1/25 1:47/21
**Robinson [4]** 1:6/16 1:23/11 1:24/4 1:26/8
**role [2]** 1:27/17 1:33/4
**room [3]** 1:25/16 1:39/19 1:42/3
**rule [3]** 1:34/18 1:34/20 1:46/5
**ruled [3]** 1:28/19 1:29/22 1:29/23
**ruling [3]** 1:29/1 1:29/6 1:37/8
**rulings [8]** 1:28/5

1:28/14 1:28/14 1:29/22 1:30/13 1:31/9 1:31/11 1:36/6
**RYAN [2]** 1:2/4 1:3/21

**S**

**said [23]** 1:7/10 1:8/5 1:8/20 1:8/22 1:8/23 1:9/3 1:9/6 1:9/20 1:10/5 1:10/7 1:11/4 1:18/13 1:18/16 1:23/7 1:26/14 1:26/15 1:27/17 1:27/22 1:32/7 1:32/7 1:34/2 1:38/13 1:39/3
**salient [2]** 1:7/12 1:7/17
**same [9]** 1:6/17 1:19/15 1:27/12 1:34/18 1:35/20 1:35/22 1:36/4 1:38/18 1:41/23
**sanctions [5]** 1:24/14 1:24/15 1:28/22 1:37/21 1:37/22
**sat [1]** 1:15/11
**satisfied [1]** 1:8/24
**saw [5]** 1:27/21 1:27/22 1:28/8 1:28/9 1:39/23
**say [9]** 1:6/8 1:18/13 1:21/18 1:30/25 1:35/9 1:36/14 1:37/21 1:39/10 1:39/11
**saying [8]** 1:9/9 1:21/25 1:31/25 1:34/11 1:34/12 1:34/12 1:35/3 1:42/23
**says [6]** 1:6/11 1:7/8 1:32/13 1:34/20 1:38/13 1:38/24
**scary [1]** 1:31/21
**scheduling [2]** 1:29/13 1:29/14
**seated [1]** 1:3/8
**second [1]** 1:12/7
**see [5]** 1:22/22 1:32/5 1:32/12 1:38/15 1:39/7
**seeking [1]** 1:18/17
**seems [3]** 1:4/2 1:4/11 1:31/5
**seen [2]** 1:31/22 1:32/15
**selected [1]** 1:43/11
**sense [4]** 1:14/25 1:15/1 1:17/4 1:43/11
**sequitur [1]** 1:37/24
**servers [1]** 1:20/1
**service [1]** 1:22/21
**session [1]** 1:3/6

**set [6]** 1:5/10 1:11/2 1:11/2 1:11/17 1:26/6 1:38/14
**settled [1]** 1:40/5
**seven [3]** 1:9/21 1:18/7 1:34/19
**several [7]** 1:15/22 1:17/11 1:18/4 1:28/11 1:28/20 1:35/9 1:43/24
**shares [1]** 1:27/6
**she [24]** 1:20/12 1:20/14 1:21/5 1:26/5 1:27/16 1:27/20 1:27/23 1:27/23 1:27/24 1:28/12 1:28/17 1:28/19 1:28/21 1:28/22 1:28/25 1:29/1 1:29/6 1:31/14 1:36/24 1:39/20 1:39/23 1:42/17 1:43/3 1:43/3
**She's [1]** 1:42/16
**shift [1]** 1:18/7
**shifting [1]** 1:21/14
**shifts [1]** 1:23/22
**shop [1]** 1:6/13
**shopping [3]** 1:30/6 1:30/7 1:30/10
**short [1]** 1:42/17
**should [5]** 1:4/14 1:9/3 1:9/20 1:40/22 1:41/19
**show [7]** 1:4/3 1:4/11 1:9/16 1:21/15 1:21/17 1:23/4 1:38/25
**showing [1]** 1:8/17
**sic [2]** 1:10/7 1:40/4
**side [3]** 1:11/13 1:31/10 1:33/21
**sides [1]** 1:45/12
**signed [4]** 1:17/16 1:36/21 1:36/23 1:37/4
**significant [10]** 1:12/16 1:22/5 1:23/13 1:24/1 1:24/5 1:27/17 1:27/20 1:40/12 1:41/5 1:41/12
**signing [5]** 1:14/7 1:14/12 1:25/7 1:29/12 1:36/19
**simply [1]** 1:30/13
**since [1]** 1:39/16
**single [8]** 1:19/25 1:21/3 1:28/12 1:32/25 1:33/2 1:35/14 1:35/15 1:41/10
**sinister [1]** 1:41/3
**sit [1]** 1:41/14
**situation [12]** 1:6/3

situation... [11]
  1:12/16 1:14/6 1:14/11
  1:14/18 1:14/18 1:15/17
  1:15/21 1:17/12 1:24/8
  1:25/19 1:44/14
six [1]   1:25/20
skilled [1]   1:41/11
slate [1]   1:12/5
SMITHMARCO [1]   1:1/19
so [102]
some [5]   1:14/4 1:22/5
  1:32/20 1:43/12 1:45/24
somebody [5]   1:23/20
  1:25/9 1:33/9 1:34/13
  1:44/14
somehow [1]   1:40/15
someone [1]   1:14/19
something [6]   1:21/8
  1:26/1 1:29/11 1:30/2
  1:30/22 1:31/22
sometimes [1]   1:33/15
soon [1]   1:27/23
sooner [1]   1:11/2
sorry [1]   1:22/22
sort [4]   1:16/18 1:30/19
  1:33/17 1:34/19
sought [1]   1:28/23
SOUMILAS [1]   1:1/17
sound [2]   1:1/12 1:47/6
sounds [2]   1:26/15
  1:26/15
source [1]   1:15/23
SOUTHERN [5]   1:1/3 1:3/5
  1:13/21 1:26/25 1:47/7
specific [9]   1:5/25
  1:7/2 1:7/2 1:9/8 1:9/9
  1:16/11 1:23/17 1:34/14
  1:40/9
specifically [3]   1:4/21
  1:9/15 1:43/7
speculation [1]   1:16/1
speed [1]   1:45/24
spending [1]   1:44/16
spent [3]   1:23/17
  1:39/22 1:45/2
sponte [2]   1:36/22
  1:36/23
spread [1]   1:5/12
squarely [1]   1:43/10
stage [1]   1:4/4
stake [1]   1:34/16
stand [1]   1:4/25
standard [16]   1:4/13
  1:4/13 1:5/15 1:5/21

1:8/15 1:8/24 1:9/13
1:9/18 1:22/24 1:23/3
1:23/10 1:23/25 1:31/17
1:36/16 1:44/8 1:45/1
standing [1]   1:7/3
start [3]   1:3/13 1:5/14
  1:5/15
started [1]   1:19/8
state [1]   1:29/10
stated [2]   1:44/6 1:47/8
statement [1]   1:27/4
STATES [2]   1:1/2 1:3/5
statute [5]   1:6/13
  1:21/3 1:21/4 1:34/23
  1:34/25
stay [1]   1:5/11
stayed [1]   1:35/20
still [4]   1:9/9 1:10/7
  1:25/12 1:43/2
stipulation [1]   1:38/10
stood [1]   1:12/3
strategic [6]   1:6/12
  1:14/15 1:16/16 1:19/5
  1:20/23 1:39/1
Street [3]   1:1/17 1:1/20
  1:2/3
strike [1]   1:28/24
strikes [2]   1:30/3
  1:31/5
strong [1]   1:7/8
strongly [2]   1:12/9
  1:31/18
stuff [1]   1:37/9
sua [2]   1:36/22 1:36/23
subject [2]   1:35/22
  1:36/4
submission [1]   1:10/22
submitted [1]   1:32/15
substantial [6]   1:16/15
  1:21/10 1:21/19 1:21/20
  1:23/7 1:32/24
substantive [6]   1:16/15
  1:17/1 1:17/3 1:17/7
  1:17/13 1:33/4
substitute [1]   1:7/6
successfully [1]   1:32/14
such [2]   1:6/15 1:34/14
sued [1]   1:7/19
sufficient [1]   1:18/10
suggestion [1]   1:36/1
Suite [4]   1:1/17 1:1/20
  1:2/3 1:2/6
summary [6]   1:20/2
  1:20/4 1:20/15 1:24/13
  1:29/6 1:37/15

support [1]   1:20/5
supposedly [1]   1:19/16
sure [7]   1:17/5 1:24/17
  1:26/2 1:32/20 1:33/7
  1:42/6 1:42/13
survive [1]   1:20/6
system [3]   1:23/16
  1:26/9 1:31/5

T

taint [1]   1:30/3
take [5]   1:20/20 1:36/13
  1:37/18 1:41/22 1:43/21
taken [2]   1:47/8 1:47/12
taking [5]   1:6/12
  1:28/17 1:35/12 1:45/5
  1:45/24
talk [2]   1:8/4 1:13/1
talked [2]   1:26/12
  1:26/13
talking [1]   1:45/2
targeted [1]   1:9/8
task [1]   1:18/17
team [3]   1:39/12 1:41/9
  1:41/13
technical [1]   1:41/10
telegraphs [1]   1:29/6
tell [3]   1:4/14 1:17/10
  1:31/20
telling [1]   1:7/12
ten [5]   1:26/11 1:26/11
  1:37/7 1:37/7 1:44/16
TEREPKA [3]   1:2/4 1:3/22
  1:15/5
terms [8]   1:8/5 1:11/23
  1:12/10 1:12/19 1:13/7
  1:23/24 1:40/21 1:42/19
test [5]   1:5/21 1:6/17
  1:18/6 1:18/8 1:22/1
testimony [1]   1:20/17
than [10]   1:11/2 1:11/18
  1:12/24 1:15/24 1:20/8
  1:23/9 1:26/20 1:35/7
  1:36/2 1:40/16
Thank [15]   1:3/9 1:3/10
  1:22/13 1:22/16 1:30/17
  1:32/21 1:39/7 1:41/25
  1:43/18 1:43/19 1:43/23
  1:46/8 1:46/9 1:46/10
  1:46/11
thankfully [1]   1:40/5
Thanks [1]   1:32/19
that [308]
that's [61]
their [21]   1:10/1 1:10/1

**their... [19]** 1:10/2
1:15/16 1:20/4 1:21/15
1:24/13 1:29/1 1:29/9
1:30/20 1:30/20 1:33/23
1:34/5 1:34/11 1:34/16
1:34/16 1:35/2 1:35/2
1:36/1 1:37/15 1:39/10
**them [8]** 1:8/4 1:18/22
1:19/20 1:28/13 1:28/15
1:29/16 1:34/1 1:39/17
**then [12]** 1:4/23 1:8/3
1:12/25 1:18/18 1:19/13
1:19/13 1:20/22 1:23/22
1:24/7 1:24/12 1:31/13
1:37/4
**there [45]** 1:5/9 1:5/18
1:6/9 1:6/9 1:7/23
1:10/2 1:10/19 1:11/4
1:11/5 1:11/16 1:11/23
1:12/2 1:15/2 1:16/23
1:18/6 1:19/1 1:21/4
1:21/13 1:22/2 1:22/6
1:23/6 1:23/8 1:24/18
1:24/18 1:27/17 1:27/19
1:30/23 1:34/3 1:36/18
1:37/9 1:37/13 1:37/14
1:38/2 1:38/4 1:38/21
1:38/21 1:41/5 1:41/6
1:42/24 1:43/14 1:43/17
1:44/8 1:44/24 1:46/1
1:46/3
**there's [30]** 1:7/8 1:8/7
1:9/6 1:11/10 1:11/11
1:11/12 1:12/11 1:12/13
1:12/16 1:12/20 1:12/21
1:12/23 1:12/23 1:16/21
1:18/18 1:21/3 1:21/9
1:21/10 1:23/11 1:24/23
1:26/16 1:27/5 1:35/25
1:36/3 1:36/3 1:38/7
1:40/18 1:41/3 1:42/3
1:44/9
**these [13]** 1:8/7 1:8/20
1:8/23 1:10/9 1:14/17
1:18/25 1:29/13 1:29/14
1:30/16 1:31/18 1:31/23
1:31/23 1:35/3
**they [83]**
**they're [7]** 1:16/21
1:19/1 1:27/9 1:28/4
1:35/3 1:35/11 1:41/11
**They've [1]** 1:25/23
**thing [10]** 1:18/24
1:24/5 1:24/16 1:24/19

1:39/2 1:39/17 1:41/1
1:41/21 1:41/22 1:41/23
**things [8]** 1:16/16
1:18/25 1:35/9 1:37/10
1:39/9 1:39/24 1:41/20
1:45/8
**think [43]** 1:4/12 1:5/16
1:9/12 1:12/8 1:13/4
1:19/4 1:20/25 1:21/6
1:21/12 1:21/18 1:21/23
1:22/10 1:23/2 1:26/1
1:26/11 1:26/14 1:28/18
1:29/4 1:29/12 1:29/19
1:30/1 1:30/11 1:30/16
1:30/18 1:31/16 1:31/16
1:31/18 1:31/21 1:32/5
1:33/25 1:34/6 1:34/6
1:35/2 1:35/7 1:40/2
1:40/14 1:40/21 1:40/23
1:40/23 1:40/25 1:44/7
1:44/25 1:45/4
**thinks [1]** 1:30/7
**third [1]** 1:6/4
**this [123]**
**thorough [2]** 1:28/17
1:44/18
**those [7]** 1:11/16 1:13/6
1:33/2 1:39/24 1:44/17
1:45/3 1:45/8
**though [7]** 1:15/9
1:19/16 1:19/25 1:30/19
1:33/10 1:36/24 1:37/21
**thought [8]** 1:5/20
1:7/24 1:9/16 1:16/5
1:31/11 1:34/2 1:38/20
1:43/15
**three [4]** 1:7/20 1:19/10
1:20/3 1:35/11
**through [8]** 1:4/5 1:5/22
1:6/10 1:8/4 1:8/13
1:10/11 1:27/22 1:38/8
**throughout [1]** 1:20/11
**Thursday [1]** 1:47/16
**time [27]** 1:4/19 1:9/21
1:10/20 1:11/23 1:11/25
1:12/2 1:12/12 1:15/1
1:16/10 1:16/12 1:19/15
1:21/20 1:22/7 1:23/17
1:25/13 1:27/15 1:29/17
1:35/2 1:38/18 1:39/23
1:41/1 1:42/17 1:44/16
1:45/2 1:45/11 1:45/24
1:47/8
**timing [7]** 1:13/7
1:23/25 1:24/4 1:24/15

**tip [1]** 1:39/21
**Title [1]** 1:7/14
**Title 7 [1]** 1:7/14
**today [4]** 1:4/23 1:5/17
1:28/8 1:39/13
**together [1]** 1:19/16
**too [2]** 1:5/10 1:30/22
**took [3]** 1:14/2 1:37/7
1:37/7
**topic [1]** 1:22/25
**town [1]** 1:15/18
**tragic [1]** 1:14/10
**Transcribed [1]** 1:1/25
**TRANSCRIBER [1]** 1:47/3
**transcript [2]** 1:1/12
1:47/5
**traveling [1]** 1:19/16
**trial [31]** 1:11/10
1:11/12 1:13/19 1:13/23
1:14/5 1:14/12 1:15/7
1:15/18 1:20/16 1:22/3
1:24/18 1:24/18 1:24/19
1:24/24 1:25/1 1:25/20
1:37/13 1:37/15 1:37/19
1:38/2 1:38/2 1:38/4
1:38/11 1:38/12 1:38/14
1:39/19 1:39/20 1:40/12
1:40/12 1:44/11 1:44/25
**tried [3]** 1:15/5 1:24/16
1:33/20
**trigger [1]** 1:38/20
**triggered [2]** 1:6/7
1:15/12
**troublesome [1]** 1:30/1
**true [4]** 1:36/20 1:38/1
1:39/12 1:47/4
**trust [1]** 1:21/21
**trusted [1]** 1:15/23
**try [2]** 1:26/17 1:45/19
**trying [4]** 1:13/21
1:30/7 1:30/22 1:39/24
**turns [3]** 1:34/23
1:34/25 1:38/15
**two [3]** 1:6/25 1:12/7
1:20/3
**type [2]** 1:31/17 1:32/1

**U**

**U.S [2]** 1:47/7 1:47/17
**ultimate [1]** 1:35/19
**ultimately [2]** 1:6/19
1:16/22
**unclear [2]** 1:16/24
1:27/3

**U**

uncommon [1]   1:15/15
under [5]   1:7/14 1:8/15
  1:10/22 1:35/3 1:43/21
underlying [1]   1:19/8
underscores [1]   1:16/18
understand [7]   1:10/1
  1:16/12 1:17/8 1:21/25
  1:22/10 1:33/8 1:35/8
understandably [1]
  1:41/7
understanding [2]   1:27/9
  1:36/24
understood [2]   1:4/10
  1:28/20
unexplainable [1]
  1:37/10
Unfortunately [1]   1:4/6
uniform [1]   1:40/18
unique [7]   1:10/7 1:12/3
  1:14/6 1:14/17 1:14/18
  1:15/16 1:17/12
UNITED [2]   1:1/2 1:3/5
unless [2]   1:36/1 1:45/9
unlike [1]   1:35/14
unpleasant [1]   1:30/13
unquestionably [1]
  1:14/19
until [2]   1:31/12
  1:38/15
up [5]   1:14/16 1:15/19
  1:17/13 1:27/5 1:45/24
upon [2]   1:29/23 1:32/5
us [14]   1:5/2 1:5/4
  1:9/13 1:12/5 1:14/6
  1:16/24 1:20/8 1:20/21
  1:20/25 1:28/19 1:29/18
  1:33/5 1:36/23 1:37/2
use [2]   1:5/4 1:13/12
used [1]   1:23/6
using [1]   1:16/3

**V**

VALORI [36]   1:2/5 1:2/7
  1:3/23 1:4/12 1:4/17
  1:4/20 1:10/22 1:10/24
  1:12/12 1:12/14 1:13/5
  1:15/22 1:16/25 1:17/22
  1:18/4 1:21/19 1:23/5
  1:25/1 1:25/16 1:26/20
  1:27/21 1:28/2 1:29/20
  1:31/13 1:31/25 1:32/5
  1:32/15 1:32/23 1:33/10
  1:37/25 1:39/4 1:39/10
  1:39/11 1:42/1 1:43/25

Valori's [9]   1:6/7
  1:10/21 1:11/6 1:12/1
  1:20/21 1:24/2 1:27/7
  1:35/23 1:45/14
valuable [1]   1:41/12
value [6]   1:26/21
  1:26/21 1:44/7 1:44/7
  1:44/9 1:44/25
variety [1]   1:33/8
various [1]   1:45/2
versed [1]   1:45/23
versus [3]   1:3/11
  1:33/19 1:40/4
very [29]   1:3/19 1:4/9
  1:5/13 1:5/22 1:7/21
  1:8/16 1:9/1 1:14/6
  1:18/13 1:20/25 1:22/22
  1:22/22 1:24/1 1:24/1
  1:26/6 1:26/6 1:26/7
  1:28/17 1:29/7 1:31/12
  1:32/5 1:33/10 1:37/23
  1:40/7 1:40/12 1:41/17
  1:41/19 1:44/17 1:44/17
view [13]   1:8/23 1:10/2
  1:16/18 1:16/23 1:18/23
  1:20/10 1:20/14 1:23/19
  1:37/9 1:37/23 1:41/16
  1:42/12 1:46/2
visited [1]   1:19/9

**W**

wait [2]   1:31/12 1:38/14
waived [1]   1:36/12
want [11]   1:7/25 1:10/11
  1:16/14 1:21/13 1:24/17
  1:30/9 1:33/10 1:37/2
  1:43/13 1:43/14 1:43/24
wanted [2]   1:25/11
  1:34/13
wants [1]   1:18/7
warranted [2]   1:30/17
  1:31/19
was [117]
wasn't [9]   1:14/10
  1:21/2 1:29/7 1:29/18
  1:34/21 1:37/12 1:38/2
  1:38/4 1:38/21
WATSTEIN [14]   1:2/4
  1:3/21 1:23/1 1:23/6
  1:23/17 1:26/19 1:32/7
  1:32/10 1:32/13 1:32/17
  1:43/25 1:44/1 1:45/2
  1:45/5
Watstein's [1]   1:44/21

way [29]   1:15/20 1:15/7
  1:16/21 1:21/7 1:25/8
  1:28/18 1:28/19 1:29/1
  1:29/2 1:31/4 1:31/4
  1:34/8 1:34/18 1:35/25
  1:37/6 1:37/15 1:38/4
  1:43/5 1:43/9 1:44/18
ways [1]   1:41/10
we [156]
We'd [2]   1:18/3 1:23/8
we'll [3]   1:3/13 1:20/15
  1:29/3
we're [15]   1:3/11 1:9/9
  1:13/20 1:16/4 1:22/20
  1:22/22 1:29/7 1:33/5
  1:33/7 1:33/9 1:36/6
  1:37/18 1:37/19 1:37/22
  1:45/5
we've [8]   1:15/2 1:25/2
  1:25/3 1:25/23 1:25/23
  1:32/6 1:32/15 1:44/21
website [1]   1:32/13
week [6]   1:13/24 1:15/7
  1:17/18 1:33/18 1:33/20
  1:44/2
weeklong [1]   1:39/20
weeks [1]   1:17/24
weigh [3]   1:12/9 1:18/23
  1:21/15
weird [1]   1:37/9
well [16]   1:3/24 1:4/24
  1:6/14 1:13/14 1:15/22
  1:17/21 1:25/8 1:28/4
  1:33/15 1:34/5 1:36/14
  1:40/21 1:43/2 1:43/25
  1:44/17 1:45/23
well-documented [1]
  1:6/14
well-versed [1]   1:45/23
went [2]   1:23/6 1:28/13
were [35]   1:7/14 1:7/20
  1:13/18 1:13/19 1:14/3
  1:14/3 1:14/5 1:14/5
  1:14/11 1:14/16 1:14/18
  1:15/21 1:15/21 1:15/24
  1:17/11 1:17/12 1:17/25
  1:18/3 1:18/13 1:21/22
  1:22/6 1:24/1 1:25/7
  1:28/1 1:28/5 1:28/13
  1:29/14 1:31/10 1:31/11
  1:36/19 1:37/1 1:37/10
  1:42/7 1:44/24 1:44/24
weren't [5]   1:16/10
  1:19/16 1:29/10 1:35/10
  1:37/21

**West [1]**   1:1/20

**what [36]**   1:4/14 1:4/16 1:8/22 1:10/4 1:14/20 1:14/24 1:16/10 1:17/6 1:18/7 1:18/7 1:18/12 1:22/8 1:22/18 1:22/25 1:23/16 1:25/6 1:25/6 1:26/7 1:26/10 1:26/10 1:26/14 1:26/18 1:30/5 1:32/5 1:32/15 1:34/12 1:35/8 1:37/7 1:37/7 1:38/12 1:39/16 1:40/16 1:41/7 1:42/12 1:42/17 1:45/25

**what's [8]**   1:4/20 1:11/8 1:15/18 1:26/21 1:26/24 1:33/5 1:41/5 1:46/1

**Whatever [2]**   1:5/6 1:44/4

**whatnot [1]**   1:5/12

**whatsoever [1]**   1:43/11

**when [31]**   1:10/22 1:10/24 1:14/25 1:15/17 1:15/17 1:16/10 1:16/17 1:19/8 1:23/19 1:24/2 1:26/16 1:27/21 1:27/22 1:33/3 1:33/5 1:33/7 1:33/24 1:34/21 1:36/4 1:36/8 1:39/13 1:40/3 1:40/17 1:40/22 1:41/5 1:41/21 1:41/22 1:42/7 1:42/7 1:44/13 1:45/7

**whenever [1]**   1:21/8

**where [24]**   1:4/25 1:5/17 1:6/3 1:9/12 1:10/19 1:10/19 1:12/11 1:12/16 1:14/11 1:14/25 1:15/2 1:19/10 1:20/23 1:21/14 1:24/23 1:25/17 1:25/19 1:26/5 1:26/5 1:30/19 1:35/4 1:35/15 1:38/10 1:43/9

**whether [11]**   1:20/12 1:23/14 1:25/24 1:27/25 1:29/9 1:31/9 1:33/3 1:38/6 1:42/14 1:42/24 1:44/8

**which [25]**   1:5/21 1:6/16 1:7/10 1:7/13 1:7/19 1:8/3 1:8/21 1:9/10 1:12/19 1:13/2 1:15/6 1:16/6 1:16/9 1:16/22 1:21/7 1:23/18 1:24/4 1:24/14 1:27/5 1:28/11

1:41/9 1:47/12

**who [17]**   1:14/1 1:14/19 1:15/11 1:15/20 1:19/14 1:20/25 1:21/2 1:26/25 1:27/18 1:33/9 1:33/23 1:34/13 1:35/12 1:35/16 1:35/23 1:45/7 1:45/23

**who's [3]**   1:25/19 1:39/15 1:41/8

**whole [2]**   1:20/4 1:38/7

**whom [1]**   1:14/8

**why [31]**   1:4/21 1:4/21 1:13/5 1:13/5 1:13/12 1:13/17 1:14/4 1:15/22 1:16/7 1:16/12 1:16/24 1:18/5 1:20/19 1:21/10 1:22/6 1:23/24 1:25/12 1:25/13 1:26/22 1:28/14 1:31/12 1:31/12 1:31/15 1:31/15 1:32/18 1:37/1 1:37/1 1:38/4 1:38/14 1:43/3 1:44/14

**will [9]**   1:18/20 1:25/1 1:26/2 1:31/20 1:33/11 1:34/2 1:44/13 1:45/19 1:45/21

**Williams [1]**   1:37/4

**withdrew [1]**   1:14/2

**within [3]**   1:6/4 1:23/18 1:43/10

**without [2]**   1:10/15 1:25/11

**won't [2]**   1:11/14 1:25/24

**wonder [1]**   1:27/22

**wonderful [1]**   1:16/9

**wondering [1]**   1:17/19

**word [2]**   1:23/7 1:43/21

**work [2]**   1:17/10 1:40/24

**worked [4]**   1:25/20 1:26/5 1:27/19 1:44/23

**working [5]**   1:4/9 1:25/17 1:40/22 1:40/25 1:44/15

**works [2]**   1:5/6 1:44/19

**worst [1]**   1:12/8

**would [44]**   1:4/16 1:4/16 1:4/17 1:5/1 1:5/4 1:5/21 1:9/10 1:10/15 1:10/17 1:11/7 1:11/18 1:13/8 1:16/14 1:16/14 1:16/24 1:17/9 1:17/20 1:18/15 1:19/2 1:19/11 1:20/23 1:20/23 1:21/1

1:27/3 1:28/3 1:28/14 1:30/25 1:33/16 1:33/16 1:33/17 1:33/21 1:35/8 1:38/20 1:40/15 1:40/17 1:40/19 1:40/23 1:42/12 1:42/14 1:42/18 1:42/20

**wouldn't [1]**   1:31/12

**writ [1]**   1:8/25

**write [1]**   1:45/17

**written [1]**   1:11/1

**wrong [1]**   1:32/2

**wrote [1]**   1:34/23

---

**Y**

**yeah [4]**   1:17/15 1:28/6 1:29/14 1:31/8

**year [7]**   1:12/15 1:12/15 1:13/11 1:13/13 1:14/22 1:19/24 1:24/11

**years [10]**   1:7/1 1:15/12 1:24/1 1:24/3 1:25/21 1:27/18 1:31/21 1:33/23 1:35/5 1:35/11

**Yes [8]**   1:3/15 1:5/3 1:22/15 1:22/23 1:32/21 1:39/5 1:42/2 1:42/9

**yet [1]**   1:23/9

**York [2]**   1:19/9 1:19/14

**you [114]**

**you'd [1]**   1:5/10

**you're [9]**   1:4/18 1:5/9 1:15/17 1:15/17 1:15/18 1:21/25 1:22/3 1:40/22 1:42/23

**you've [4]**   1:4/19 1:15/19 1:15/19 1:45/6

**your [52]**

**Your Honor [23]**   1:5/1 1:17/5 1:21/7 1:21/24 1:23/2 1:24/10 1:25/15 1:26/2 1:31/6 1:31/17 1:32/4 1:32/21 1:33/14 1:33/15 1:36/2 1:36/17 1:38/5 1:40/3 1:40/15 1:40/19 1:44/3 1:45/4 1:45/9

**Your Honor's [2]**   1:9/16 1:13/4