UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-024284-CIV-SINGHAL

MICHAEL FOX on behalf of himself and
all others similarly situated,

      Plaintiff,

v.

THE RITZ-CARLTON HOTEL COMPANY, LLC,

      Defendant.

_____/

## ORDER

      **THIS CAUSE** is before the Court on the Order and Report and Recommendation of Magistrate Judge Lisette M. Reid (DE [201]). The Court has reviewed the entire file and record and has made a *de novo* review of the issues.  No objections to the Report and Recommendation having been filed, it is hereby

      **ORDERED AND ADJUDGED** that the Magistrate Judge's Report and Recommendation (DE [201]) granting in part Plaintiff's Motion to Disqualify Peter F. Valori is **AFFIRMED** and **ADOPTED.** Plaintiff's Motion to Disqualify Peter F. Valori (DE [170]) is **GRANTED**. Magistrate Judge Lisette M. Reid shall remain the paired magistrate judge on this case.

      **DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 24th day of July 2023.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF